IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**R. SMITH,**<br><br>                              Defendant. | Case No. 2:22-cv-0062-DMC-P<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (LOCAL RULE 144(c))** |

   Having read and considered Defendant's Ex Parte Application for An Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown by counsel's declaration indicating the need for additional time complete other projects and review the file in this matter, **IT IS HEREBY ORDERED THAT**:

   1.   Defendant's Application for Extension of Time shall be granted;

   2.   Defendant shall file her response to the Complaint on or before August 18, 2022.

   **IT IS SO ORDERED**.

Dated:  May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE