1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**WILLIE LEE BROOKS, II,**                    Case No. 2:22-cv-0062-DMC-P

12
                                         Plaintiff,    **ORDER DENYING DEFENDANT'S *EX***

13                                                     ***PARTE* APPLICATION FOR LEAVE TO**
                        **v.**                          **FILE PRE-ANSWER MOTION FOR**

14                                                     **SUMMARY JUDGMENT**

15    **R. SMITH,**

16                                        Defendant.

17

18          Defendant Smith filed an *Ex Parte* Application for Leave to File a Pre-Answer Motion for

19    Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies Prior to

20    Filing this Action and Request for an Extension of Time to Respond to the Complaint.  While

21    Defendant has cited authority in support of the proposition that an early Motion for Summary

22    Judgment on the issue of exhaustion is appropriate, Defendant has not cited authority in support

23    of the proposition that such a motion may be filed before the case is at issue by way of an answer

24    to the operative complaint.  There is little burden on Defendant in filing an answer.

25          / / /

26          / / /

27          / / /

28          / / /

1    Accordingly, IT IS HEREBY ORDERED that Defendant's motion, ECF No. 25, to file a

2    Pre-Answer Motion for Summary Judgment is DENIED.  Defendant may, however, file an early

3    Motion for Summary Judgment based on exhaustion, without prejudice to Defendant's ability to

4    file a later Motion for Summary Judgment on the merits should the exhaustion issue not be

5    dispositive of the entire case.

6    Defendant's answer is due within 30 days of the date of this order.  Any early Motion for

7    Summary Judgment based on exhaustion is due within 30 days after the date the answer is filed.

8

9    Dated:  August 3, 2022

10   _____

11   DENNIS M. COTA
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28