IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No. 2:22-CV-0062-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 27, for leave to file a first amended complaint to include two Doe defendants.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). Here, Plaintiff seeks leave to amend a pleading to which a response is required. Because no response or motion under Rule 12 had been filed as of the time Plaintiff sought leave of court, leave of court is not necessary and Plaintiff could have filed a first amended complaint as of right.

///

1

Defendant has, however, since answered the original complaint. See ECF No. 30. Therefore, Plaintiff is cautioned that any amendment as of right under Rule 15(a) must be filed within 21 days of the date the answer was filed on September 2, 2022, or by September 23, 2022. If no first amended complaint is filed by that date, Plaintiff must obtain a stipulation to amend or leave of court. If Plaintiff is required to seek leave of court, he must attach a copy of the proposed first amended complaint to his motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend, ECF No. 27, is denied as unnecessary.

Dated: September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE