IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No. 2:22-CV-0062-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 18, to compel Defendant to provide responses to requests for production of documents. Plaintiff's motion is denied because the discovery at issue was served prematurely. Under Federal Rule of Civil Procedure 26(d)(2), a party may serve early requests for production 21 days following service of the summons and complaint on the responding party. Here, Plaintiff states that he served requests for production on Defendant on March 20, 2022. See ECF No. 18 pg. 12. Defendant, however, was not served with the summons and complaint until March 21, 2022. See ECF No. 20, pg. 1. Because Plaintiff's discovery request was served <u>before</u> Defendant was served with the summons and complaint, the discovery is premature and Defendant was under no obligation to respond. Plaintiff is now free to re-serve his discovery request because more than 21 days have elapsed since Defendant was served with the summons and complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel, ECF No. 18, is denied as premature.

Dated:  September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE