IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,   Plaintiff,   v.   RAINELLE SMITH,   Defendant. | No. 2:22-CV-0062-DMC-P   ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Defendant's motion, ECF No. 35, for an extension of time to file an early motion for summary judgment based on lack of exhaustion of administrative remedies; and (2) Defendant's motion, ECF No. 38, for screening of Plaintiff's first amended complaint.

Defendant's motions are granted. Defendant's responsive pleading to Plaintiff's first amended complaint will be due within 30 days of the date of entry of an order finding service of the first amended complaint to be appropriate. If Defendant files an answer in response to the first amended complaint, Defendant may file an early motion for summary judgment based on exhaustion within 60 days of the date of filing of the answer. The filing of an early motion for

///

///

1

summary judgment will be without prejudice to filing a substantive motion for summary judgment on the merits should the exhaustion issue not be dispositive of the entire action.

IT IS SO ORDERED.

Dated:  December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE