**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No.  2:22-CV-0062-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's second motion, ECF No. 45, for declaratory relief.  Plaintiff's motion is denied as unnecessary because Plaintiff request for declaratory relief is already alleged in the operative first amended complaint, see ECF No. 36, and as such is properly before the Court.

IT IS SO ORDERED.

Dated:  December 21, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1