IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>          Plaintiff,<br><br>     v.<br><br>RAINELLE SMITH,<br><br>          Defendant. | No.  2:22-CV-0062-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 50, to withdraw his first amended complaint. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff's first amended complaint at ECF No. 36 is stricken. This action proceeds on Plaintiff's original complaint, ECF No. 1, which Defendant has answered, ECF No. 30. Pursuant to the Court's December 12, 2022, order, Defendant may file an early motion for summary judgment based on exhaustion within 60 days of the date of this order.

IT IS SO ORDERED.

Dated:  January 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1