IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No. 2:22-CV-0062-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion for leave to amend, ECF No. 54; (2) Plaintiff's first amended complaint, ECF No. 55; (3) Plaintiff's notice of withdrawal of his motion for leave to amend, ECF No. 56; and (4) Defendant's motion to opt-out of the Court's early Alternative Dispute Resolution program.

Good cause appearing therefor, Plaintiff's motion for leave to amend is withdrawn on Plaintiff's notice and the first amended complaint filed on February 2, 2023, is stricken.  This action proceeds on Plaintiff's original complaint.  Good cause also appearing therefor, Defendant's opt-out motion is granted.  The stay of proceedings imposed on February 2, 2023, is lifted.  By separate order, the Court will set an initial schedule for this litigation.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend, ECF No. 54, is withdrawn on Plaintiff's notice and the Clerk of the Court is directed to terminate this matter as a pending motion;

2. Defendant's motion, ECF No. 57, to opt-out of an early settlement conference is granted and the stay of proceedings is lifted; and

3. The first amended complaint filed on February 2, 2023, is stricken.

Dated:  March 17, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE