IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**R. SMITH,**<br><br>                                    Defendant. | Case No. 2:22-cv-0062-DMC-P<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AND SERVE AN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

   Defendant Smith filed an Application for an Extension of Time to File and Serve an Opposition to Plaintiff's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment ("Ex Parte Application").  Having read and considered the Application and its attachments, good cause exists to grant it based on defense counsel's declaration indicating the need for additional time to review extensive discovery compiled in this case.  The deadline for Defendant Smith to file and serve an opposition to Plaintiff's Motion for Judgment on the

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pleadings or, in the Alternative, for Summary Judgment is hereby extended to July 31, 2023.

Dated: June 20, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE