IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,** | Case No. 2:22-cv-0062-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. SMITH,** | |
| Defendant. | |

Having read and considered Defendant Smith's Ex Parte Application, ECF No. 75, and its attachments, and good cause appearing therefor, the deadline for Defendant Smith to file and serve oppositions to Plaintiff's Motion to Compel Discovery, ECF No. 73, and Motion for Leave to File Second Amended Complaint, ECF No. 74, is hereby extended to October 24, 2023.

**IT IS SO ORDERED.**

Dated:  October 3, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE