IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,    Plaintiff,    v.  RAINELLE SMITH,    Defendant. | No. 2:22-CV-0062-DMC-P  ORDER |

  Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a motion to compel further responses to discovery. See ECF No. 67.

  Plaintiff seeks an order granting an extension of time to file a motion to compel further responses to discovery requests served on Defendants. A review of the docket reflects that Plaintiff filed a timely motion to compel, which is fully brief and will be addressed by separate order. Plaintiff's current motion for an extension of time will, therefore, be denied as unnecessary.

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension
2 of time, ECF No. 67, is DENIED as unnecessary.

4 Dated: January 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE