1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WILLIE LEE BROOKS, II,                    No.  2:22-CV-0062-DMC-P

12            Plaintiff,

13       v.                                    <u>ORDER</u>

14   RAINELLE SMITH,

15            Defendant.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's objection to the Court's discovery and

19   scheduling order and motion to expedite trial-setting, ECF No. 60.

20           Plaintiff objects to the Court's discovery and scheduling order and seeks an order

21   setting trial within 130 days.  Given the Court's clogged docket, limited availability of trial

22   judges, and backlog of criminal cases which will take priority, Plaintiff's motion will be denied.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objection to the Court's discovery and scheduling order is OVERRULED and Plaintiff's motion to expedite trial-setting is DENIED.

Dated:  January 23, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE