1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No.  2:22-CV-0062-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for judgment on the pleading or summary judgment.  See ECF No. 61.  Defendant has filed an opposition.  See ECF No. 68.  Plaintiff has filed a motion for an extension of time to file a reply.  See ECF No. 70.  Additionally, Plaintiff has filed separate requests for a ruling.  See ECF Nos. 77 and 84.

The Court first addresses the propriety of considering Plaintiff's motion as seeking judgment on the pleadings.  Motions for judgment on the pleadings under Rule 12(c) are similar to motions under Rule 12(b) in that judgment on the pleadings is appropriate if ". . . it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations."  McGlinchy v. Shell Chemical Co., 845 F.2d 802, 810 (9th Cir. 1988).  Here, because Defendant has denied the factual allegations in the complaint, a motion under Rule 12(c) is not appropriate.  The Court thus construes Plaintiff's motion as seeking summary judgment in

1   his favor as a matter of law.

2          So construed, Plaintiff's motion is procedurally defective and will be stricken

3   without prejudice to renewal at a later stage of the proceedings once various pending discovery

4   disputes have been resolved.  Specifically, Plaintiff's motion does not comply with Eastern

5   District of California Local Rule 260(a) which requires: "Each motion for summary judgment or

6   summary adjudication shall be accompanied by a 'Statement of Undisputed Facts' that shall

7   enumerate discretely each of the specific material facts relied upon in support of the motion and

8   cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission,

9   or other document relied upon to establish that fact."  See Local Rule 260(a).  Plaintiff's motion is

10  not accompanied by the required Statement of Undisputed Facts.  Indeed, the documents attached

11  to Plaintiff's filing, presumably as exhibits, are not explained, authenticated, or otherwise

12  properly before the Court as part of the record in this case.  Plaintiff will be provided an

13  opportunity to renew his arguments in proper form at a later stage of the proceedings.

14          Accordingly, IT IS HEREBY ORDERED as follows:

15          1.      Plaintiff's motion for judgment on the pleadings or summary judgment,

16  ECF No. 61, is construed as a motion for summary judgment and, so construed, is STRICKEN as

17  having been improperly filed.

18          2.      Plaintiff's motion for an extension of time to file a reply, ECF No. 70, is

19  DENIED as unnecessary.

20          3.      Plaintiff's requests for a ruling, ECF Nos. 77 and 84, are DENIED.

21

22  Dated:  January 23, 2024

23  _____
                                DENNIS M. COTA
24                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2