IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>    Plaintiff,<br><br>    v.<br><br>RAINELLE SMITH,<br><br>    Defendant. | No. 2:22-CV-0062-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for a stay of proceedings for 31 days to allow the parties to engage in settlement negotiations.  See ECF No. 103.

        Plaintiff's motion will be denied.  A review of the docket reflects that Defendant opted out of the Court's Early Alternative Dispute Resolution program.  Further, a stay of proceedings is not required to allow for settlement negotiations, which may occur at any time.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a stay of proceedings, ECF No. 103, is DENIED.

Dated:  June 12, 2024

                                                      DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE

1