ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS, State Bar No. 201041
Supervising Deputy Attorney General
RYAN J. ZALESNY, State Bar No. 281999
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone: (213) 269-6085
 Fax: (916) 731-3641
 E-mail: Ryan.Zalesny@doj.ca.gov
*Attorneys for Defendant R. Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,**<br><br>Plaintiff,<br><br>v.<br><br>**R. SMITH,**<br><br>Defendant. | 2:22-cv-0062-DMC-P<br><br>**DECLARATION OF R. CANNING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  Redding Federal Courthouse<br>          2986 Bechelli Lane<br>          Redding CA 96002<br>Judge:      Hon. Dennis M. Cota<br>Trial Date: None Set<br>Action Filed: January 10, 2022 |

I, R. Canning, PhD, declare as follows:

1.    I make this Declaration based upon my own knowledge, as explained below. If called, I can testify competently to the facts and opinions included in this Declaration.

<u>Background and Qualifications</u>

2.    I am a licensed clinical psychologist in the State of California. I received my PhD in clinical psychology from Palo Alto University (formerly Pacific Graduate School of Psychology) in June 1993; completed a clinical internship at the University of Pittsburgh Medical Center; and a post-graduate fellowship in psychiatric epidemiology from 1993 to 1995. I have been licensed by the State of California since February 1997. Between 1995 and 2001, I was a clinical psychologist for the Veterans Administration and then the University of California Davis Medical Center Department of Psychiatry. Attached hereto as **Exhibit 1** is my curriculum vitae.

1

3.      Since August 2001, I have been employed by the California Department of Corrections and Rehabilitation (CDCR). In September 2005, I was promoted to a senior psychologist position at the CDCR statewide mental health program. In that position, I was the chair of CDCR's suicide prevention committee and worked on a wide variety of policy discussions and the implementation of those policies. I have an extensive knowledge of CDCR's mental health policies and procedures regarding outpatient and inpatient treatment of mental health problems. In addition, I have worked as a supervising psychologist at several institutions supervising the day-to-day work of mental health clinicians. From 2016 through 2018, I was part of a team that designed and implemented the Department's electronic medical record system. Since February 2020, I have worked as a "retired annuitant" with California Correctional Health Care Services (CCHCS)'s mental health program's suicide prevention and quality management programs.

4.      Outside of my employment by CDCR, I have acted as an expert for attorneys and jurisdictions regarding suicide prevention in custodial situations. I have been a named expert for both plaintiffs and defendants in a number of wrongful death litigations. I am currently a subject matter expert for the U.S. DOJ's Civil Rights of Institutionalized Persons Act (CRIPA) litigation with the Los Angeles County Sheriff's Department (2:15-cv-05903, Central District of California). In that role, I work with the court monitor and other experts to review clinical care, make site visits to the jail facilities, and participate in periodic reports to the federal district court.

5.      I have been a National Commission on Correctional Health Care Certified Correctional Health Professional since 2016. I have co-authored a number of publications regarding suicide prevention in custodial settings and the delivery of mental health services in those settings. I am also an instructor on suicide risk assessment for mental health clinicians for the American Association of Suicidology.

<u>Familiarity with the Relevant Standard of Care</u>

6.      I am familiar with the standard of care and skill ordinarily exercised by reputable members of the psychology professions providing mental health care in prisons, including how psychologists are trained to evaluate, respond to, and treat suicide risk in the inmate population. I

2

am familiar with the practices, policies, and procedures promulgated by CDCR and CCHCS regarding the delivery of mental health care to inmates in CDCR prisons, including those that are specific to the identification, evaluation, and treatment of suicide risk in the inmate population.

<u>CDCR and CCHCS's Medical and Mental-Health Record-Keeping Practices</u>

7.    As of late 2016, inmates' medical records, including mental-health records, are produced and stored in an electronic system called the Electronic Health Record System (EHRS). The EHRS also contains some records from inmates' individual Unit Health Records that predate the EHRS. Medical records, including mental health records, are maintained for each inmate in the custody of CDCR. These records contain information to identify the inmate, describe an inmate's treatment or care, and provide for continuity of care. The EHRS contains all of an inmate's medical records, while in CDCR custody, and are accessible by authorized personnel. The records contained in the EHRS are maintained in the regular course of CDCR business by employees as part of their employment and duties. Entries are made based on the personal knowledge and experience of the individual medical and mental health professionals at or near the time of their observation, diagnosis, and treatment of the inmate's conditions. As a CCHCS psychologist, I had access to EHRS records and reviewed such records as a regular part of my work. In my current position, I still have access to EHRS records.

<u>Assignment</u>

8.    I have been asked by the Office of the Attorney General to review the medical and mental-health records of inmate-patient Willie Lee Brooks, II, CDCR No. P16665 (Plaintiff), and to provide my expert psychological opinion as to Plaintiff's claim that Dr. R. Smith (Defendant) consciously disregarded Plaintiff's risk of suicide.

<u>Materials Relied Upon</u>

9.    This Declaration and my opinion are based on my review, analysis, and/or knowledge of the following: Plaintiff's Civil Rights Complaint, ECF No. 1; Defendant's Answer to Complaint, ECF No. 30; the Transcript of the Deposition of Plaintiff taken on June 28, 2023; Defendant's Responses to Plaintiff's First Set of Interrogatories; Incident Report Package, Log No. 25134 (AGO 000122-000153); Video Surveillance of Mule Creek State Prison's Facility

3

D18 Dayroom (AGO 000154-000160); CCHCS and CDCR policies and procedures; Plaintiff's medical and mental-health records maintained by CCHCS that document medical and mental-health care provided to Plaintiff; and copies of emails between Defendant and mental-health staff on July 15-16, 2021, which discuss Plaintiff's mental-health care.

10.    I focused my attention on the documents regarding the events and claims at issue in this matter. I have accessed Plaintiff's medical and mental records kept in the ordinary course of business, stored electronically, which are available to me in my position with CCHCS. True and correct copies of the most relevant records are attached hereto as **Exhibits 2-33**. My opinions are subject to modification or augmentation at a later date should additional documents be made available for my review.

General Considerations Related to Suicide-Risk Evaluations in CDCR Institutions

11.    A Crisis Intervention Team (CIT) includes custody, nursing, and mental-health professionals who respond to reports of acute mental-health problems of inmates.

12.    In CDCR institutions, mental-health clinical staff, including CIT psychologists, are trained to conduct suicide-risk evaluations for the inmate population. When evaluating inmates for suicide risk, the CIT is required to interview the inmate and complete the Suicide Risk Assessment and Self Harm Evaluation (SRASHE).[1]  The SRASHE form is used to document a clinician's evaluation of a patient's suicide risk. It is administered any time an inmate expresses suicidal thoughts, makes suicide threats, or attempts suicide. In completing the SRASHE, a clinician documents the following: the reason for the suicide-risk evaluation; a summary of any suicide or self harm history; the presence or absence of Chronic and Acute risk factors; Protective factors;[2] any relevant additional information, and warning signs, including the patient's mental-status examination; the clinician's assessment of the patient's chronic and acute risk levels; the disposition of the suicide-risk evaluation, namely the next step, if any, in the patient's mental-health care; and, if appropriate, a safety plan intervention.

---

[1] I helped to develop the first iterations of this assessment during my employment by CDCR.

[2] The risk and protective factors for suicides (including those within correctional facilities) noted on the SRASHE were derived from expert opinion, research with correctional populations, previous versions of the form, and general texts on suicide prevention and the assessment of risk.

4

13. Chronic suicide risk (also called static risk) changes little over the long term as a patient's life progresses. An elevated chronic suicide risk is not a sign that a patient is imminently suicidal but rather that they have vulnerabilities that increase the long term risk of suicidal thoughts or behavior.

14. Acute suicide risk presents over a shorter period of time, typically weeks or months. Acute risk is associated with more contemporaneous life events such as relationship issues, loss of all kinds, loss of freedom (such as confinement in restricted housing), exacerbation of a psychiatric disorder, and other recent events. Recent onset of suicidal thinking or frank suicidal behavior is also an important acute risk factor.

15. A patient's statements of suicidality are one of many considerations on which clinicians rely to determine a patient's suicide risk, and, by themselves, they are not dispositive of the patient's suicide-risk level. A clinician cannot provide a patient's requested mental-health care or housing assignment solely because the patient states that he is suicidal. Rather, the need for certain care or housing assignment must be medically necessary under the circumstances.

16. According to CDCR's Mental Health Services Delivery System Program Guide (2018 Revision) (Program Guide),[3] at page 12-1-7, the Enhanced Outpatient Program (EOP) "provides care to mentally disordered inmate-patients who would benefit from the structure of a therapeutic environment that is less restrictive than inpatient settings. This may include response to crisis symptoms which require extensive treatment, but can be managed as outpatient therapy with several psychotherapy sessions of medication adjustment with follow-up visits." Chapter 4, at page 12-4-1, of the Program Guide explains that the EOP level of care is "the most intensive level of outpatient mental health care within the Mental Health Services Delivery System (MHSDS)," and it "is characterized by a separate housing unit and structured activities for mentally ill inmate-

---

[3] The 2018 Revision of the Program Guide was in effect on June 19, 2021 and July 15, 2021. It is publicly available in the docket of *Coleman, et al. v. Edmund G. Brown, Jr. et al.*, Case No. 2:90-cv-0520 KJM DB (PC) at ECF No. 5864-1. The portions of the 2018 Revision of the Program Guide quoted in this Declaration are also in the current version of the Program Guide, which is published online at the following website: https://cchcs.ca.gov/wp-content/uploads/sites/60/2021-Program-Guide-2.1.22.pdf.

patients who, because of their illness, experience adjustment difficulties in a General Population (GP) setting, yet are not so impaired as to require 24-hour inpatient care."

17. According to the Program Guide, Program Guide Overview, at pages 12-1-8 to 12-1-9, a Mental-Health Crisis Bed (MHCB) program offers "24-hour basic medical, nursing, and other health services" and is designated for treatment of patients with "Marked Impairment and Dysfunction in most areas (daily living activities, communication and social interaction) requiring 24-hour nursing care; and/or: Dangerousness to others as a consequence of a serious mental disorder, and/or dangerous to self for any reason." A patient with a high acute suicide risk is properly admitted to a mental-health crisis bed. An inmate with a high chronic, but low acute, suicide risk is not typically in need of admission to a MHCB, although such an inmate should continue to receive mental-health care at his appropriate level of care.

18. An Inter-Disciplinary Treatment Team (IDTT) includes a patient's primary mental-health clinician and psychiatrist and custody staff. An IDTT manages the patient's treatment needs, including the level of mental-health care appropriate for the patient's needs.

<u>Plaintiff's Mental-Health Care Leading Up to the June 19, 2021 CIT Meeting</u>

19. With the exception of the MHCB admission discussed below, Plaintiff received the EOP level of mental health care at all times relevant to this case, including on June 19, 2021 and July 15, 2021. Plaintiff had been a participant in the department's mental health treatment program since soon after his initial incarceration in 1998.

20. On February 12, 2021, Plaintiff's psychiatrist, Dr. M. Smith, after discussion with Plaintiff, discontinued Plaintiff's prescription for Zyprexa, an anti-psychotic medication. Plaintiff continued to take his other psychiatric medications: sertraline (an anti-depressant) and hydroxyzine (a mild anti-histamine sometimes used to treat anxiety) **(Exhibit 2)**. On March 1, 2021, Plaintiff was evaluated for suicide risk by a CIT led by Dr. Cavucci, after Plaintiff stated he wanted to hang himself from the railing with a sheet **(Exhibit 3)**. During that CIT meeting, Plaintiff stated that he was not suicidal and his statement about hanging himself was a joke. Dr. Cavucci rated both his Chronic and Acute risks as low based on no history of suicidal thoughts or

behavior and no current stressors. On March 3, 2021, Dr. M. Smith noted that Plaintiff had no issues following the discontinuation of Zyprexa **(Exhibit 4)**.

<u>The June 19, 2021 CIT Meeting</u>

21.    **Exhibit 5** is Defendant's SRASHE, which describes the June 19, 2021 CIT meeting at issue in this action. The CIT convened because Plaintiff made a possible suicidal statement to custody staff. When the CIT interviewed Plaintiff, Plaintiff denied suicidal ideation and requested a psychiatry appointment because he wanted to restart his medications. Defendant discussed with Plaintiff a plan for Plaintiff to see his psychiatrist, and Plaintiff was open to this plan. Defendant conducted a suicide-risk evaluation and documented the following: no history of suicide attempts or self harm; few Acute risk factors for suicidal risk; a number of Protective factors; a summary of the March 1, 2021 CIT; and Defendant's interview of Plaintiff. Based on this evaluation, Defendant assessed Plaintiff's Chronic suicide risk as low to moderate and his Acute suicide risk as low and returned Plaintiff to his housing unit.

22.    In my professional opinion, Defendant's suicide-risk evaluation, risk-level assessment, recommendations, and actions following the June 19, 2021 CIT meeting were clinically justified. Defendant's suicide-risk evaluation was thorough and consistent with her training and the standards applicable to psychologists working in California prisons. Plaintiff denied that he was suicidal and stated that he wanted to see his psychiatrist to restart his medications. Suicidal statements are often a way for incarcerated individuals to obtain mental health assistance. Additionally, the suicide-risk evaluation otherwise supported a finding that Plaintiff had a low Acute suicide risk. Plaintiff's mental status examination was normal: Plaintiff was calm and cooperative, dressed appropriately with adequate hygiene, smiled frequently, maintained appropriate eye contact, spoke normally, was alert and oriented, indicated a linear thought process without hallucination, denied suicidality, and endorsed no IS PATH WARM[4] warning signs or Acute risk factors. Based on these findings, it is likely a reasonable psychologist

---

[4] "IS PATH WARM" stands for the following suicide warning signs: Ideation, Substance abuse, Purposelessness, Anxiety, Trapped, Hopelessness, Withdrawal, Anger, Recklessness, Mood Changes. This mnemonic is used to identify warning signs for very short-term (hours, days) risk for suicide.

7

would not have judged that Plaintiff was imminently suicidal and would have returned Plaintiff to his housing unit and entered appropriate orders for follow-up mental-health care.

23.    It also is my professional opinion that Defendant's June 19, 2021 suicide-risk evaluation did not disclose an imminent suicide risk, and I see nothing else in Plaintiff's mental health records or the other materials I reviewed that indicates that Defendant should have judged Plaintiff as imminently suicidal on June 19, 2021.

24.    Subsequent to the CIT appointment and the SRASHE interview completed on June 19, 2021, on June 20, 2021, at 12:49 a.m., Defendant ordered a Routine psychiatry consult **(Exhibit 6)**. It is my professional opinion that this order was appropriate to the clinical context and the request by Plaintiff to have his antipsychotic medication restarted by his psychiatrist.

Plaintiff's Mental-Health Care Between the June 19, 2021 and July 15, 2021 CIT Meetings

25.    On June 21, 2021, Plaintiff was interviewed by Dr. Cavucci **(Exhibit 7)**, who had been requested to see patient by a correctional officer because Plaintiff had expressed "some issues in the building." During this visit, Plaintiff requested that his Zyprexa prescription be addressed and appeared to focus on issues with new inmates in his housing unit. Plaintiff did not respond to Dr. Cavucci's offer for Plaintiff to see a psychiatrist. The same day, Plaintiff wrote a CDCR 7362 Health Care Services Request Form (health-care request) **(Exhibit 8)**, which was received on July 23, 2021 at 7:30 a.m. and sent to mental health. The health-care request described his declining mental health and requested that his anti-psychotic medication be restarted. Plaintiff had written "*EMERGENCY*" at the top of the form. Plaintiff saw Dr. Scaramozzino on June 22, 2021 **(Exhibit 9)** and reported that he had had "an episode" the prior day and said he had "taken the advise of the clinician he saw" on July 21, 2021 (Dr. Cavucci). This apparently was in reference to the health care request he had submitted on July 21, 2021.

26.    On the evening of June 23, 2021, Plaintiff reported to staff that he was feeling suicidal, so a CIT led by Dr. Richards convened **(Exhibit 10)**. During the CIT meeting, Plaintiff stated explicitly that he wanted to kill himself and how he intended to do so. According to Dr. Richards's SRASHE, Plaintiff had been "slowly decompensating" since his medication was discontinued, his hallucinations had increased, and he had not been successful restarting his

8

medication. Dr. Richards found a high Acute suicide risk and referred Plaintiff for MHCB admission.

27. Plaintiff was admitted to the MHCB at the California Medical Facility (CMF) from June 24, 2021 until July 8, 2021 **(Exhibits 11-25)**. After refusing to engage with staff for three days, Plaintiff stated on June 27 that he no longer felt acutely suicidal and would consider medications. On June 28, Plaintiff refused anti-psychotic medications. On June 29, Plaintiff stated that he was not suicidal and continued to refuse anti-psychotic medications. Plaintiff reported suicidal ideation on June 30 but on July 1 denied suicidal ideation and did not agree to start further medications. On July 2, a SRASHE **(Exhibit 19)** was completed, which, for the first time, documented three self-reported previous suicide attempts. At that time, Plaintiff's Acute suicide risk was deemed to be low to moderate because Plaintiff denied active suicidal ideation. According to the SRASHE, Plaintiff's suicidal ideation "appear[ed] to be conditional based on whether or not he returns to MCSP."[5] On July 3, Plaintiff said he was not suicidal, and a psychiatrist recommended anti-psychotic medication, which Plaintiff preferred to discuss with his regular psychiatrist. Plaintiff was discharged from the MHCB on July 3, but stayed at CMF until July 8. In the intervening period, Plaintiff did not become acutely suicidal, and his mental health was assessed as stable.

28. Upon his return to MCSP, Plaintiff received five daily discharge follow-up visits, during which time no suicide warning signs were noted **(Exhibit 26)**. On July 13, 2021, Plaintiff was paraphrased as saying, "I live day to day with no intention to die."

29. Plaintiff saw psychiatrist Dr. M. Smith on July 14, 2021 **(Exhibit 27)**. Dr. M. Smith recommended that Plaintiff restart Zyprexa, but Plaintiff refused to do so. Referencing his June 21, 2021 health-care request that Zyprexa be restarted **(Exhibit 8)**, Plaintiff stated that it no longer applied. That day, Plaintiff submitted another health-care request, which requested that Zyprexa be restarted **(Exhibit 28)**.

---

[5] A "conditional" or contingent suicidal statement is usually in the form of "if this, then that." In the current situation the documentation suggests that the Plaintiff made statements that if he was returned to MCSP he would "become" suicidal.

30.   On July 15, 2021 at 7:17 a.m., Plaintiff attended an IDTT meeting led by Dr. Scaramozzino **(Exhibit 29)**. At that time, Plaintiff stated that he was not doing well and wanted to restart Zyprexa. Dr. Scaramozzino informed Plaintiff he would need to be admitted to a MHCB to restart Zyprexa, and Plaintiff stated that he would wait to see Dr. M. Smith the next day, because he did not want to be admitted to a MHCB again. That morning, at 7:30 a.m., a nurse received Plaintiff's health-care request (*see* **Exhibit 28**).

<u>The July 15, 2021 CIT Meeting</u>

31.   On July 15, 2021, at 8:50 p.m., a CIT led by Defendant convened because Plaintiff submitted a health-care request that indicated possible suicidal ideation and stated a desire to restart medications. Defendant's SRASHE **(Exhibit 30)** describes this CIT meeting. According to the SRASHE, Plaintiff stated that "he felt his pleas for being placed back on Zyprexa were being ignored." Defendant reviewed Plaintiff's mental-health records and reminded Plaintiff that he refused Zyprexa the day before. Plaintiff stated, "all the millions of dollars CDCR had and they can't have a psychiatrist, licensed psychiatrist, to call immediately for medications?" Defendant reminded Plaintiff of the IDTT meeting earlier in the day, and Plaintiff responded, "[Dr. Scaramozzino] didn't help me. He told me that if I wanted Zyprexa tonight I would have to go to the crisis bed." Defendant reiterated that Plaintiff would have to see a psychiatrist to restart Zyprexa. Plaintiff said that "I know who you are. You send everyone back [to their current housing]. You aren't sending me to [MHCB] because I am Black. I have 9 active [grievances] and I am going to [file a grievance against] you next." Plaintiff told Defendant that he would file a lawsuit for "lack of mental health care." Defendant encouraged Plaintiff to use the grievance process to achieve his goal.

32.   Defendant's SRASHE documents Plaintiff's mental-status examination as follows: Plaintiff's dress and hygiene were appropriate, Plaintiff was alert and oriented, Plaintiff was able to communicate verbally, and Plaintiff's "[t]hought pattern was mildly tangential, but essentially logical." Plaintiff said that he "started seeing a lady in the building today, but she wasn't really there." However, Defendant opined that hallucination was implausible and "highly suspicious for impression management," because Plaintiff showed no evidence of "responding to internal

10

stimuli or being out of touch with reality." Defendant documented Plaintiff's Chronic and Acute risk factors, and his Protective factors. She noted Plaintiff's history of "family and interpersonal support" and future orientation toward pursuing a grievance and a lawsuit.

33.    Defendant assessed Plaintiff's Chronic suicide risk as moderate because of Plaintiff's age, commitment offense, long sentence, history of violence, and history of mental-health treatment. Defendant reviewed the department's "On Demand" Self Harm reports, a computerized monitoring system, and found that Plaintiff had no verified suicide attempt or self-harm incident since 2013. I reviewed the On Demand Self Harm reporting system and found that Plaintiff's only verified serious suicide attempt or self-harm incident since 2013 occurred on July 16, 2021, indicating that, on July 15, 2021, the On Demand Self Harm report did not include a verified serious suicide attempt or selfharm incident.

34.    Defendant opined that Plaintiff's Acute suicide risk was low and noted that Plaintiff's "statement … seem[ed] instrumental in nature seeking a prefe[r]red venue in a crisis bed setting." Defendant also noted that Plaintiff's "symptom reporting and his seeking services, then refusing also may be efforts at seeking a venue of incarceration in a MHCB/hospital unit type environment."

35.    In my professional opinion, Defendant's July 15, 2021 suicide-risk evaluation was thorough and consistent with her training and the standards applicable to psychologists working in California prisons. For the reasons discussed below, Defendant's opinions—including that Plaintiff had a low Acute suicide risk and did not need to be admitted to a MHCB—were clinically justified.

a.    Plaintiff's mental-health records showed that his mental health was consistently monitored, and his symptoms of depressive disorder were well controlled with medication. Although he had reported hallucinations in the past several months, he had remained essentially stable without antipsychotic medication (which he was hesitant to restart). He was medication compliant and had continued to take his antidepressant medication regularly. He was engaged in treatment and did not show serious signs of psychiatric decompensation as reported by both his treating psychiatrist and his primary clinician. In addition, he planned to restart his antipsychotic

11

medication the next day. In fact, two days before the CIT meeting, Plaintiff stated that that he had no intention of dying **(Exhibit 26)**; and, during the morning of the CIT meeting, Plaintiff stated that he intended to restart his antipsychotic medication the next day **(Exhibit 29)**.

b.    Plaintiff's mental-status examination did not reveal red flags for suicide. Plaintiff's report of hallucination was not a red flag because Plaintiff acknowledged that the hallucination was not real and did not appear to be responding to internal stimuli or be "out of touch with reality."

c.    Defendant exercised her professional judgment to rely on the On Demand report to determine that Plaintiff had no previous recorded serious suicide attempt in the recent past, even though Plaintiff reported one past serious suicide attempt. This judgment was reasonable because psychologists working in prisons frequently encounter inaccurate information from their patients. Defendant noted in her SRASHE that a past serious suicide attempt would have increased Plaintiff's Chronic suicide risk. If Defendant had found that Plaintiff had a past serious suicide attempt, Plaintiff's Acute suicide risk still would have been low.

36.    It also is my professional opinion that Defendant's July 15, 2021 suicide-risk evaluation did not disclose an imminent suicide risk, and my review of Plaintiff's mental-health records or the other materials does not indicate that Defendant should have judged Plaintiff as imminently suicidal on July 15, 2021.

37.    I also reviewed Plaintiff's deposition testimony, in which Plaintiff testified that he told Defendant during this CIT that he did not want to live anymore and would hang himself if returned to this housing unit. In my opinion, if Plaintiff made this statement during the July 15, 2021 CIT meeting, Defendant's suicide-risk evaluation including her decision that Plaintiff did not need to be admitted to a MHCB would have been reasonable. During the evaluation, Plaintiff made several statements that demonstrated his future orientation, and he was not actively psychotic. Additionally, Plaintiff had stated to a clinician in March 2021 that a similar statement was a joke; Plaintiff had recently been discharged from a MHCB during which he did not participate in treatment significantly; Plaintiff was actively receiving mental health care at the EOP level of care; and, two days before the CIT meeting, Plaintiff stated that he had no intention

12

to die. The statement also would have been conditional (*see* n.5, *supra*), and a reasonable clinician would not have viewed it as a serious concern for imminent suicidality given Plaintiff's clinical presentation throughout the suicide-risk evaluation.

38.   Based on my review of the materials, the only specific mental health need apparent during the July 15, 2021 CIT meeting was Plaintiff's potential need and desire to restart antipsychotic medication. Defendant responded to this need by: following the CIT meeting, Defendant ordered an emergent consultation with Dr. Scaramozzino **(Exhibit 31)** at 9:46 p.m. on July 15; then, at 11:38 p.m., Defendant sent an email with summary of the CIT meeting to Dr. Scaramozzino and other mental-health staff **(Exhibit 32)**; and, the following morning, Dr. Scaramozzino informed Defendant that he would ensure that Plaintiff's psychiatrist would be made aware of Plaintiff's request to restart  antipsychotic medication **(Exhibit 33)**. In my professional opinion, Defendant's response to Plaintiff's mental health need on July 15, 2021 was reasonable because she ensured that Plaintiff's primary clinician and psychiatrist were aware of Plaintiff's request to restart antipsychotic medication.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December __2__, 2024, at __Davis_____, California.

_Robert D Canning_____
R. Canning, PhD

13



# CURRICULUM VITA

## R██████ █CANNING, PH.D., CCHP

Address:    Quality Management and Informatics
Statewide Mental Health Program
California Correctional Health Care Services
P.O. Box 588500
Elk Grove, CA 95758

██████████@cdcr.ca.gov

### EDUCATION AND TRAINING

1973    B.A., Liberal Arts, University of Delaware

1993    Ph.D., Clinical Psychology, Palo Alto University

1993    Clinical Internship (APA), Western Psychiatric Institute & Clinic, University of Pittsburgh Medical Center

1995    NIMH Post-Doctoral Fellowship, Psychiatric Epidemiology, Western Psychiatric Institute & Clinic, University of Pittsburgh Medical Center

### PROFESSIONAL LICENSURE

1997 – Present    Board of Psychology, State of California: PSY 14961

### PROFESSIONAL CERTIFICATION

2016 – Present    Certified Correctional Healthcare Professional, National Commission on Correctional Healthcare, Chicago, IL

### EXPERT CONSULTATIONS

**Litigation**

2024    *Andrews v. Rauner et al.* (1:18-cv-01101) U.S. District Court, Central District of Illinois. Retained by defendants: case consultation and record review.

2023    *Pritchard v. County of Pueblo* (1:23-cv-02772), U.S. District Court, District of Colorado. Retained by plaintiffs: case consultation and record review.

2023    *Moore v. Salinas Valley State Prison, et al.* (5:21-cv-1019), U.S. District Court, Northern District of California. Retained by defendants: case consultation, record review, and court submissions.

2023    *Touloudjian v. Gastelo* (2:20-cv-520), U.S. District Court, Central District of California. Retained by defendants: record review, case consultation, and court submissions.

2022　　*Santiago v. County of Los Angeles, et al.* (2:21-cv-07061), U.S. District Court, Central District of California. Retained by defendants: record review and case consultation.

2021　　*Beaver v. County of Butte, et al.* (2:20-cv-00279), U.S. District Court, Eastern District of California. Retained by defendants: record review and case consultation.

2019　　*Moriarty v. County of San Diego, et al.* (3:17-cv-01154), U.S. District Court, Southern District of California. Retained by plaintiffs: record review, Rule 26(a)(2)(B) report preparation, and deposition.

2019　　*Mendez-Jimenez v. County of Sacramento, et al.* (2:18-cv-00044), U.S. District Court, Eastern District of California. Retained by defendants: record review, Rule 26(a)(2)(B  report preparation, and deposition.

2019　　*Lewis v. Texas Department of Criminal Justice, et al.* (4:18-cv-00311), U.S. District Court, Southern District of Texas (Houston). Retained by plaintiffs: record review and case consultation.

2018　　*Sanchez v. Young County* (7:15-cv-00012), U.S. District Court, Northern District of Texas (Wichita Falls). Retained by plaintiffs: record review and consultation.

2018　　*Monday v. McDonnell, et al.* (BC643290), California Superior Court, County of Los Angeles. Retained by defendants: record review, independent medical examination, report preparation, and trial testimony.

2018　　*Nishimoto v. County of San Diego, et al.* (3:16-cv-01974), U.S. District Court, Southern District of California. Retained by plaintiffs: record review, Rule 26(a)(2)(B ) report preparation, and deposition.

2016　　*Loberg et al. v. County of Los Angeles* (2:16-cv-06190), U.S. District Court, Central District of California. Retained by defendants: record review and case consultation.

2015　　*Medrano v. County of Los Angeles* (2:13-cv-06664), U.S. District Court, Central District of California. Retained by defendants: record review and case consultation.

2015　　*Guenther v. County of Los Angeles* (BC543601), California Superior Court, County of Los Angeles. Retained by defendants: record review and case consultation.

## Evaluation for Dangerousness

2019　　*In the Matter of Darin Jay Petty* (16F01289), California Superior Court, County of Butte, California Welfare & Institutions Code §5008(h)(1)(B) (*Murphy* Conservatorship): Retained by Public Guardian: record review, report preparation and submission.

2019　　*In the Matter of Brian Michael Bell* (17CF02452/17CM01778), California Superior Court, County of Butte, California Welfare & Institutions Code §5008(h)(1)(B) (*Murphy* Conservatorship): Retained by Public Guardian: record review, report preparation and submission.

R███ █ Canning, Ph.D., CCHP                                                                        Page 3 of 7

2015            *In the Matter of Keith Edward Donche* (FELJS1402505), California Superior
                Court, County of San Bernardino. California Penal Code §1026.5. Retained by
                County: evaluation of dangerousness, report preparation, and trial testimony.

**Programmatic**

2023            Civil Rights Division, U.S. Department of Justice, (*U.S. v. County of Los Angeles
                et al.,* 2:15-cv-05903, U.S. District Court, Central District of California). Member
                of clinical monitoring team for CRIPA remedy.

2023            Department of Corrections, New York City (*Nunez v. NYC,* 1:11-cv-5845) Review
                and recommendations re. suicide prevention policies and procedures.

2020 – 2022     Correctional Health Services, Department of Health Services, Los Angeles County.
                Training of clinical staff in suicide risk assessment and consultation re. suicide
                prevention practices in the jails.

2019 – 2021     Jail Mental Health Team, Behavioral Health and Recovery Services, Department
                of Health & Human Services, County of Marin, San Rafael, CA. Review and
                recommendations re. suicide prevention policies.

2019            Behavioral Health Team, Juvenile Detention Facility, Yolo County Probation
                Department, Woodland, CA. Clinical consultation and training re. suicide risk
                assessment with justice-involved youth.

2017 – 2019     Disability Rights of California, San Diego Jail Suicides Project, Berkeley, CA.
                Expert consultation and case reviews of in-custody suicides in San Diego Jails.
                https://www.disabilityrightsca.org/public-reports/san-diego-jail-suicides-report

## POSITIONS AND APPOINTMENTS

2015 – Present       Consultant and trainer on suicide prevention in correctional settings

2007 – Present       Instructor, American Association of Suicidology, Washington, D.C.

2020 – Present       Senior Psychologist Specialist (Retired Annuitant), Statewide Mental
                     Health Program, California Correctional Health Care Services, Elk Grove,
                     CA

2005 – 2018          Senior Psychologist Specialist, Statewide Mental Health Program,
                     California Correctional Health Care Services, Elk Grove, CA

2005 – 2015          Suicide Prevention Coordinator, Statewide Mental Health Program,
                     California Correctional Health Care Services, Elk Grove, CA

2001 – 2005          Psychologist, Folsom State Prison & California Medical Facility,
                     California Department of Corrections & Rehabilitation

2003 – 2009          Assistant Clinical Professor, Department of Internal Medicine, UC Davis
                     Medical School, Sacramento, CA

1999 – 2000          Roxane Clinical Fellow, West Coast Center for Palliative Education, UC
                     Davis Medical Center, Sacramento, CA

| 1999 – 2001 | Assistant Clinical Professor, Department of Psychiatry and Behavioral Sciences, UC Davis Medical School, Sacramento, CA |
| 1998 – 2001 | Clinical Psychologist, Department of Psychiatry and Behavioral Sciences, UC Davis Medical Center, Sacramento, CA |
| 1995 – 1997 | Clinical Psychologist, PTSD Clinical Team, Northern California Health Care System, Department of Veterans Affairs, Sacramento, CA |
| 1995 – 1999 | Clinical Instructor, Department of Psychiatry and Behavioral Sciences, UC Davis Medical School, Sacramento, CA |

## PUBLICATIONS & PRESENTATIONS

Google Scholar Page: https://bit.ly/2NcT9Wx

### Publications (2001 to present)

Obegi, J.H. & **Canning, R.D.** (2022). The Cell-Front Interview Revisited. *Correctional Health Care Report,* 23(4): 81, 97-98.

Berman, A.L. & **Canning, R.D.** (2022). Proximal risk for suicide in correctional settings: A call for priority research. *Psychological Services, 19*(3), 407-412. https://doi.org/10.1037/ser0000516

**Canning, R.D.** (2017, November). Surveillance success stories: California Department of Corrections and Rehabilitation. Published online at: https://sprc.org/wp-content/uploads/2023/01/california_final.pdf

**Canning, R.D.** & Dvoskin, J.A. (2016). *Preventing Suicide in Detention and Corrections Facilities*. In J. Wooldredge & P. Smith (Eds.) The Oxford Handbook on Prisons and Imprisonment. New York: Oxford University Press. https://dx.doi.org/10.1093/oxfordhb/9780199948154.013.25

Bourgeios, J.A., **Canning, R.D.**, Suggett, K., Rahim, N. & Rossaro, L. (2006). Depressive symptoms and physical/mental functioning in IFN/RBV treatment of post-transplant recurrent HCV. *Psychosomatics,* 47(3): 254-256. https://doi.org/10.1176/appi.psy.47.3.254

Bourgeios, J.A., Rossaro, L., & **Canning, R.** (2005). Depression as co-pilot: Clinical implications of hepatitis C and interferon/ribavirin treatment. *Psychiatric Times,* 22(5).

**Canning, R.D.** (2003). A primary care approach to mental health care for HIV/hepatitis infected inmates. *Infectious Diseases in Corrections Report,* 6(1):1-4.

Leamon M.H., Gibson D.R., **Canning R.D.**, Benjamin L. (2002). Hospitalization of patients with cocaine and amphetamine use disorders from a psychiatric emergency service. *Psychiatr. Serv.*, 53(11):1461-6. https://doi.org/10.1176/appi.ps.53.11.1461

**Canning, R.D.** & Stuber, M.A. (2001). *Pediatric transplantation*. In Trzepacz, P.T. & DiMartini, A. (Eds.) The Transplant Patient. New York: Cambridge University Press.

Canning Decl. Ex. 1 004

R███ █ Canning, Ph.D., CCHP

## Presentations, Trainings, & Abstracts (2010 to present)

**Canning, R.D.** and Butler, Mary. (2023, February). Suicide Risk Assessment through a Correctional Lens. Forensic Mental Health Association of California.

**Canning, R.D.** (2021, July). Suicide Risk Assessment for Jail Clinicians. Training for Adult Forensic Behavioral Health staff, Alameda County Santa Rita Jail, Dublin, CA.

**Canning, R.D.** (2021, July). Psychological Autopsies for Correctional Settings. Presented at the Corrections-Related Suicide webinar, Global Justice Resource Center, San Luis Obispo, California.

**Canning, R.D.** (2021, June). Working with Difficult Suicidal Jail Residents. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2021, March). Suicide Risk Assessment for Jail Clinicians. Training for Jail Mental Health Team, Marin County Jail, San Rafael, California.

**Canning, R.D.** (2020, May). Suicide Risk Assessment for Jail Clinicians. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2020, January). Screening for Suicide Risk. Training for the Correctional Health Services, Department of Health Services, Los Angeles County, California.

**Canning, R.D.** (2019, April). Suicide Risk Assessment with Individuals Confined in Forensic and Prison Settings. Training for the Forensic Assessment Unit, Department of State Hospitals, State of California, Sacramento, CA.

**Canning, R.D.** (2018, September). History of Suicide Prevention in the California Department of Corrections and Rehabilitation. Talk presented at the Annual Suicide Summit, Statewide Mental Health Program, California Correctional Health Care Services. Folsom, California.

Horon, R. & **Canning, R.** (2017, April). Suicide Risk Assessment Prevention for Correctional Mental Health Clinicians. Workshop presented at the annual conference of the American Association of Suicidology. Phoenix, Arizona.

**Canning, R.**, DiCiro, M., & Colley, J. (2016, October). Medically serious self-injury among state prison inmates. Presentation at the annual meeting of the American Academy of Psychiatry and the Law, Portland, Oregon.

**Canning, R.,** DiCiro, M., & Glenn, K. (2016, March). Medically serious self-injury in state prison: A case series. Poster presented at the annual meeting of the Forensic Mental Health Association of California, Monterey, California.

**Canning, R.D**. (2015, April). Suicide risk evaluation for mental health clinicians. Invited presentation, Annual Meeting of the California Psychological Association, San Diego, California.

**Canning, R.D.** & Horon, R. (2015, February). Improving suicide risk assessment with offenders: Collaboration and research to inform practice in the California Department of

Corrections and Rehabilitation and the Department of State Hospitals. Presentation at the annual meeting of the Forensic Mental Health Association of California, Monterey, California.

Horon, R., **Canning, R**., McManus, T. (2014, April). Suicide Risk Assessment: Research, refinement and innovation within California prisons. Panel presentation at the annual meeting of the American Association of Suicidology, Los Angeles, California.

McDermott, B., Warburton, K., **Canning, R.**, & Scott, C. (2012, October). Safety and security across the continuum of care in psychiatry. Panel presentation at the annual meeting of the American Academy of Psychiatry and the Law, Montreal, Quebec, Canada.

**Canning, R.D.** (2011, October). Suicide among the elderly. Presentation to the Communities Taking Steps: Suicide Awareness and Prevention Conference, Sacramento, California.

Berman, A. & **Canning, R.D.** (2010, July). Standardized training for suicide risk assessment in correctional settings. Talk presented to the National Commission on Correctional Health Care meeting on Correctional Mental Health, Boston, Massachusetts.

## MEMBERSHIPS

| | |
|---|---|
| 2021 – Present | Forensic Mental Health Association of California |
| 1997 – Present | Psychologists in Public Service, Division 18 of the American Psychological Association, |
| 1998 – Present | Society of Psychology and the Law, Division 41 of the American Psychological Association |
| 2005 – 2023 | American Association of Suicidology |
| 2013 – 2019 | Association for Psychological Science |
| 2006 – 2010 | American Association of Forensic & Correctional Psychology |

## CREDENTIALING

| | |
|---|---|
| 2006 – Present | California Correctional Health Care Services, Elk Grove, CA |
| 2001 – 2005 | Medical Staff, California Medical Facility, Vacaville, CA |
| 1998 – 2001 | Medical Staff, UC Davis Medical Center, Sacramento, CA |
| 1998 – 2001 | Medical Staff, Shriners' Hospital, Sacramento, CA |
| 1995 – 1997 | Medical Staff, Department of Veterans Affairs, Northern California Health Care System |

## PROFESSIONAL SERVICE

| | |
|---|---|
| 2021 - Present | Education Committee, Forensic Mental Health Association of California |
| 2018 – 2022 | *Ad hoc* Reviewer, *Psychological Services*, Division 18 – Psychologists in Public Service, American Psychological Association |
| 2009 – 2018 | *Ad hoc* Reviewer, American Association of Suicidology, Washington, DC |

 Canning, Ph.D., CCHP

| | |
|---|---|
| 2003 – 2005 | Preceptor, Second Year Medical Students, UC Davis Medical School |
| 2004 – 2005 | Chair, Department of Psychology, California Medical Facility |
| 2002 – 2005 | Instructor, Psychology Internship Program, California Medical Facility |
| 2002 – 2003 | Vice-Chair, Department of Psychology, California Medical Facility, Vacaville, CA |
| 2001 – 2003 | Bioethics Committee, California Medical Facility, Vacaville, CA |
| 2000 – 2001 | Bioethics Consultation Committee, UC Davis Medical Center, Sacramento, CA |
| 1995 – 1997 | Instructor, Psychology Internship, VA Medical Center, Martinez |
| 1998 – 2001 | *Ad hoc* reviewer, *Social Science & Medicine* and *Journal of Clinical & Consulting Psychology* |

## RESEARCH

| | |
|---|---|
| 2016 | Co-Principal Investigator, <u>Machine Learning to Forecast Self-Injury Among Prison Inmates</u>. American Foundation for Suicide Prevention, New York, NY (unfunded). |
| 2014 | Research Training Institute, Injury Control Research Center for Suicide, University of Rochester Medical Center, Rochester, NY. |
| 2008 – 2014 | Consultant, <u>Evaluation of Suicide Risk Among Incarcerated Psychiatric Patients</u>. Vacaville Psychiatric Program, California Department of State Hospitals, Vacaville, CA., Robert Horon, Ph.D., Principal Investigator |
| 2011 – 2012 | Consultant, <u>Screening for Depression and Suicide Risk</u>. UC Davis School of Medicine, Department of Psychiatry & Behavioral Sciences, William Jarrold, PhD, Principal Investigator. |
| 2000 – 2005 | Consultant, <u>Interferon Alpha and Ribavirin Rx for Recurrent HCV in Liver Transplant Patients</u>. UC Davis Transplant Center, Lorenzo Rossarro, MD, Principal Investigator |
| 1999 – 2000 | Consultant, <u>Decreasing Distress Among Newly Diagnosed Cancer Patients</u>. UC Davis Cancer Center, Fred Meyers, MD, Principal Investigator |
| 1998 – 2001 | Medical Education Research Group, Department of Psychiatry, UC Davis Medical Center |

## PUBLIC SERVICE

| | |
|---|---|
| 2021 – Present | Member, Police Accountability Commission, City of Davis, California. |
| 2007 – 2016 | Member & Vice-Chair, Mental Health Advisory Board, Yolo County, California. |

# Exhibit – 2

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ███████████ / Male           CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

---

Document Type:              MHMD Progress Note
Document Subject:           Psychiatry
Service Date/Time:          2/12/2021 11:18 PST
Result Status:              Auth (Verified)
Perform Information:        Smith,M████ Psychiatrist (2/12/2021 11:21 PST)
Sign Information:           Smith,M████ Psychiatrist (2/12/2021 16:07 PST)
Authentication Information: Smith,M████ Psychiatrist (2/12/2021 16:07 PST); Smith, M████ Psychiatrist (2/12/2021 16:07 PST)

**Identify**
routine follow up, MCSP D-EOP

**Subjective**
"I"m good," has renewed hope of going home with some of Governor Newsom's recent prison reform ideas. Also asking for early release related to risks of COVID and his medical issues. Otherwise continues to do well, has renewed interest in losing some weight, motivated by losing a few pounds this past month. Discussed possible weight gaining side effects of medication, especially zyprexa, and he is on board for discontinuing.

**Medications**
zyprexa 5 mg am
zoloft 200 mg am
vistaril 25 mg am
vistaril 50 mg pm prn

**Objective**
presentation:  cooperative
speech:  clear
motor:  wnl
mood:  euthymic
affect:  congruent
thought process:  linear
thought content:  no SI, HI, AH, VH
abnormal perception:  none
insight:  fair
judgement:  fair
AIMS:  n/a

**Diagnosis**
Major Depressive Disorder -stable

**Assessment**
continues to do very well, has made a lot of progress in the last year. Discussed options of tapering or stopping zyprexa, prefers to stop at this time as he is very concerned about his weight.

**Plan**
d/c zyprexa
consents due in January
f/u in 30 days

**Education**

---

Report Request ID:    54778506                      Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 2 001**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ███████████████  / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

**how to put in a 7362 if notices any changes with stopping zyprexa**

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ████████,CDCR: P16665,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 2 002**



n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



**Suicide Risk and Self-Harm Evaluation Entered On:** 3/1/2021 12:42 PST
**Performed On:** 3/1/2021 12:20 PST by Cavucci, M▮ Psychologist

## Patient Encounter Information
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮▮ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter
                                                          Cavucci, M▮ Psychologist - 3/1/2021 12:20 PST

## Reason for Assessment
Reason for Assessment :   Consult for SI, SA, or Self-harm
Sources of information :   C/O or Staff Interview, I/P Interview, UHR, SOMS
Did the patient refuse to participate or are they currently unable to respond? :   No
                                                          Cavucci, M▮ Psychologist - 3/1/2021 12:20 PST

## C-SSRS Suicidal Ideation
CSSRS Wish to be Dead 2 :   Yes
1. Have you wished you were dead or wished you could go to sleep and not wake up? (ref) :   No
Lifetime: Time he/she felt most suicidal :   Prior documentation indicates that IP experienced some passive SI when first incarcerated due to long prison term.

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 3 001**

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ▓▓▓▓▓▓▓▓▓ / Male            CDCR: P16665; P16665; P16665; P16665; P16665;
                                                P16665; P16665

| *Mental Health Forms* |
|---|

CSSRS NonSpecific Active Suicide Thought 2 :   No
CSSRS Lifetime, Most Severe Ideation :   Wished they were dead or could go to sleep and not wake up
CSSRS Frequency of Suicidal Thoughts :   Less than one week
CSSRS Duration of Suicidal Thoughts :   Fleeting, few seconds or minutes
CSSRS Controllability of Suicidal Thoughts :   Can control thoughts with little difficulty
CSSRS Deterrents of Suicidal Thoughts :   Deterrents probably stopped you
CSSRS Reasons for Ideation :   Mostly to end pain, can't go on living with pain or feelings
CSSRS Intensity of Ideation Total Score :   9

Cavucci, M▓▓ Psychologist - 3/1/2021 12:20 PST

**C-SSRS Suicidal Behavior**
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injurt of harm. :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :   No
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   No
CSSRS Prepatory Acts or Behavior 2 :   No

Cavucci, M▓▓ Psychologist - 3/1/2021 12:20 PST

**Suicide and Self-Harm Summary**
Suicide and Self-Harm History :   No

Cavucci, M▓▓ Psychologist - 3/1/2021 12:20 PST

**Chronic & Acute Risk Factors**
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   No
Sex offender :   No
History of abuse :   No
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   No
History of violence (including index crime) :   Yes
Single cell placement :   No
Negative housing change in housing :   No
Chronic medical illness :   No
Safety concerns (e.g., gang dropout) :   No
Chronic pain problem :   No
Early in prison term :   No
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes
Suicidal Ideation MH :   No
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No

---

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

**Canning Decl. Ex. 3 002**

n/a

Patient:  **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
| --- |

Current/recent depressive symptoms :   No
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   No
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   No
Medication hoarding/cheeking :   No

Cavucci, M██ Psychologist - 3/1/2021 12:20 PST

### Protective Factors / Buffers
Family support :   Yes
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   No
Positive coping/conflict resolution :   Yes
Children at home :   No
Spousal support :   No
Insight into problems :   Yes
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes
Quality of Protective Factors :   IP's strengths and protective factors include medication compliance; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends weekly 1-1, and avoids trouble with custody and other inmates. IP also has family and social support; IP communicates with his family often via telephone. IP has religious/spiritual beliefs; communicates and advocates effectively; future-oriented and optimistic about his upcoming BPH date.

Cavucci, M██ Psychologist - 3/1/2021 12:20 PST

### Additional Information and Warning Signs
Additional Information :   3-1-21: IP seen in building D18 after stating to RT Loell, "I want to take a sheet and tie it (pointing at railing on tier) and jump over." IP was immediately asked if he wanted to hurt himself, to which IP replied, "No, I am joking." RT Loell notified CO Arellano later after the IPs statements were made. CO Arellano informed clinician that IP had made these statements and asked clinician to talk with IP. CO Arellano stated that IP should have been taken to program office; however, he was not informed of the situation until a while after it happened. Clinician talked with IP in the dayroom in a non-confidential setting. IP was already aware of why clinician was talking to him. IP stated, "I was just joking. I don't want to kill myself. I am preparing to go to board soon. Doing it now would just be stupid. I've been here for 30 years already. I'm not giving up on getting released now." Clinician talked with IP about the gravity of his statements and IP replied, "I get it. I won't joke around like that anymore." IP was calm and cooperative during the interview; dressed appropriately and grooming/hygiene were adequate. IP smiled frequently and presented in a positive and euthymic mood. IP maintained appropriate eye contact and his speech was of normal pace/tone. IP was alert and oriented x4; thought process was linear with no AVH present. IP denied suicidal desire, capability, or intent. IP endorsed no current IS PATH WARM factors or acute risk factors at this time.
Warning sign of imminent suicide present :   - No Indicators

Cavucci, M██ Psychologist - 3/1/2021 12:20 PST

### Risk Levels and Disposition

---

Report Request ID:    54778506                                   Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 3 003**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▇▇▇▇▇▇▇▇ / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
| --- |

CHRONIC RISK :   Low
ACUTE RISK :   Low
Justification of Risk Level :   Chronic risk is Low: IP has no reported or documented history of suicide attempts or self-harm.

Acute risk is Low: IP denied any recent or current suicidal desire, capability, or intent. IP reported no desire to harm himself. IP presented with goal-oriented and future-focused thinking, stating that he is preparing for his upcoming board date. IP has demonstrated the utilization of coping skills. IP is presently stable and has been utilizing mental health resources when available. IP did not endorse any IS PATH WARM factors.

Cavucci, M▇▇ Psychologist - 3/1/2021 12:20 PST

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 3 004**



n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [REDACTED] / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



| | |
|---|---|
| Document Type: | MHMD Progress Note |
| Document Subject: | Psychiatry |
| Service Date/Time: | 3/3/2021 14:58 PST |
| Result Status: | Auth (Verified) |
| Perform Information: | Smith,M[REDACTED] Psychiatrist (3/3/2021 15:05 PST) |
| Sign Information: | Smith,M[REDACTED] Psychiatrist (3/3/2021 15:05 PST) |
| Authentication Information: | Smith,M[REDACTED] Psychiatrist (3/3/2021 15:05 PST) |

**Identify**
routine follow up, MCSP D-EOP

**Subjective**
"I'm still fatigued and short of breath," says thinks related to possibly having COVID in early 2020. Now has had both vaccines and still feeling fatigued. Stopping Zyprexa last month has been no issue. Has lost 9 pounds in last 5 weeks. Hopeful about new assembly bill regarding elderly parole release program, says he now meets new criteria- 20+ consecutive years served and 50+ age (previous 25 years and 65+), inmate has been down 27 years and just turned 64.

**Medications**
Zoloft 200 mg daily
vistaril 25 mg am
vistaril 50 mg pm prn

**Objective**
presentation:  cooperative, talkative, educated
speech:  clear
motor:  wnl
mood:  euthymic
affect:  congruent
thought process:  linear

Report Request ID:    54778506                    Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:                          / Male                CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

**Mental Health Documentation**

---

thought content:  no SI, HI, AH, VH
abnormal perception:  none
insight:  fair
judgement:  fair
AIMS:  n/a
weight:  226 lbs

**Diagnosis**
Major Depressive Disorder -stable

**Assessment**
continues to do well, no issues off zyprexa, losing some weight, hopeful about his future

**Plan**
no changes
will f/u with Dr. Surineni
consents due in January

**Education**
how zyprexa might have been effecting weight

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB:          ,CDCR: P16665,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

---

Report Request ID:    54778506                          Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

# Exhibit – 5

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ████████████ / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

**Suicide Risk and Self-Harm Evaluation Entered On:  6/20/2021 0:48 PDT**
**Performed On:  6/19/2021 19:00 PDT by Smith, R████  Psychologist**

## Patient Encounter Information
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ████████ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

Smith, R████  Psychologist - 6/20/2021 0:41 PDT

## Reason for Assessment
Reason for Assessment :   Consult for SI, SA, or Self-harm
Reason for Assessment: :   I/P stated possible SI to building 18 staff. CIT activated attened by SRN Kreizenbeck, Sgt, Knight.
Sources of information :   C/O or Staff Interview, I/P Interview, UHR, SOMS, Custody File
Did the patient refuse to participate or are they currently unable to respond? :   Yes
Steps taken to encourage participation or increase the patients ability to participate: :   MI utilziend to assist I/P in being forthcoming regarding his medical Mh and custody concenrs.

Smith, R████  Psychologist - 6/20/2021 0:41 PDT

## Suicide and Self-Harm Summary
Suicide and Self-Harm History :   No

Smith, R████  Psychologist - 6/20/2021 0:41 PDT

## Chronic & Acute Risk Factors
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   No
Sex offender :   No
History of abuse :   No
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   No
History of violence (including index crime) :   Yes
Single cell placement :   No
Negative housing change in housing :   No
Chronic medical illness :   No
Safety concerns (e.g., gang dropout) :   No
Chronic pain problem :   No
Early in prison term :   No
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes

Report Request ID:    54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 5 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [REDACTED]    / Male              CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
| --- |

Suicidal Ideation MH :   No
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   Yes
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   Yes
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   No
Medication hoarding/cheeking :   No

                                                          Smith, R[REDACTED] Psychologist - 6/20/2021 0:41 PDT

Protective Factors / Buffers
Family support :   Yes
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   No
Positive coping/conflict resolution :   Yes
Children at home :   No
Spousal support :   No
Insight into problems :   Yes
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes
Quality of Protective Factors :   I/P has a Hx of utilizing family and interpersonal support. HE reproted taht he enjoys listening to music as a postive distraction.

                                                          Smith, R[REDACTED] Psychologist - 6/20/2021 0:41 PDT

Additional Information and Warning Signs
Additional Information :   6/19/21; CIT activated after I/P made possible suicidal statement to building staff. Upon the approach of the team I/P denied any SI/HI. HE reproted that he wanted to get his medications re-ordered. I discussed paln with I/P to palce an order to psychiatrist to see him and to follow up with his MHPC. I/P open to this plan. There was no indication that I/P was in an acute crisis at this time.

3-1-21: IP seen in building D18 after stating to RT Loell, "I want to take a sheet and tie it (pointing at railing on tier) and jump over." IP was immediately asked if he wanted to hurt himself, to which IP replied, "No, I am joking." RT Loell notified CO Arellano later after the IPs statements were made. CO Arellano informed clinician that IP had made these statements and asked clinician to talk with IP. CO Arellano stated that IP should have been taken to program office; however, he was not informed of the situation until a while after it happened. Clinician talked with IP in the dayroom in a non-confidential setting. IP was already aware of why clinician was talking to him. IP stated, "I was just joking. I don't want to kill myself. I am preparing to go to board soon. Doing it now would just be stupid. I've been here for 30 years already. I'm not giving up on getting released now." Clinician talked with IP about the gravity of his statements and IP replied, "I get it. I won't joke around like that anymore."

---

Report Request ID:    54778506                              Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 5 002**

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
| --- |

IP was calm and cooperative during the interview; dressed appropriately and grooming/hygiene were adequate. IP smiled frequently and presented in a positive and euthymic mood. IP maintained appropriate eye contact and his speech was of normal pace/tone. IP was alert and oriented x4; thought process was linear with no AVH present. IP denied suicidal desire, capability, or intent. IP endorsed no current IS PATH WARM factors or acute risk factors at this time.
Warning sign of imminent suicide present :   A- Anxiety: Agitation/panic?

                                    Smith, R▮▮▮▮  Psychologist - 6/20/2021 0:41 PDT

**Risk Levels and Disposition**
CHRONIC RISK :   Moderate
ACUTE RISK :   Low
Justification of Risk Level :   Chronic risk was deemed low to moderate given I/P has no prior SA/SIB noted. He is aging in proson with a Hx of substance abuse and violnce which increase chonic risk for him.


Acute risk at this time was deemed low. The I/P expresses no plan intent or desire to harm himself and seems to want to bring attention to the need for a psychiatry visit. HE was satisfied with the teams resolution to place orders with yard staff for follow up.
MH SRASHE Disposition :   Referred to provider
SRASHE Disposition Rationale :   I/ deemed to not be in acute crisis. Will palce orders for appointments, and contact MHPC for follow up.

                                    Smith, R▮▮▮▮  Psychologist - 6/20/2021 0:41 PDT

**Safety Plan Intervention**
Is SPI Required per Policy or Clinical Necessity? :   No - Inpatient admission/Placement

                                    Smith, R▮▮▮▮  Psychologist - 6/20/2021 0:41 PDT

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 5 003**

# Exhibit – 6

n/a

| Patient: | **BROOKS II, WILLIE LEE** | |
|---|---|---|
| DOB/Age/Birth Gender: | ▮▮▮▮ ▮▮▮▮ / Male | CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665 |

## *Orders*

### Mental Health

Order: **MHMD Consult Routine**

Order Date/Time: 6/20/2021 00:49 PDT

Order Start Date/Time: 6/25/2021 11:15 PDT

| Order Status: Canceled | Department Status: Canceled | Activity Type: Mental Health |
|---|---|---|
| End-state Date/Time: 7/7/2021 10:05 PDT | End-state Reason: | |
| Ordering Physician: Smith,R▮▮ Psychologist | Consulting Physician: | |

Entered By: Smith,R▮▮ Psychologist on 6/20/2021 00:49 PDT

Order Details: 6/25/21 11:15:00 AM PDT, 06/19/21 19:00:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days with psychiatrist. Will need to call as well., CIT follow up, 06/19/21, 06/27/21 23:59:00 PDT

Order Comment:

| Action Type: Cancel | Action Date/Time: 7/7/2021 10:05 PDT | Action Personnel: Smith,J▮▮ HPS 1 |
|---|---|---|
| Responsible Provider: Smith,R▮▮ Psychologist | Supervising Provider: | Communication Type: |

Order Details: 06/25/21 11:15:00 PDT, 06/19/21 19:00:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days with psychiatrist. Will need to call as well., CIT follow up, 06/19/21, 06/27/21 23:59:00 PDT

Review Information:

Doctor Cosign: Electronically Signed, Kim,P▮▮ Psychiatrist on 7/20/2021 07:49 PDT

Order Comment: Comment Removed

| Action Type: Modify | Action Date/Time: 6/21/2021 15:40 PDT | Action Personnel: Ashlock,R▮▮ OT |
|---|---|---|
| Responsible Provider: Smith,R▮▮ Psychologist | Supervising Provider: | Communication Type: |

Order Details: 06/25/21 11:15:00 PDT, 06/19/21 19:00:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days with psychiatrist. Will need to call as well., CIT follow up, 06/19/21, 06/27/21 23:59:00 PDT

Review Information:

Doctor Cosign: Not Required

Order Comment: Comment Removed

| Action Type: Order | Action Date/Time: 6/20/2021 00:50 PDT | Action Personnel: Smith,R▮▮ Psychologist |
|---|---|---|
| Responsible Provider: Smith,R▮▮ Psychologist | Supervising Provider: | Communication Type: Written |

Order Details: 06/20/21 0:01:00 PDT, 06/19/21 19:00:00 PDT, Worsening MH symptoms, 7 days, Schedule once within 5 business days with psychiatrist. Will need to call as well., CIT follow up, 06/19/21, 06/27/21 23:59:00 PDT

Review Information:

Doctor Cosign: Not Required

Order Comment: Comment Removed

---

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 6 001**

# Exhibit – 7

n/a

Patient:       **BROOKS II, WILLIE LEE**
DOB/Age/Sex:   ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



| Document Type: | MHPC Consult Routine Progress Note |
|---|---|
| Document Subject: | MH Consult Routine Note |
| Service Date/Time: | 6/21/2021 13:23 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Cavucci,M███ Psychologist (6/21/2021 13:41 PDT) |
| Sign Information: | Cavucci,M███ Psychologist (6/21/2021 13:41 PDT) |
| Authentication Information: | Cavucci,M███ Psychologist (6/21/2021 13:41 PDT) |

S: IP seen for MH Consult Routine at the EOP center in a confidential setting. CO Arellano requested that IP be seen due to expressing some issues in the building. IP arrived to the EOP center shortly after the referral was made. IP reported that he was experiencing voices, and stated that he has been having issues since "some new people" were placed in his cell and in his pod. Covering clinician attempted to illicit details from IP regarding his concerns; however, IP spoke very vaguely and refused to give specific details. IP stated that he was seen by mental health on Saturday for "safety concerns," although, documentation notes that IP wanted a medication change, and IP claims his concerns were not addressed. IP then stated that he has been off his anti-psychotic medication for approximately 8 months and has been experiencing voices over the last 4 months. Covering clinician offered to contact IP's psychiatrist for medication changes; however, IP did not respond, but continued to state that he was having issues in the building. Covering clinician attempted to problem solve with IP, asking about moving to a new dorm in a different pod. IP then became slightly disrespectful, asking covering clinician how long she worked there because there was a "disconnect" and that the clinician "doesn't know how prison runs." IP was informed that he was providing very vague statements and contradicting himself, claiming that he "doesn't know what is real" then stating that he "knows for a fact that someone is out to get him. IP then became condescending, stating that it is a staff's duty to address any safety concerns he has. Covering clinician confirmed that IP is stating safety concerns, and IP agreed. Covering clinician then ended the session and informed D06 officers of

Report Request ID:    54778506                                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 7 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▮▮▮▮▮▮▮▮    / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

IP's "safety concerns." IP was subsequently cuffed up and sent to the program office.

O: IP was appropriately dressed; grooming and hygiene were adequate and no malodors were detected. IP was combative. IP maintained appropriate eye contact. Speech was of normal pace and tone. IP was alert and oriented x4. Mood neutral with incongruent affect as IP did not appear to be experiencing any distress over his reported concerns. IP did not appear to be responding to internal/external stimuli, although he stated that he was experiencing voices. IP denied suicidal/homicidal desire, intent or capability. No signs of decompensation.

Additional Observations (if any): EOP appears to be the appropriate level of care for IP at this time. IP does not currently need a higher level of care due to current stability, attention to ADLs (showering regularly, attending chow, maintains hygiene, spending time out of cell when possible). Presently, a lower level of care would not be appropriate, specifically because decreasing IP's level of care may put IP at risk of decompensation.

P: IP will continue at the EOP level of care. Covering clinician will monitor IP's mental health status, functioning, and any warning signs of SI / SIB / SA or decompensation. Due to current COVID-19 restrictions, IP will be offered two indoor groups. IP has been provided increased clinical contact as needed and offered packets/workbooks from clinical staff to receive milestone credit. Treatment will focus on learning additional coping skills to reduce symptoms and maintain stability. IP was encouraged to reach out to staff if he begins to experience any acute symptoms or require extra support.

E: Educated IP on the importance of practicing self-care and attending to his treatment.

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮ ,CDCR: P16665,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

```
Electronically Signed on 06/21/2021 01:41 PM PDT

_____
Cavucci, M▮▮   Psychologist, Psychologi
```

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 7 002**



BROOKS II, WILLIE LEE                                                                        P16665

1000000321185450¼P16665; 1028227511854504P16665; 79956;
* **Auth (Verified)** 1000000271185450¼P16665; 77729; 78624; 1000000091185450¼P16665

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)                                                                Page 1 of 2

## * EMERGENCY *

**PART I· TO BE COMPLETED BY THE PATIENT**

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME _Brooks, II, Willie L_   CDCR NUMBER _P-16665_   HOUSING _D-18A-203-3L_

PATIENT SIGNATURE _____   DATE _June 21, 2021_

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem). I have been off my mental Health medications I NEED THEM BACK NOW!!! I have undergone UNFATHOMABLE PSYCHOLOGICAL DIMENSIONAL COLLAPSE. I NEED HELP NOW NOT IN 2 or 3 DAYS. I NEED Dr. SMITH TO START THEM BACK NOW

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM _Please THANK YOU_

**PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE**

Date / Time Received: _6·23·21_   Received by: _____

Date / Time Reviewed by RN: _0730_   Reviewed by: _C. Beatty RN_

S:                                           Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:    T:    P:    R:    BP:    WEIGHT:

A:

P: _Mental Health_

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution:  Original - Health Record ; Copy - Patient

**Canning Decl. Ex. 8 001**

n/a

# Exhibit – 9

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:   ▮▮▮▮▮▮ / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Document Type: | MHPC Progress Note |
|---|---|
| Document Subject: | Weekly Note |
| Service Date/Time: | 6/22/2021 10:27 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Scaramozzino,▮ Psychologist (6/22/2021 10:54 PDT) |
| Sign Information: | Scaramozzino,▮ Psychologist (6/22/2021 10:54 PDT) |
| Authentication Information: | Scaramozzino,▮ Psychologist (6/22/2021 10:54 PDT) |

I/P is in MHSDS and is EOP LOC. IP is housed in D18 Yard/Dorm Housing at MCSP. IP is being seen today for a routine continuing MHPC contact. IP was met individually in a confidential setting for scheduled routine clinical contact.

Yesterday experienced an "episode" possibly due to symptoms of PTSD-; he apologize and has taken the advise of the clinician he saw yesterday.

IP wants to see if the psychiatrist can reduce the incidents of hyper vigilance and emotional reactivity due to flashbacks; EOP; Level 2; on a non-designated yard; adaptive; now wants to focus on developing some alternatives; IP is triggered by a new inmate who is one of his cellies;

Alert & Oriented x 4. Calm, cooperative, respectful.
Dressed appropriately for environment in prison issued clothing; hygiene appropriate.
Appropriate eye contact. Speech of normal RRV. Motor activity was WNL.
Mood was WNL and affect was congruent with the information provided.
Gross cognitive functioning (memory, attention) and fund of knowledge was WNL.
No limitations with executive functioning (sequencing, abstracting, planning, organizing).
Thought process linear, logical, & goal-oriented. No psychotic indicators.
Denied any current thoughts about engaging in any self-harming behavior or harm to others.
Insight and social judgment intact.

Supportive dialogue utilized in session. Continue weekly EOP PC follow-up, weekly EOP groups, and medication management when prescribed medications.

Report Request ID:   54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 9 001**

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ████████████████  / Male     CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

---

**Encounter Info:** Patient Name: WILLIE BROOKS, DOB: ████████, CDCR: P16665, FIN: 10000002711854504P16665, Facility: MCSP, Encounter Type: Institutional Encounter

---

Report Request ID:   54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 9 002

# Exhibit – 10

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                              P16665; P16665



**Suicide Risk and Self-Harm Evaluation Entered On: 6/23/2021 21:18 PDT**
**Performed On: 6/23/2021 21:14 PDT by L▮▮ Richards, Post-Doc Intern**

Patient Encounter Information

_____

Report Request ID:    54778506                         Print Date/Time:    5/2/2022 10:04 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

**Canning Decl. Ex. 10 001**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████████    / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
| --- |

ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ███████ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

## Reason for Assessment
Reason for Assessment :   At time of MHCB Referral
Sources of information :   C/O or Staff Interview, I/P Interview, SOMS
Did the patient refuse to participate or are they currently unable to respond? :   No

L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

## C-SSRS Suicidal Ideation
CSSRS Wish to be Dead 2 :  Yes
1. Have you wished you were dead or wished you could go to sleep and not wake up? (ref) :   Yes
Lifetime: Time he/she felt most suicidal :   IP reported SI.
CSSRS NonSpecific Active Suicide Thought 2 :   Yes
2. Have you actually had any thoughts of killing yourself? (ref) :   Yes
CSSRS Non Specific Suicide Thought Cmnt :   IP stated that he was would get a sheet and tie it to the tier and hang himself from it.
CSSRS Suicide Idea w- Method No Intent 2 :   Yes
3. Have you been thinking about how you might do this? (ref) :   Yes
CSSRS Suicidal Ideation w- Method Cmnt :   IP stated that he was would get a sheet and tie it to the tier and hang himself from it.
CSSRS Active Suicide Idea Intent no Plan 2 :   Yes
4. Have you had these thoughts and had some intention of acting on them? (ref) :   Yes
CSSRS Suicidal Ideation w-Intent Comment :   IP stated that he was would get a sheet and tie it to the tier and hang himself from it.
CSSRS Suicidal Ideation Intent w-Plan 2 :   No
CSSRS Lifetime, Most Severe Ideation :   Thoughts and had some intention towards killing themselves
CSSRS Recent, Most Severe Ideation :   Thoughts and had some intention towards killing themselves
CSSRS Frequency of Suicidal Thoughts :   Daily or almost daily
CSSRS Duration of Suicidal Thoughts :   Four to eight hours, most of the day
CSSRS Controllability of Suicidal Thoughts :   Unable to control thoughts
CSSRS Deterrents of Suicidal Thoughts :   Uncertain that deterrents stopped you
CSSRS Reasons for Ideation :   Does not apply
CSSRS Intensity of Ideation Total Score :   15

L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

## C-SSRS Suicidal Behavior
1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injurt of harm. :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   0
CSSRS Engaged Non Suicidal Injury 2 :   No
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   No
CSSRS Prepatory Acts or Behavior 2 :   No

L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

## Suicide and Self-Harm Summary
Suicide and Self-Harm History :   No

_____

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 10 002

n/a

Patient:      **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ███████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                     P16665; P16665

| *Mental Health Forms* |
|---|

                                                L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes
Sex offender :   No
History of abuse :   No
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   No
History of violence (including index crime) :   Yes
Single cell placement :   No
Negative housing change in housing :   No
Chronic medical illness :   No
Safety concerns (e.g., gang dropout) :   No
Chronic pain problem :   No
Early in prison term :   No
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes
Suicidal Ideation MH :   Yes
Disturbance of mood/lability :   No
Active or Passive :   Active
Current/recent violent behavior :   No
Recent suicide attempt :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   Yes
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   Yes
Current/recent psychotic symptoms :   Yes
Current/recent anxiety or panic symptoms :   Yes
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   No
Medication hoarding/cheeking :   No

                                                L█ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

**Protective Factors / Buffers**
Family support :   Yes
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes
Future orientation/plans for future :   Yes
Exercises regularly :   No
Positive coping/conflict resolution :   Yes
Children at home :   No
Spousal support :   No

_____

Report Request ID:   54778506                        Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▮▮▮▮▮▮▮ / Male                CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                      P16665; P16665

---

### *Mental Health Forms*

---

Insight into problems :   Yes
Job or school assignment :   No
Active and motivated in psych treatment :   Yes
Sense of optimism; self-efficacy :   Yes
Quality of Protective Factors :   IP noted that he was working with his MHPC on coping skills to target AH/VH. He stated that he has a reference sheet in his cell to look at; however, right now it isn't effective. IP was not able to identify any other coping skills or protective factors.

L▮ Richards, Post-Doc Intern - 6/23/2021 21:14 PDT

#### Additional Information and Warning Signs
Additional Information :   IP reported to custody staff that he was feeling suicidal. IP was seen by CIT on Saturday as well when he reported SI. At that time, he was provided coping skills and was informed that he would see psychiatry as his main concern was medication adjustments. Today, IP appears in distress and stated that he wants to kill himself by hanging himself with a towel or sheet. IP stated that his medication was discontinued about 8 months ago and he has been slowly decompensating since then. IP stated that he has been trying to get back on his meds but hasn't been successful. IP stated that over the past few months his depression, anxiety, and AH/VH have increased. IP reported that today he is also feeling hopeless and doesn't want to live anymore. IP noted that he has been working with his MHPC on addressing his AH and learning to manage them. IP stated that he has a reference sheet that usually helps him but right now it seems that none of his coping skills are effective. IP reported depression, anxiety, hopelessness, and SI with a plan to hang himself.
Grooming and hygiene were appropriate. Eye contact was fair as he mainly stared at the ground. His posture was slumped over. His speech rate, tone, and volume were appropriate. His mood is depressed and his affect is congruent and flat. IP's thought process was goal-oriented and linear. IP did not appear to be responding to internal stimuli. IP reported SI with a plan to hang himself off the second tier in the building with a sheet.
ISPATHWARM: Ideation (active), Anxiety, Trapped, Hopelessness, Recklessness
Warning sign of imminent suicide present :   I - Ideation: Active or passive ideas - contents?, A- Anxiety: Agitation/panic?, T - Trapped: Ineffective coping, H - Hopelessness: Important, research-based indicator, R - Recklessness: Implusiveness

L▮ Richards, Post-Doc Intern - 6/23/2021 21:18 PDT

#### Risk Levels and Disposition
CHRONIC RISK :   Moderate
ACUTE RISK :   High
MH SRASHE Disposition :   Referred to a higher level of care
SRASHE Disposition Rationale :
Justification of Risk Level :   Chronic Risk: LOW to MOD given that the IP doesn't have any prior SA/SIB noted. He is aging and has been incarcerated for sometime. He has a psychiatric illness and is currently experiencing an increase in symptoms. IP has a history of substance use and violence. He is also serving lenghty sentence which increases his risk.

Acute Risk: HIGH due to IP reporting SI with a plan to hang himself. IP appears in distress and would like a medication evaluation. IP stated that he attempted to wait to see psychiatry but isn't able to keep himself safe any longer. IP reported depression, anxiety, AH/VH, hopelessness, and SI.

Protective Factors: IP noted that he was working with his MHPC on coping skills to target AH/VH. He stated that he has a reference sheet in his cell to look at; however, right now it isn't effective. IP was not able to identify any other coping skills or protective factors.

ISPATHWARM: Ideation (active), Anxiety, Trapped, Hopelessness, Recklessness

L▮ Richards, Post-Doc Intern - 6/23/2021 21:20 PDT

---

Report Request ID:    54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 10 004**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ████████████████ / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
|---|

Safety Plan Intervention

Is SPI Required per Policy or Clinical Necessity? :   No - Inpatient admission/Placement

L██ Richards, Post-Doc Intern - 6/23/2021 21:20 PDT

Report Request ID:    54778506                                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 10 005

# Exhibit – 11

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Document Type: | MHMD Inpatient Progress Note |
| --- | --- |
| Document Subject: | MH Psychiatry Note |
| Service Date/Time: | 6/24/2021 15:08 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Boitor, ▮ Psychiatrist (6/24/2021 15:51 PDT) |
| Sign Information: | Boitor, ▮ Psychiatrist (6/24/2021 16:33 PDT) |
| Authentication Information: | Boitor, ▮ Psychiatrist (6/24/2021 16:33 PDT) |

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased in the absence of previous psych meds:
**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN

---

Report Request ID:    54778506                    Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 11 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ███████████    / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

**Allergies**
penicillins
diltiaZEM
naproxen

**Lab Results**
No results documented

**Objective/Physical Exam**
Vitals & Measurements
**T:** 36.2  °C  (Oral)  **HR:** 70 (Apical)
**HR:** 70 (Monitored)  **HR:** 70 (Peripheral)
**RR:** 18  **BP:** 107/67  **SpO2:** 98%
**WT:** 93.75 kg  **WT:** 93.75 kg (Wt dosing)

Intake & Output

| Intake and Output | This visit (24 hour periods starting at 07:00 PDT) | | |
|---|---|---|---|
| | 06/24/21 * | 06/23/21 | 06/22/21 |
| Total Summary | | | |
| Intake mL | -- | -- | -- |
| Output mL | -- | -- | -- |
| Fluid Balance | -- | -- | -- |
| Intake (0) | | | |
| Output (0) | | | |
| Counts (1) | | | |
| Urine Count | 2 | -- | -- |

* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

---

Report Request ID:    54778506    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 11 002

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▓▓▓▓▓▓ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Mental Health Documentation |
|---|

Signed By: Boitor, ▓▓▓ Psychiatrist

**Mental Status**
No results documented

**Assessment/Progress Towards Discharge**
BPH with obstruction/lower urinary tract symptoms
Diabetes
Health examination of prisoner
Hearing loss
HTN (hypertension)
Hyperlipidemia
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Shoulder pain
Orders:
MH Patient Issue

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB:▓▓▓▓▓▓,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

Report Request ID:    54778506    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 11 003

# Exhibit – 12

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



| Document Type: | MHPC Inpatient Progress Note |
| Document Subject: | MH PC Note |
| Service Date/Time: | 6/25/2021 11:27 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Surprise,K███ Psychologist (6/25/2021 11:28 PDT) |
| Sign Information: | Surprise,K███ Psychologist (6/25/2021 11:28 PDT) |
| Authentication Information: | Surprise,K███ Psychologist (6/25/2021 11:28 PDT) |

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased in the absence of previous psych meds:
**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consult:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
for Infection IPOC(Initiated) 06/24/2021 01:56
 Risk for Infection Plan of Care Outcomes(Initiated):

---

Report Request ID:    54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 12 001

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:     ██████████  / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

 >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> >>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000.  Records note patient Brooks endorsed a history of VH of

Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
 OMet-06/24/2021 04:07  am
 No Signs/Symptoms of Infection(Initiated)
 OMet-06/24/2021 04:08  am
 Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
 OMet-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55
**LTC Mood State IPOC Outcomes(Initiated):**
 Shows Interest and Interacts With Others(Initiated)
 XO-Shows Interest, Interacts With Others-06/24/2021 04:08  am
 Demonstrate stable mood(Initiated)
 XO-Demonstrate stable mood-06/24/2021 04:08  am

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

Report Request ID:     54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 12 002**

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.

Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, ████ Psychiatrist

**Current Status of Illness**

Pt remains on 1 to 1 suicide precautions. Pt refused to come to a secure location. At cell front pt had no interest in speaking with the clinician. Attempts were made at persuading pt, but he refused. Custody and nursing report no recent behaviors of concern. Cell condition adequate, ADLs appear WNL.

**Mental Status**

No results documented

**Assessment/Progress Towards Discharge**

1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate
Orders:
MH Observation

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ██████ ,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH



Report Request ID:    54778506          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 12 003

# Exhibit – 13

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: [redacted] / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

---

Document Type:                  MHPC Inpatient Progress Note
Document Subject:               MH PC Note
Service Date/Time:              6/26/2021 08:24 PDT
Result Status:                  Auth (Verified)
Perform Information:            Surprise,K[redacted] Psychologist (6/26/2021 08:25 PDT)
Sign Information:               Surprise,K[redacted] Psychologist (6/26/2021 08:25 PDT)
Authentication Information:     Surprise,K[redacted] Psychologist (6/26/2021 08:25 PDT)

#### New Issues/Complaints
Presenting Problem MH

06/24/21 09:37:00
#### Suicidal Ideation

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased in the absence of previous psych meds:
**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> >>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB

#### Problem List/Past Medical History
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
for Infection IPOC(Initiated)  06/24/2021 01:56
 **Risk for Infection Plan of Care Outcomes(Initiated):**
  Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
   OMet-06/24/2021 04:07  am
  No Signs/Symptoms of Infection(Initiated)
   OMet-06/24/2021 04:08  am
  Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
   OMet-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55
 **LTC Mood State IPOC Outcomes(Initiated):**
  Shows Interest and Interacts With Others(Initiated)
   XO-Shows Interest, Interacts With Others-06/24/2021 04:08  am
  Demonstrate stable mood(Initiated)
   XO-Demonstrate stable mood-06/24/2021 04:08  am

---

Report Request ID:   54778506                          Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 13 001

n/a

Patient:        **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ██████████ / Male                    CDCR: P16665; P16665; P16665; P16665; P16665;
                                                               P16665; P16665

| *Mental Health Documentation* |
| --- |

MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice

**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"

**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain

**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls

Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.

Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**

No results documented

**Endorsed Suicide Documentation**

No result documented

Signed By: Boitor, █████ Psychiatrist

**Current Status of Illness**

Pt remains on 1 to 1 suicide precautions. Pt refused to come to a secure location. At cell front pt had no interest in speaking with the clinician. Attempts were made at persuading pt, but he refused. Custody and nursing report no recent behaviors of concern. Cell condition adequate, ADLs appear WNL.

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 13 002

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮ / Male            CDCR: P16665; P16665; P16665; P16665; P16665;
                                                   P16665; P16665

---

### *Mental Health Documentation*

**Mental Status**
No results documented

**Assessment/Progress Towards Discharge**
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate
Orders:
MH Observation

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮ ,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 13 003

# Exhibit – 14

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮▮ / Male                    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



---

Document Type:               MHMD Inpatient Progress Note
Document Subject:            MH Psychiatry Note
Service Date/Time:           6/27/2021 13:01 PDT
Result Status:               Auth (Verified)
Perform Information:         Barrow,C▮▮▮▮ Psychiatrist (6/27/2021 13:06 PDT)
Sign Information:            Barrow,C▮▮▮▮ Psychiatrist (6/27/2021 13:06 PDT)
Authentication Information:  Barrow,C▮▮▮▮ Psychiatrist (6/27/2021 13:06 PDT)

**Inmate's Program and Level of Care**
Mental health crisis bed

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**Subjective/History of Present Illness**
Patient seen cell side as he refused to present for his treatment team in a confidential setting. Denies any significant issues. Patient continues to endorse significant auditory hallucinations which have led to a worsening of his depressive symptoms. Able to identify that his symptomatology is likely due to the

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 14 001

n/a

Patient: **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased in the absence of previous psych meds:
**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

fact that he discontinued his medications. He is becoming more open to resuming medications however he does not like the side effects which she referred to as a mental slowing. States he has a hard time thinking while on medications but states he might be agreeable to a lower dose. Able to state that he no longer feels acutely suicidal and was willing to accept clothing and books. We will discontinue one-to-one observation at this time. Patient states he will take the next day to consider medications and the psychiatry know of his plans to restart them should he choose to do so.

## Problem List/Past Medical History
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

## Medications
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM

---

Report Request ID:   54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 14 002**

Patient:   **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls

Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.

Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, ▮▮▮ Psychiatrist

### **Mental Status**
Appearance: Fair eye contact
Attitude: Guarded but cooperative
Activity: WNL
Mood: Depressed
Affect: Flat
Speech: Regular rate and rhythm
Language: English
Attention and Concentration: A & O X 3.
Thought Process: Endorsing auditory hallucinations. Did not appear to be responding to any internal stimuli during the interview
Thought Content: Decreasing suicidal ideas. Denies HI
Cognition: Primary memory is grossly intact.

### **Assessment/Progress Towards Discharge**
Major depressive disorder, Recurrent episode, Moderate

### **Plan/Disposition**
1. Discontinue one to 1 observation as patient is able to deny any suicidal ideas. We will start q. 11 checks for safety precautions.

triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

### **Allergies**
penicillins
diltiaZEM
naproxen

### **Lab Results**
No results documented

### **Objective/Physical Exam**
Intake & Output

| **Intake and Output** | This visit (24 hour periods starting at 07:00 PDT) | | |
|---|---|---|---|
| | 06/27/21 * | 06/26/21 | 06/25/21 |
| Total Summary | | | |
| Intake mL | 480 | 240 | -- |
| Output mL | -- | -- | -- |
| Fluid Balance | 480 | 240 | -- |
| Intake (1) | | | |
| Oral Intake mL | 480 | 240 | -- |
| Total | 480 | 240 | -- |
| Output (0) | | | |
| Counts (1) | | | |
| Urine Count | 1 | 1 | 2 |

\* This column has not completed the indicated time period.

### **Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

---

Report Request ID:   54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:     ████████████     / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                          P16665; P16665

---

### *Mental Health Documentation*

2. Psychiatry will continue to discuss medication options with patient as he remains reluctant to resume psychotropic medications at this time.

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ██████,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---

Report Request ID:     54778506                          Print Date/Time:     5/2/2022 10:04 PDT

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 14 004

# Exhibit – 15

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



Document Type:              MHMD Inpatient Progress Note
Document Subject:           MH Psychiatry Note
Service Date/Time:          6/28/2021 12:39 PDT
Result Status:              Auth (Verified)
Perform Information:        Boitor, ▮▮▮ Psychiatrist (6/28/2021 12:42 PDT)
Sign Information:           Boitor, ▮▮▮ Psychiatrist (6/28/2021 15:56 PDT)
Authentication Information: Boitor, ▮▮▮ Psychiatrist (6/28/2021 15:56 PDT); Boitor, ▮▮▮
                           Psychiatrist (6/28/2021 15:56 PDT); Boitor, ▮▮▮ Psychiatrist
                           (6/28/2021 15:00 PDT); Boitor, ▮▮▮ Psychiatrist (6/28/2021
                           14:57 PDT); Boitor, ▮▮▮ Psychiatrist (6/28/2021 14:54 PDT);
                           Boitor, ▮▮▮ Psychiatrist (6/28/2021 14:53 PDT); Boitor, ▮▮▮
                           Psychiatrist (6/28/2021 13:11 PDT); Boitor, ▮▮▮ Psychiatrist
                           (6/28/2021 12:49 PDT)

**Inmate's Program and Level of Care**
MHCB

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on

**Subjective/History of Present Illness**
Seen at CF in non-confidential setting d/t IP's refusal to come out

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

n/a

Patient:     **BROOKS II, WILLIE LEE**

DOB/Age/Sex:     ▮▮▮▮▮▮▮ / Male     CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased in the absence of previous psych meds:
**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his

Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

**Allergies**
penicillins
diltiaZEM
naproxen

**Lab Results**
No results documented

**Objective/Physical Exam**
Intake & Output
**Intake and Output**     This visit (24 hour periods starting at 07:00 PDT)

---

Report Request ID:     54778506     Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 15 002

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male    CDCR: P16665; P16665; P16665; P16665; P16665;
                                          P16665; P16665

## *Mental Health Documentation*

mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000.  Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, █████ Psychiatrist

## **Mental Status**
Appearance: after prompting came at the door, wrapped in the blanket; fair eye contact
Attitude: partially cooperative,
Activity: WNL, no involuntary movements,
**Mood:** Depression 7/10, Anxiety 10/10
Affect: restricted
Speech: clear, slow rate
Language: English
Attention and Concentration: A & O X 3.
Thought Process: organized, goal directed,
**Thought Content**:SI - present on and off, without plan; states will inform staff in case of strong suicidal urges; not future oriented
HI - denies
**Auditory hallucinations** -present CAh to kill himself, and being worthless- most of the time; fluctuating volulme
Visual hallucinations - denies; Paranoia - denies; No overt Delusions
No evidence of responding to internal stimuli during the interview
Cognition - primary memory is grossly intact.
Insight: limited; Judgment: limited

## **Mental Health Assessments**
64 yo CM, Hearing impaired, with past psych dx of MDD recurrent with psychotic features, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with **plan to hang d/t Depression, AH,** increased in after having Zyprexa tapered off at this demand.
-presents with intermittent suicidal ideation, without any plan; has AH telling him to kill himself, and that is worthless - most of the time; high depression, anxiety

|  | 06/28/21 * | 06/27/21 | 06/26/21 |
|---|---|---|---|
| Total Summary | | | |
| Intake mL | -- | 480 | 240 |
| Output mL | -- | -- | -- |
| Fluid Balance | -- | 480 | 240 |
| Intake (1) | | | |
| Oral Intake mL | -- | 480 | 240 |
| Total | -- | 480 | 240 |
| Output (0) | | | |
| Counts (1) | | | |
| Urine Count | -- | 1 | 1 |

\* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

---

Report Request ID:    54778506    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 15 003**

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ████████████  / Male        CDCR: P16665; P16665; P16665; P16665; P16665;
                                                   P16665; P16665

---

### *Mental Health Documentation*

Meds compliant; denies side effects; refuses to start antipsycotics, even a smaller dose or a different medication - d/t fear of mental slowing, difficulty reasoning (states he values much his intellectual capacity); still wants a couple of days to think about; asked about getting a jumpsuit; IP was explained that d/t the severity of his current sxs (even though he guarantees for his safety) and lack of adequate meds the issue  irder will be the same for now and will be re-evaluated tomorrow in accordance with the course of his sxs and tx

#### Assessment/Progress Towards Discharge
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate
Orders:
MH Observation

#### Plan/Disposition
1) continue current meds: Zoloft 200mg am, Vistaril 25mg am; without changes; the IP still wants to think about
2) continue SP q 11-15min safety checks, safety issue (IP is still very depressed, anxious, has CAH to kill himself, and fluctuating SI, refusing to start antipsychotic meds; in the context of SI with plan to hang on admission)
3) Psychiatry will follow q 3 days or as needed

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ████████,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 15 004

# Exhibit – 16

n/a

Patient:      **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▓▓▓▓▓▓▓▓▓ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                       P16665; P16665

---

### *Mental Health Documentation*

---

| | |
|---|---|
| Document Type: | MHMD Inpatient Progress Note |
| Document Subject: | MH Psychiatry Note |
| Service Date/Time: | 6/29/2021 12:57 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Barrow,C▓▓▓  Psychiatrist (6/29/2021 13:00 PDT) |
| Sign Information: | Barrow,C▓▓▓  Psychiatrist (6/29/2021 13:00 PDT) |
| Authentication Information: | Barrow,C▓▓▓  Psychiatrist (6/29/2021 13:00 PDT) |

**Inmate's Program and Level of Care**
Mental health crisis bed

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**

---

**Subjective/History of Present Illness**
Patient seen and examined cell side as he continues to refuse to present in a confidential setting. Patient was found resting comfortably on his bed with no acute distress. Continues to experience auditory hallucinations and was found actively responding to internal stimuli. Patient states he is still not ready to began antipsychotic medications due to the way they make him feel. Was able to deny any suicidal or homicidal thoughts at this time. His cell was found to be neat and intact with no evidence of significant impairment.

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM

---

Report Request ID:   54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 16 001

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮ / Male                CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, I▮▮▮ Psychiatrist
**Mental Status**
Appearance: Fair eye contact

lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

**Allergies**
penicillins
diltiaZEM
naproxen

**Lab Results**
No results documented

**Objective/Physical Exam**
  Intake & Output

| Intake and Output | This visit (24 hour periods starting at 07:00 PDT) | | |
|---|---|---|---|
| | 06/29/21 * | 06/28/21 | 06/27/21 |
| Total Summary | | | |
| Intake mL | -- | 480 | 480 |
| Output mL | -- | -- | -- |
| Fluid Balance | -- | 480 | 480 |
| Intake (1) | | | |
| Oral Intake mL | -- | 480 | 480 |
| Total | -- | 480 | 480 |
| Output (0) | | | |
| Counts (1) | | | |
| Urine Count | -- | 2 | 1 |

\* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

---

Report Request ID:     54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 16 002

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▉▉▉▉▉▉▉ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

Attitude: Guarded but cooperative
Activity: WNL
Mood: Depressed
Affect: Flat
Speech: Regular rate and rhythm
Language: English
Attention and Concentration: A & O X 3.
Thought Process: Endorsing auditory hallucinations. Did not appear to be responding to any internal stimuli during the interview
Thought Content: Denies suicidal ideas. Denies HI
Cognition: Primary memory is grossly intact.

**Assessment/Progress Towards Discharge**
9. Major depressive disorder, Recurrent episode, Moderate

**Plan/Disposition**
1. Continue current medication regimen. Patient encouraged to reconsider starting antipsychotic medications as they will help alleviate his auditory hallucinations
2. Psychiatry will continue to follow

**Encounter Info:** Patient Name: WILLIE BROOKS, DOB: ▉▉▉▉▉, CDCR: P16665, FIN: 77729, Facility: CMF, Encounter Type: Inpatient MH

---

Report Request ID:    54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 16 003

# Exhibit – 17

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:   ████████ / Male      CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



| Document Type: | MHPC Inpatient Progress Note |
|---|---|
| Document Subject: | MH PC Note |
| Service Date/Time: | 6/30/2021 18:38 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Velasco-Scott,S█ Psychologist (6/30/2021 18:42 PDT) |
| Sign Information: | Velasco-Scott,S█ Psychologist (6/30/2021 18:42 PDT) |
| Authentication Information: | Velasco-Scott,S█ Psychologist (6/30/2021 18:42 PDT) |

**Inmate's Program and Level of Care**
MHCB B side CMF

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Indicators & Orders**
Danger to Self IPOC(Initiated)  06/27/2021

---

Report Request ID:   54778506           Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 17 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████████ / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

apparently it is an issue that cannot wait that long. Reported a plan to <u>go back to cell and hang self.</u> Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had <u>safety concerns</u> ; IP reported <u>hypervigilancce and emotional reactivity</u> due to <u>flashbacks</u> and wanted meds to be restarted
**-**Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by <u>hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011</u>"
**Past psych meds**: <u>Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron</u>

**Substance abuse:** heavy <u>Alcohol</u> abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is <u>a divorced, college graduate whom has a background of working as an aerospace engineer.</u>  He reported a period of <u>homelessness</u> at the time of arrest when he was <u>staying at a shelter with his wife and stepdaughter.</u> It <u>was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted.</u> He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a

08:40
**Outcomes & Interventions**
**Outcomes(Initiated):**
 Reduce suicidal ideation - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
 Inmate will learn 3 positive coping skills (Frequency) for (timeframe)(Initiated)
 Patient has not yet met treatment goals.(Initiated)
for Infection IPOC(Initiated)  06/24/2021 01:56
 **Risk for Infection Plan of Care**
**Outcomes(Initiated):**
 Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
 **O**Met-06/24/2021 04:07  am
 No Signs/Symptoms of Infection(Initiated)
 **O**Met-06/24/2021 04:08  am
 Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
 **O**Met-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55
**LTC Mood State IPOC**
**Outcomes(Initiated):**
 Shows Interest and Interacts With Others(Initiated)
 **X**O-Shows Interest, Interacts With Others-06/24/2021 04:08  am
 Demonstrate stable mood(Initiated)
 **X**O-Demonstrate stable mood-06/24/2021 04:08  am

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

---

Report Request ID:    54778506                         Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 17 002

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████████  / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

strong support system in them. He has been <u>persistently depressed for a number of years</u> with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks <u>denied receiving any mental health treatment prior to incarceration in 2000</u>. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he <u>has a history of suicidal attempts</u>. Additionally, there were reports of <u>ongoing passive suicidal ideation</u> due to the length of incarceration that patient Brooks was suffering from.

Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a <u>history of heavy alcohol use for a period of 4 years</u>.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an <u>avionics technician</u> prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, I██████ Psychiatrist

## Current Status of Illness

Pt refused to meet with Clinician in confidential setting. At cellfront Pt reported that he was depressed, anxious, not feeling well. Endorsed SI, Denied HI AVH. Unable to provide MH status due to Pt's refusal. Pt did ask for psychiatrist to see him the following morning.

## Assessment/Progress Towards Discharge

1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate

Orders:
MH Observation

## Plan/Disposition

Pt will provided with MHCB 24/7 nursing care and evaluated daily bu MH Clinicians.
Remains on q11 observation.

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ████████,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

Report Request ID:    54778506                               Print Date/Time:   5/2/2022 10:04 PDT

<u>WARNING:</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 17 003**

# Exhibit – 18

n/a

Patient:       **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                 P16665; P16665



| Document Type: | MHMD Inpatient Progress Note |
| Document Subject: | MH Psychiatry Note |
| Service Date/Time: | 7/1/2021 11:59 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Barrow,C███ Psychiatrist (7/1/2021 12:02 PDT) |
| Sign Information: | Barrow,C███ Psychiatrist (7/1/2021 12:02 PDT) |
| Authentication Information: | Barrow,C███ Psychiatrist (7/1/2021 12:02 PDT) |

**Inmate's Program and Level of Care**
Mental health crisis bed

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**Subjective/History of Present Illness**
Patient seen and examined cell side as he continues to refuse to exit his cell. Patient was willing to speak cell side. Continues to be noncommittal with regard to starting psychotropic medications as he has had unpleasant side effects in the past such as fuzzy thinking and excessive tiredness. Does not appear to be having difficulty managing his psychotic symptoms without medications. Able to advocate for himself as he would like to be placed on a kosher diet and wishes to have a Bible which was ordered for him. Denies any current suicidal or homicidal

Report Request ID:   54778506          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 18 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [redacted]    / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

 >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> >>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were"slow learner"and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has

ideas. There is no significant impairment noted.

### **Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

### **Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

### **Allergies**
penicillins
diltiaZEM
naproxen

---

Report Request ID:    54778506    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 18 002**

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ⬛⬛⬛⬛ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

## *Mental Health Documentation*

been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, I⬛⬛ Psychiatrist

### Mental Status
Appearance: Fair eye contact
Attitude: Guarded but cooperative
Activity: WNL
Mood: Depressed
Affect: Flat
Speech: Regular rate and rhythm
Language: English
Attention and Concentration: A & O X 3.
Thought Process: Endorsing auditory hallucinations. Did not appear to be responding to any internal stimuli during the interview
Thought Content: Denies suicidal ideas. Denies HI
Cognition: Primary memory is grossly intact.

### Assessment/Progress Towards Discharge
9. Major depressive disorder, Recurrent episode, Moderate

### Plan/Disposition
1. Continue current treatment plan.
2. Psychiatry will continue to follow

**Lab Results**
No results documented

**Objective/Physical Exam**

Intake & Output

| Intake and Output | This visit (24 hour periods starting at 07:00 PDT) | | |
| --- | --- | --- | --- |
| | 07/01/21 * | 06/30/21 | 06/29/21 |
| Total Summary | | | |
| Intake mL | -- | 680 | 680 |
| Output mL | -- | -- | -- |
| Fluid Balance | -- | 680 | 680 |
| Intake (1) | | | |
| Oral Intake mL | -- | 680 | 680 |
| Total | -- | 680 | 680 |
| Output (0) | | | |
| Counts (1) | | | |
| Urine Count | -- | 2 | 2 |

* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ⬛⬛⬛⬛ ,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 18 003**

# Exhibit – 19

n/a

Patient:          **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▊▊▊▊▊▊▊      / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                            P16665; P16665

---

### Suicide Risk and Self-Harm Evaluation Entered On:  7/2/2021 11:37 PDT
### Performed On:  7/2/2021 10:18 PDT by Parker, C▊▊▊  Psychologist

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▊▊▊▊▊▊ ,,FIN:
10000000911854504P16665,Facility: CMF,Encounter Type: Institutional Encounter

Parker, C▊▊▊  Psychologist - 7/2/2021 10:18 PDT

**Reason for Assessment**
Reason for Assessment :   Prior to MHCB Discharge

Parker, C▊▊▊  Psychologist - 7/2/2021 10:18 PDT

Sources of information :   C/O or Staff Interview, I/P Interview, UHR

Parker, C▊▊▊  Psychologist - 7/2/2021 12:45 PDT

Did the patient refuse to participate or are they currently unable to respond? :   No

Parker, C▊▊▊  Psychologist - 7/2/2021 10:18 PDT

**C-SSRS Suicidal Ideation**
CSSRS Non Specific Suicide Thought Cmnt :   See above.
CSSRS Suicidal Ideation w- Method Cmnt :   Hanging
CSSRS Suicidal Ideation w-Intent Comment :   IP reported to referring clinician that he would hang himself if he was sent back
 to cell.

Parker, C▊▊▊  Psychologist - 7/2/2021 12:45 PDT

CSSRS Wish to be Dead 2 :   Yes
1. Have you wished you were dead or wished you could go to sleep and not wake up? (ref) :   Yes
Lifetime: Time he/she felt most suicidal :   Been spending some time trying to figure out why he ended up in MHCB, and whnat
 started the downward slope. Spoke to sister, found out aunt is sick, aunt passed away.
CSSRS NonSpecific Active Suicide Thought 2 :   Yes
2. Have you actually had any thoughts of killing yourself? (ref) :   Yes
CSSRS Suicide Idea w- Method No Intent 2 :   Yes
3. Have you been thinking about how you might do this? (ref) :   Yes
CSSRS Active Suicide Idea Intent no Plan 2 :   Yes
4. Have you had these thoughts and had some intention of acting on them? (ref) :   Yes
CSSRS Suicidal Ideation Intent w-Plan 2 :   Yes

Parker, C▊▊▊  Psychologist - 7/2/2021 10:18 PDT

5. Have you started to work out or worked out the details of how to kill yourself? Do you intend to carry out this plan? (ref) :
No
CSSRS Suicidal Ideation With Plan and Intent Comment :   IP recently planned to get a sheet, and hang himself, but did not
create concrete plan.

Parker, C▊▊▊  Psychologist - 7/2/2021 12:55 PDT

---

Report Request ID:    54778506                              Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

**Canning Decl. Ex. 19 001**

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ██████████  / Male      CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

### *Mental Health Forms*

CSSRS Lifetime, Most Severe Ideation :   Started to plan the details of how to kill themselves with intention to carry out this plan

Parker, C███  Psychologist - 7/2/2021 10:18 PDT

CSSRS Recent, Most Severe Ideation :   Thoughts and had some intention towards killing themselves

Parker, C███  Psychologist - 7/2/2021 12:55 PDT

CSSRS Frequency of Suicidal Thoughts :   Many times each day
CSSRS Duration of Suicidal Thoughts :   More than eight hours, persistent or continuous
CSSRS Controllability of Suicidal Thoughts :   Unable to control thoughts
CSSRS Deterrents of Suicidal Thoughts :   Deterrents definitely did not stop you
CSSRS Reasons for Ideation :   Completely end pain, can't go on living w-pain or feelings
CSSRS Intensity of Ideation Total Score :   24

Parker, C███  Psychologist - 7/2/2021 10:18 PDT

**C-SSRS Suicidal Behavior**
CSSRS Actual Suicide Attempt Comment :   Hanging and OD
Injury Severity, Initial 1st Attempt Date :   1998 - hanging
Injury Severity, Most Recent Attempt Date :   2009 - OD
Injury Severity, Most Lethal Attempt Date :   2009 - OD
Injury Severity, Initial 1st Attempt :   No apparent injury
Injury Severity, Most Recent Attempt :   Moderate injury
Injury Severity, Most Lethal Attempt :   Moderate injury
Preparation for 1st attempt :   Some preparation
Preparation for most recent attempt :   Moderate preparation
Preparation for most lethal attempt :   Moderate preparation

Parker, C███  Psychologist - 7/2/2021 12:45 PDT

1. Actual Attempt(s): A potential self-injurious act committed with at least some wish to die, as a result of the act. There does not have to be any injurt of harm. :   Yes
CSSRS Actual Suicide Attempt :   No
Total Number of Attempts - if none enter "0"
(Banner Bar will reflect the lifetime number) :   3
CSSRS Engaged Non Suicidal Injury 2 :   No
CSSRS Interrupted Suicide Attempts 2 :   No
CSSRS Aborted Self Inter Attempts 2 :   Yes
4. Has there been a time when you started to do something to try and end your life but you stopped yourself before you actually did anything? (ref) :   No

Parker, C███  Psychologist - 7/2/2021 10:18 PDT

CSSRS Aborted, Self-Interrupted Attempts Comment :   Somene found IP or watched to ensure no SA occurred.

Parker, C███  Psychologist - 7/2/2021 12:45 PDT

CSSRS Lifetime Total of Aborted or Self-Interrupted Attempts :   3
CSSRS Prepatory Acts or Behavior 2 :   No

Parker, C███  Psychologist - 7/2/2021 10:18 PDT

**Suicide and Self-Harm Summary**
inmate's self-harm behavior non-suicidal :   Denies history.
Identified self-harm/suicidal triggers :   Death of loved ones.
History of successful coping strategies :   Prayer, talking to sister, number puzzles.
Suicide and Self-Harm History Narrative :   IP reports three previous SAs. However, before this assessment, there was no suicide history documented in IP's chart. The last three SRASHEs completed report IP denies any history of SA or SIB. IP is

---

Report Request ID:   54778506                              Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 19 002**

n/a

Patient:      **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
|---|

still denying SIB history, but otherwise reports three SAs.

Parker, O████ Psychologist - 7/2/2021 12:55 PDT

Suicide and Self-Harm History :   Yes

Parker, O████ Psychologist - 7/2/2021 10:18 PDT

Suicide History Grid

|  | Suicide Attempt #1 | Suicide Attempt #2 | Suicide Attempt #3 |
|---|---|---|---|
| Suicide Attempt Date : | 1/1/2009 PST | 1/1/2008 PST | 1/1/1998 PST |
| Intent to Die : | Yes | Yes | Yes |
| Suicide Method : | Pills/Overdose | Pills/Overdose | Hanging |
| Lethal Method? : | Yes - if the inmate had not been discovered he/she would have died | No | No |
| Medical Severity (1-4) : | 4 - Severe, requiring intensive medical/surgical management; Hospitalization required | 2 - Minor, superficial | 1 - No apparent injury |
| Mental Health Follow-Up : | Yes | No | Yes |
| Source : | I/P |  | I/P |
|  | Parker, O████ Psychologist - 7/2/2021 10:18 PDT | Parker, O████ Psychologist - 7/2/2021 10:18 PDT | Parker, O████ Psychologist - 7/2/2021 10:18 PDT |

Suicide Risk Anniversary Grid

| Suicide Risk Anniversary Date : | 6/1/2021 PDT (Comment: The entire month of June [Parker, Courtney Psychologist - 7/2/2021 10:18 PDT] ) | 2/18/1991 PST | 7/4/2016 PDT |
|---|---|---|---|
| Suicide Risk Anniversary Reason : | Aunt's death | Mom's death | Son's death |
|  | Parker, O████ Psychologist - 7/2/2021 10:18 PDT | Parker, O████ Psychologist - 7/2/2021 10:18 PDT | Parker, O████ Psychologist - 7/2/2021 10:18 PDT |

Report Request ID:    54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 19 003

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▇▇▇▇▇▇▇ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
|---|

**Chronic & Acute Risk Factors**
Disturbance of mood/lability :   No
Current/recent violent behavior :   No
Perception of loss of social support :   No
Current/recent depressive symptoms :   No
Increasing interpersonal isolation :   No
Hopelessness/helplessness :   No
Current/recent psychotic symptoms :   No
Current/recent anxiety or panic symptoms :   No
Recent serious medical diagnosis :   No
Current/recent subst abuse/intoxication :   No
pain problems :   No
Agitated or angry :   No
Medication hoarding/cheeking :   No

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 12:55 PDT

Recent suicide attempt :   No

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 12:51 PDT

Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 10:18 PDT

Sex offender :   Yes

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 12:51 PDT

History of abuse :   No
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   No
History of violence (including index crime) :   Yes
Single cell placement :   No
Negative housing change in housing :   No
Chronic medical illness :   No
Safety concerns (e.g., gang dropout) :   No

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 10:18 PDT

Chronic pain problem :   Yes

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 12:51 PDT

Early in prison term :   No
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes
Male :   Yes
Suicidal Ideation MH :   No

      Parker, C▇▇▇▇ Psychologist - 7/2/2021 10:18 PDT

**Protective Factors / Buffers**
Family support :   Yes
Interpersonal social support :   Yes
Religious/spiritual/cultural beliefs :   Yes

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 19 004**

n/a

Patient:  **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  [REDACTED]  / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                     P16665; P16665

| *Mental Health Forms* |
| --- |

Future orientation/plans for future :  Yes
Exercises regularly :  No
Positive coping/conflict resolution :  Yes
Children at home :  Yes
Spousal support :  No
Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Sense of optimism; self-efficacy :  Yes

Parker, O[REDACTED] Psychologist - 7/2/2021 10:18 PDT

Quality of Protective Factors :  Per previous SRASHE, IP noted that he was working with his MHPC on coping skills to target AH/VH. He stated that he has a reference sheet in his cell to look at; however, right now it isn't effective. IP was not able to identify any other coping skills or protective factors. Primary protective factors seem to include family support from sister and religious affiliation.

Parker, O[REDACTED] Psychologist - 7/2/2021 12:55 PDT

**Additional Information and Warning Signs**
Warning sign of imminent suicide present :  - No Indicators
Additional Information :  7/2/21: IP was seen by this writer in a confidential office setting. Per records review, IP has not been coming out of his cell for clinical contacts until today. IP presents as well-spoken, as well as engaged with writer. Mood and affect appear to be congruent; restricted range, but overall reactive. Speech is decrease in rate and rhyhthm, but normal in volume. Thought process is mostly linear, but mildly tangential. Thought content is appropriate; no delusions or paranoia present. Denies SI, HI, and VH, but endorses AH.
IP reported to custody staff that he was feeling suicidal. IP was seen by CIT on Saturday as well when he reported SI. At that time, he was provided coping skills and was informed that he would see psychiatry as his main concern was medication adjustments. Today, IP appears in distress and stated that he wants to kill himself by hanging himself with a towel or sheet. IP stated that his medication was discontinued about 8 months ago and he has been slowly decompensating since then. IP stated that he has been trying to get back on his meds but hasn't been successful. IP stated that over the past few months his depression, anxiety, and AH/VH have increased. IP reported that today he is also feeling hopeless and doesn't want to live anymore. IP noted that he has been working with his MHPC on addressing his AH and learning to manage them. IP stated that he has a reference sheet that usually helps him but right now it seems that none of his coping skills are effective. IP reported depression, anxiety, hopelessness, and SI with a plan to hang himself.
Grooming and hygiene were appropriate. Eye contact was fair as he mainly stared at the ground. His posture was slumped over. His speech rate, tone, and volume were appropriate. His mood is depressed and his affect is congruent and flat. IP's thought process was goal-oriented and linear. IP did not appear to be responding to internal stimuli. IP reported SI with a plan to hang himself off the second tier in the building with a sheet.
ISPATHWARM: Ideation (active), Anxiety, Trapped, Hopelessness, Recklessness

Parker, O[REDACTED] Psychologist - 7/2/2021 12:55 PDT

**Risk Levels and Disposition**
CHRONIC RISK :  High
ACUTE RISK :  Moderate
Justification of Risk Level :  Chronic risk is noted as HIGH due to IP's self-reported history of SAs. However, past records indicate that IP does not have a suicide history. Nevertheless, based on today's report, IP must be noted as a high chronic risk.

Acute risk is low to moderate; IP denies active SI, but it appears to be conditional based on whether or not he returns to

---

Report Request ID:    54778506                                      Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 19 005**

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Forms* |
|---|

MCSP.

Protective factors include family and religion, which are routinely used, as IP reports phoning sister almost daily, and uses prayer as a primary coping strategy.
MH SRASHE Disposition :   Scheduled IDTT to review treatment plan
SRASHE Disposition Rationale :   IP will have discharge IDTT tomorrow to discuss appropriate LOC. It is recommended by both this writer and his MHMD that he be d/c'd back to EOP LOC.

Parker, C▮▮▮▮▮   Psychologist - 7/2/2021 12:55 PDT

**Safety Plan Intervention**
Is SPI Required per Policy or Clinical Necessity? :   Yes - Required or clinically indicated
Reason for SPI :   Clinically indicated based upon SPI guidelines
SPI Patient Refused to Answer :   No
SPI Invite Patient to Fill Out Own Copy :   No

Parker, C▮▮▮▮▮   Psychologist - 7/2/2021 10:18 PDT

Step 1 Warning Signs :   Anniversaries of loved ones' deaths (especially his son)
When I reach out for help, I kinda go off a cliff if I start to feel like I'm running into a brick wall repeatedly. Then I start hearing voices, saying nobody loves or cares about me
Step 2 Independent Coping Skills :   Challening my thoughts
Questioning how I feel
Prayer, and try to rely on a higher power
If it's really bad, I try to do my prayers in Hebrew. It's an association with something that is much bigger than the material world, and material reality.
Sudoku puzzles
Step 3 Distracting People & Places :   Talk on the phone with sister


Step 4 People to Ask for Help :   Sister
Son's mother
Step 5 Professionals to Contact :   Dr. Barrow (MHMD)
Step 6 Means Safety :   I'm not sure, because I use what's available - by any means necessary. Would reach out to staff first and explain what is giong on with him with re: to thoughts of taking his life.
Step 7 Reason to Live :   "The ability to use my mind. I don't like what the pharmaceuticals do - I believe medications limit certain access to my mind."

Parker, C▮▮▮▮▮   Psychologist - 7/2/2021 12:55 PDT

Patient given copy of plan? :   Yes

Parker, C▮▮▮▮▮   Psychologist - 7/2/2021 10:18 PDT

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

<u>**WARNING:**</u> **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 19 006**

# Exhibit – 20

n/a

Patient: **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ██████████ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



| | | |
|---|---|---|
| Document Type: | MHMD Inpatient Progress Note | |
| Document Subject: | MH Psychiatry Note/IDTT | |
| Service Date/Time: | 7/3/2021 10:01 PDT | |
| Result Status: | Modified | |
| Perform Information: | Greenberg,J███ | Psychiatrist (7/3/2021 10:21 PDT); |
| | Greenberg,J███ | Psychiatrist (7/3/2021 10:19 PDT) |
| Sign Information: | Greenberg,J███ | Psychiatrist (7/3/2021 10:21 PDT); |
| | Greenberg,J███ | Psychiatrist (7/3/2021 10:19 PDT) |
| Authentication Information: | Greenberg,J███ | Psychiatrist (7/3/2021 10:21 PDT); |
| | Greenberg,J███ | Psychiatrist (7/3/2021 10:19 PDT) |

**Addendum by Greenberg, J███ Psychiatrist on July 03, 2021 10:20:38 PDT**
Recommended starting abilify for psychosis and depression and IP prefers to discuss the medication with his EOP psychiatrist

**Inmate's Program and Level of Care**
MHCB CMF admitted 6/24/21 from EOP.

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**Subjective/History of Present Illness**
currently full issue and SP observation

No stated medication concerns

no SI and no HI, no plan to harm self or others,

Report Request ID:    54778506    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 20 001

n/a

Patient:  **BROOKS II, WILLIE LEE**

DOB/Age/Sex:  ████████████  / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

 >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

attending to hygiene ADL's, eating all meals, Sleep 6-7 h, appetite unremarkable and energy low, attending yard and showering. Feeling depressed and grieving loss of aunt.  Ongoing contact with sister and other aunts and uncles.  stopped olanzapine due to weight gian and poor concentration.  IP would like to return to EOP.  "I am a big intellectual."

depression rated at 8/10, "it has come down. I have been working on it."
anxiety rated at 10/10.

AH severity rated at 5/10-self derogatory, "im worthless and a piece of shit."
delusions: paranoid, non specific

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 20 002**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls

Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.

Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, ▮▮▮ Psychiatrist

**Mental Status**
Appearance and Behavior: in White Jump Suit, appropriately groomed, appropriate hygiene, calm, cooperative, engageable, appropriate attitude toward interviewer. Good eye contact. No psychomotor agitation or retardation. Not responding to internal stimuli.
Speech: rate normal, rhythm normal, volume normal. Non pressured or slow, no yelling.
Mood: "ok"
Affect: restricted, mood congruent
Thought process: circumstantial
Thought Content: no SI, no HI, no Delusions, no obsessions or compulsions.
Perception: AH, no VH
Cognitive: Alert and oriented to person, place, and time. Memory and concentration grossly intact, not formally tested.
Insight/Judgment: fair/fair
Intellect: average based on fund of knowledge and vocabulary.

Side effects: none stated
Medication Adherent %:100

gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Tylenol, 650 mg, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

**Allergies**
penicillins
diltiaZEM
naproxen

**Lab Results**
No results documented

**Objective/Physical Exam**

Intake & Output

| Intake and Output | This visit (24 hour periods starting at 07:00 PDT) | | |
| --- | --- | --- | --- |
| | 07/03/21 * | 07/02/21 | 07/01/21 |
| Total Summary | | | |
| Intake mL | -- | 480 | 1,120 |
| Output mL | -- | -- | -- |
| Fluid Balance | -- | 480 | 1,120 |
| Intake (1) | | | |
| Oral Intake mL | -- | 480 | 1,120 |

Report Request ID:    54778506                     Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 20 003**

n/a

Patient:       **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [REDACTED] / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

**Mental Health Assessments**
64 yo black inmate level 2, TABE 0, NCF, EPRD 2026, RVR 2/18/20 for out of bounds, L and L and continuous sex abuse.

No si or hi, derogatory AH, grieving loss of family-mother and son and aunt, hopeful, moderate depression and anxiety, circumstantial.

**Assessment/Progress Towards Discharge**
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate

**Plan/Disposition**
contnue seretraline 200 mg for depression.  Continue full issue and SP observation.  No medication changes. Discharge to EOP LOC

| Total | | -- | 480 | 1,120 |
|---|---|---|---|---|
| Output (0) | | | | |
| Counts (2) | | | | |
| Stool Count | | -- | 1 | 2 |
| Urine Count | | -- | 2 | 5 |

\* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: [REDACTED],CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH



---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 20 004

# Exhibit – 21

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▓▓▓▓▓▓▓▓▓▓ / Male            CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Document Type: | MHMD Progress Note |
|---|---|
| Document Subject: | psychiatry Crisis cover 7.4.21 |
| Service Date/Time: | 7/4/2021 09:35 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Reyes,R▓▓▓   Psychiatrist (7/4/2021 09:48 PDT) |
| Sign Information: | Reyes,R▓▓▓   Psychiatrist (7/4/2021 09:48 PDT) |
| Authentication Information: | Reyes,R▓▓▓   Psychiatrist (7/4/2021 09:48 PDT) |

regular compliance: sertraline hydrochloride 200 mg and hydroxyzine pamoate 25 mg, given daily

"That's okay, Doc, I'm all right. Thank you."

Willie Brooks II is a ▓▓▓▓▓▓▓ African American male now in the CMF Crisis unit due to self-directed dangerousness in the context of safety concerns from having been housed with a new cell mate late in June, leading to exacerbation of hyper-vigilance and flashbacks related to previous threats and attacks from being in prison due to the crimes he was found guilty of. He had previously been given the antipsychotic olanzapine, then he declined to continue on it from the weight gain that was reportedly resolved after it was stopped. More recently his treatment has been with (generic) Zoloft and Vistaril. Today he did not object to meeting with me at his cell front in spite of the lack of confidentiality. As he did not desire a confidential interview he declined my offer to meet in a confidential setting. He had neither complaints nor questions for me today.

His mental status was unremarkable, which is to say that: he had an intact sensorium and grossly intact cognitive function. His affect was mobile and appropriate; mood stable and euthymic; good level of relatedness. No abnormal process or content of thought; no suicidal or homicidal thoughts, no visible involuntary movements.

296.30 recurrent major depressive disorder
V 62.5 incarceration issues

| Report Request ID: | 54778506 | Print Date/Time: | 5/2/2022 10:04 PDT |
|---|---|---|---|

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 21 001

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮ / Male     CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

---

Continue Vistaril and Zoloft, continue Crisis treatment team for planning treatment and follow up level of mental health service.

**Encounter Info:** Patient Name: WILLIE BROOKS, DOB: ▮▮▮▮▮▮ , CDCR: P16665, FIN: 77729, Facility: CMF, Encounter Type: Inpatient MH

---

Report Request ID:    54778506      Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 21 002

# Exhibit – 22

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                              P16665; P16665



Document Type:              MHPC Inpatient Progress Note
Document Subject:           MH PC Note
Service Date/Time:          7/5/2021 10:57 PDT
Result Status:              Auth (Verified)
Perform Information:        Cole,N███  Psychologist (7/5/2021 11:19 PDT)
Sign Information:           Cole,N███  Psychologist (7/5/2021 12:16 PDT)
Authentication Information: Cole,N███  Psychologist (7/5/2021 12:16 PDT); Cole,N███
                            Psychologist (7/5/2021 12:16 PDT)

**Inmate's Program and Level of Care**
MHCB  EOP

**New Issues/Complaints**
Presenting Problem MH

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract
symptoms
Hearing loss
HTN (hypertension)

Report Request ID:    54778506                     Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 22 001

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ██████████ / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

 >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
 >>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
**-**Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement

Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**IPOC Goals**
**Current IPOCs**
**Goals(Activated):**
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Indicators & Orders**
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Outcomes & Interventions**
 **Outcomes(Initiated):**
  Reduce suicidal ideation - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
  Inmate will learn 3 positive coping skills (Frequency) for (timeframe)(Initiated)
  Patient has not yet met treatment goals.(Initiated)
for Infection IPOC(Initiated)  06/24/2021 01:56
 **Risk for Infection Plan of Care**
 **Outcomes(Initiated):**
  Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
  **O**Met-06/24/2021 04:07  am
  No Signs/Symptoms of Infection(Initiated)
  **O**Met-06/24/2021 04:08  am
  Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
  **O**Met-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55
 **LTC Mood State IPOC**
 **Outcomes(Initiated):**
  Shows Interest and Interacts With Others(Initiated)
  **X**O-Shows Interest, Interacts With Others-06/24/2021 04:08  am
  Demonstrate stable mood(Initiated)
  **X**O-Demonstrate stable mood-06/24/2021 04:08  am

**Scales and Assessments Interpretations (for assessments without**

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 22 002**

Patient:       **BROOKS II, WILLIE LEE**

DOB/Age/Sex:  ▆▆▆▆▆▆▆▆▆▆▆ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

---

syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

**interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

Signed By: Boitor, ▆▆▆ Psychiatrist

### Current Status of Illness
"Coping a little better than yesterday ... than when I got here."  Pt was calmly but consistently resistant to acknowledging his use of positive thinking, as if it would re-emphasize his distaste for the prison setting and longing for release.  We reviewed activities that could help Pt pass the time till transfer:  Reads scripture, does Sudoku, stretches and paces.  No affinity for coloring, crosswords, other RT activities.  Reported broken sleep, but reads or does one of his favored activities when he wakes at night. During discussion, Pt repeated the phrase "in captivity" often, and explained how he intends to keep focused on his time in prison after release so that he does not relapse into behavior that would result in recidivism.

### Mental Status
In chair.  No cuffs.
Good H/G, in jumpsuit, alert and engaged, not oriented to date, mildly resentful when PC tried to talk him through reasoning that if yesterday was July 4th, as mentioned, then today is 5th ("I'm not good with that ...").  Sensitive to being regarded as less than highly intellectual.  Extremely formal speech with high level vocabulary appropriately used.

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 22 003

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:     ███████████ / Male            CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

Serious, stoic.  Blunted affect.  Organized TP, with depressive thinking style (filtering out positive; limits expectations).  No AH/VH/HI/SI.

**Assessment/Progress Towards Discharge**
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate

**Plan/Disposition**
Discharged to EOP; awaits transfer.

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ██████████,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---

Report Request ID:     54778506                                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 22 004

# Exhibit – 23

n/a

Patient:          **BROOKS II, WILLIE LEE**
DOB/Age/Sex:          ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



Document Type:                           MHPC Inpatient Progress Note
Document Subject:                        MH PC Note
Service Date/Time:                       7/6/2021 11:00 PDT
Result Status:                           Auth (Verified)
Perform Information:                     Montague,A███ Psychologist (7/6/2021 14:11 PDT)
Sign Information:                         Montague,A███ Psychologist (7/6/2021 14:29 PDT)
Authentication Information:               Montague,A███ Psychologist (7/6/2021 14:29 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:29 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:29 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:28 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:26 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:24 PDT);
                                         Montague,A███ Psychologist (7/6/2021 14:15 PDT)

Report Request ID:     54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 23 001

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [REDACTED]    / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

### Inmate's Program and Level of Care
MHCB B-Side

### New Issues/Complaints
Presenting Problem MH

06/24/21 09:37:00
### Suicidal Ideation

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009

### Problem List/Past Medical History
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

### IPOC Goals
### Current IPOCs
### Goals(Activated):
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Indicators & Orders**
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Outcomes & Interventions**
 **Outcomes(Initiated):**
  Reduce suicidal ideation - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
  **O**1 - None-07/06/2021 02:07  pm
  Inmate will learn 3 positive coping skills (Frequency) for (timeframe)(Initiated)
  **X**learn 3 positive coping skills-07/06/2021 02:07  pm
  Patient has not yet met treatment goals.(Initiated)
  **O**Addressed and resolved-07/06/2021 02:07 pm
  **X**Addressed and ongoing-07/06/2021 02:08 pm
for Infection IPOC(Initiated)  06/24/2021 01:56
 **Risk for Infection Plan of Care**
 **Outcomes(Initiated):**
  Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
  **O**Met-06/24/2021 04:07  am
  No Signs/Symptoms of Infection(Initiated)
  **O**Met-06/24/2021 04:08  am
  Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
  **O**Met-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Patient:  **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Documentation* |
| --- |

and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000.  Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

LTC Mood State IPOC
 Outcomes(Initiated):
 Shows Interest and Interacts With Others(Initiated)
 XO-Shows Interest, Interacts With Others-06/24/2021 04:08  am
 Demonstrate stable mood(Initiated)
 XO-Demonstrate stable mood-06/24/2021 04:08  am

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

Signed By: Boitor, █████ Psychiatrist
**Current Status of Illness**
Pt was seen in a confidential setting. He reported that he was doing okay. He endorsed chronic SI, though denied current suicidal thoughts. He says he continues to experience AHs (9/10), but tries to sort through them and challenge them. He reported his anxiety and depression to be somewhat improved, and that his paranoia is now 6/10. Pt spoke about the passing away of family members and needing to learn how to cope with his grief. Writer validated his thoughts/feelings regarding his grief. He then went on to talk about his opinion on certain topics (immigration, legal/criminal, etc). Pt seems to enjoy keeping up with current events and has much to say about it.  Coping skills were discussed and pt was receptive.

Report Request ID:    54778506                           Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

n/a

Patient:      **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ███████████    / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

**Collateral**
Nursing report (7/6/21):
"COVID PCR test completed in AM. Observed lying down in bed or reading. Calm and quiet. Denies SI/HI and AH/VH. Per I/P depression 8/10, anxiety 10/10. No medical complaints made. No behavioral issues or SIB."

**Mental Status**
Pt was alert, oriented, and cooperative. Mood was near euthymic. Affect was calm/restricted. Formal speech. Volume is WNL; Eye contact was good. Hygiene appeared adequate. He did not appear to be attending to internal stimuli. Thought process was linear/organized. Pt denied SI/HI/VH.

**Assessment/Progress Towards Discharge**
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate
Orders:
MH Observation

**Plan/Disposition**
While in the MHCB the IP will receive 24/7 nursing care and be seen daily by one of the mental health staff (psychiatrist, psychologist). Recreational Therapy will also be provided. Continue q15 checks.

---

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ████████ ,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---

Report Request ID:    54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 23 004

# Exhibit – 24

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮ / Male     CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| | |
|---|---|
| **Mental Health Documentation** | |

Document Type:          MHMD Inpatient Progress Note
Document Subject:        MH Psychiatry Note
Service Date/Time:       7/7/2021 15:31 PDT
Result Status:           Auth (Verified)
Perform Information:     Barrow,C▮ Psychiatrist (7/7/2021 15:34 PDT)
Sign Information:        Barrow,▮ Psychiatrist (7/7/2021 15:34 PDT)
Authentication Information: Barrow,C▮ Psychiatrist (7/7/2021 15:34 PDT)

**Inmate's Program and Level of Care**
Mental health crisis bed

**New Issues/Complaints**
Presenting Problem MH

06/24/21 09:37:00
**Suicidal Ideation**

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consult:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

**Past psychiatric history**

**Subjective/History of Present Illness**
Patient seen and examined. No significant issues to report. Discharged to EOP and awaiting transfer. Medication compliant without any reported side effects. States he feels more able to cope with stressors after being isolated and having time to rest. Looking forward to transfer back to his housing unit. Denies any suicidal or homicidal thoughts. No significant impairment noted.

**Problem List/Past Medical History**
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

**Medications**
Inpatient
aspirin, 81 mg, 1 tab, Oral, Daily
aspirin, 81 mg, 1 tab, Oral, Daily
atorvastatin, 40 mg, 1 tab, Oral, qPM
atorvastatin, 40 mg, 1 tab, Oral, qPM
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
capsaicin 0.025% topical cream, 1 app, Topical, TID, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
DOCUSATE SODIUM 100 MG SOFTGEL UD, 200 mg, 2 cap, Oral, BIDAM+PM, PRN
finasteride, 5 mg, 1 tab, Oral, Daily
finasteride, 5 mg, 1 tab, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily
Flomax, 0.8 mg, 2 cap, Oral, Daily

Report Request ID:  54778506      Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 24 001

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000.  Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

Signed By: Boitor, I████ Psychiatrist

**Mental Status**
Appearance: Fair eye contact

gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
gabapentin, 400 mg, 1 cap, Oral, BIDAM+PM
hydrOXYzine, 50 mg, 1 cap, Oral, qPM, PRN
HYDROXYZINE PAM 25 MG CAP UD, 25 mg, 1 cap, Oral, qAM
lisinopril, 40 mg, 1 tab, Oral, qPM
lisinopril, 40 mg, 1 tab, Oral, qPM
meclizine oral tablet, 25 mg, 1 tab, Oral, BIDAM+PM, PRN
mupirocin 2% topical ointment, 1 app, Topical, TID, PRN
SERTRALINE HCL 100 MG TABLET UD, 200 mg, 2 tab, Oral, qAM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
triamterene-hydrochlorothiazide 37.5 mg- 25 mg oral capsule, 1 cap, Oral, qPM
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Tylenol, 650 mg, 2 tab, Oral, TID, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Xopenex HFA 45 mcg/inh inhalation aerosol, 90 mcg, 2 puff, Oral, q6hr, PRN
Home
No active home medications

**Allergies**
penicillins
diltiaZEM
naproxen

**Lab Results**
No results documented

**Objective/Physical Exam**

Intake & Output
**Intake and Output**          This visit (24 hour periods starting at 07:00 PDT)

| | 07/07/21 * | 07/06/21 | 07/05/21 |
|---|---|---|---|
| Total Summary | | | |
| Intake mL | 680 | 920 | -- |
| Output mL | -- | -- | -- |
| Fluid Balance | 680 | 920 | -- |
| Intake (1) | | | |
| Oral Intake mL | 680 | 920 | -- |
| Total | 680 | 920 | -- |
| Output (0) | | | |

---

Report Request ID:    54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 24 002**

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▓▓▓▓▓▓▓▓ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

Attitude: Guarded but cooperative
Activity: WNL
Mood: Euthymic
Affect: Restricted
Speech: Regular rate and rhythm
Language: English
Attention and Concentration: A & O X 3.
Thought Process: Endorsing auditory hallucinations. Did not appear to be responding to any internal stimuli during the interview
Thought Content: Denies suicidal ideas. Denies HI
Cognition: Primary memory is grossly intact.

**Counts (2)**

| | | | |
|---|---|---|---|
| Stool Count | 2 | -- | -- |
| Urine Count | 3 | 3 | -- |

\* This column has not completed the indicated time period.

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Assessment/Progress Towards Discharge**
9. Major depressive disorder, Recurrent episode, Moderate

**Plan/Disposition**
1. Continue current medication regiment
2. Continue current observation as patient denies any suicidal thoughts and has not gravely disabled
3. Psychiatry will continue to follow while in crisis bed

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB: ▓▓▓▓▓▓ ,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH



Report Request ID:    54778506    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 24 003

# Exhibit – 25

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male            CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

## *Mental Health Documentation*

---

Document Type:          MHPC Inpatient Progress Note
Document Subject:       MHPC Cpontact
Service Date/Time:      7/8/2021 11:09 PDT
Result Status:          Auth (Verified)
Perform Information:    Neakrase,J███ Sr.Psychchologist Supervisor (7/8/2021 11:16 PDT)

Sign Information:       Neakrase,J███ Sr.Psychchologist Supervisor (7/8/2021 11:16 PDT)

Authentication Information:   Neakrase,J███ Sr.Psychchologist Supervisor (7/8/2021 11:16 PDT)

---

### Inmate's Program and Level of Care
EOP housed in MHCB, awaiting transfer.

### New Issues/Complaints
Presenting Problem MH

06/24/21 09:37:00
### Suicidal Ideation

**ID:** 64 yo CM, in prison since 1998 for sex crime, next PB in June 2022, Hearing impaired, with past psych dx of MDD recurrent with psychotic feaures, Pedophilia was admitted on 6/24/21 from EOP/MCSP for SI with plan to hang d/t Depression, Halluciantions increased, after having Zyprexa tapered off at this demand.

**Current meds:** Zoloft 200mg; Vistaril 25mg tid + 100mg

**As per pre-admission consullt:**
Richards/Duvall: Reported SI on Sunday as well; off his meds 8-10 months. When asked who's idea it was to go off meds, he said it was a mutual decision between IP and MHMD. That said, AVH have significantly increased. Marked depression; Placing multiple 7362's in primarily to get back on medication. Was supposed to see MHMD on Friday, but apparently it is an issue that cannot wait that long. Reported a plan to go back to cell and hang self. Affect flat; has not been to MHCB since 2013. Prior to that, he was at ICF.

**MSE:** wen asked to come out IP nodded his head in refusal; refused both the breakfast and lunch and continued to lay down covered with the blanket; repeated attempts to engage the IP at the door were unsuccessful; IP was admitted at 01:00 and apparently is tired, still sleeping

 >>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> >>>>>>
The following information is from the previous chart documentation;
**History of present illness:**
-6/21 and 6/22 the IP indicated being distressed d/t a new inmate placed in his cell, and had safety concerns ; IP reported hypervigilancce and emotional reactivity due to flashbacks and wanted meds to be restarted
-Zyprexa 20mg for Mood swings, Paranoia, AH was tapered off and competely dc about 3 monts ago d/t significant weight gain (apparently the IP was able to lose weight therafter)
-5/12/21: workingon going home early to see my grankids"

### Subjective/History of Present Illness
I/M spoke of the difficulties that he had in accessing services and his feelings of anger and upset about that. He noted that isolation has been helpful and has given him a chance to reconnect with his faith, which has helped him to stabilize.

### Problem List/Past Medical History
Ongoing
BPH with obstruction/lower urinary tract symptoms
Hearing loss
HTN (hypertension)
Hyperlipidemia
Impingement syndrome of left shoulder
Major depressive disorder, Recurrent episode, Moderate
Mild intermittent asthma
Historical
No qualifying data

### IPOC Goals
### Current IPOCs
### Goals(Activated):
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Indicators & Orders**
Danger to Self IPOC(Initiated)  06/27/2021 08:40
 **Outcomes & Interventions**
 **Outcomes(Initiated):**
  Reduce suicidal ideation - rated as a 4 or below as measured by self report by next IDTT interval(Initiated)
  O1 - None-07/06/2021 02:07  pm
  Inmate will learn 3 positive coping skills (Frequency) for (timeframe)(Initiated)
  Xlearn 3 positive coping skills-07/06/2021

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 25 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

### *Mental Health Documentation*

**Past psychiatric history**
-no MHDS in the community
-in prison since 1998; was alternating between GP,CCCMS, EOP
-in 2011 was in Acute/ICF from Oct 2011 to Apr 2013; Aug 2013 MHCb; this is his second MHCB
MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice
**Past SAtttps:** the SRSHEs indicante no h/o SAtttps; however a note from 9/4/19 states: "He attempted suicide by hanging in 2000 and was cut down by CO's. He cut wrists in 2009 and OD in 2011"
**Past psych meds**: Zyprexa, Risperdal, Haldol, Sinequan, Prozac, Effexor, Remeron

**Substance abuse:** heavy Alcohol abuse for 4 years

**Medical problems,** Asthma, HTN, Prostate hypertrophy, dislipidemia; Impingement syndrome of shoulder region with Nerve pain
**Allergies:** Pennicillin, Naproxen, Diltiazen

**Social history:** Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents. He reported growing up wtih one brother and 2 sisters, one of which has since deceased. He denies a family history of MH issues. Records note his mother and brother were "slow learner" and may have had mental retardation. Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer. He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls
Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated. He indicates that although he has some contact with family members, he feels he does not have a strong support system in them. He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000. Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts. Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.
Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of 4 years.
Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration. He is intelligent and has good verbal communication skills

02:07 pm
Patient has not yet met treatment goals.(Initiated)
**O**Addressed and resolved-07/06/2021 02:07 pm
**X**Addressed and ongoing-07/06/2021 02:08 pm
for Infection IPOC(Initiated)  06/24/2021 01:56
**Risk for Infection Plan of Care Outcomes(Initiated):**
Identify Interventions to Prevent or Reduce Risk of Infection(Initiated)
**O**Met-06/24/2021 04:07  am
No Signs/Symptoms of Infection(Initiated)
**O**Met-06/24/2021 04:08  am
Patient Will Verbalize Understanding of Infection Risk Factors(Initiated)
**O**Met-06/24/2021 04:08  am
State IPOC(Initiated)  06/24/2021 01:55
**LTC Mood State IPOC Outcomes(Initiated):**
Shows Interest and Interacts With Others(Initiated)
**X**O-Shows Interest, Interacts With Others-06/24/2021 04:08  am
Demonstrate stable mood(Initiated)
**X**O-Demonstrate stable mood-06/24/2021 04:08  am

**Scales and Assessments Interpretations (for assessments without interpretations, please manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

Signed By: Boitor, █████ Psychiatrist

Report Request ID:    54778506                                Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 25 002

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Documentation*

**Current Status of Illness**
Depression 7/10, Anxiety and "Paranoia" 6/10. I/M continues to report S/I, but is "actively challenging" such thoughts, now.

**Mental Status**
I/P seen in a confidential setting. I/M presented with neutral affect, but reported ongoing depressed and anxious mood. I/M's speech was rational and coherent, with fluid prosody, and mildly overproductive. He had a lot to say. He was alert and Ox4, w/ good personal grooming. I/M denied suicidal intent.

**Mental Health Assessments**
I/M is stable. He likely has considerable underlying character pathology, but is trying to improve. Presents as depressed.

**Estimated Length of Stay**
Awaiting transfer.

**Assessment/Progress Towards Discharge**
1. Health examination of prisoner
2. HTN (hypertension)
3. Mild intermittent asthma
4. SOB (shortness of breath)
5. BPH with obstruction/lower urinary tract symptoms
6. Hearing loss
7. Hyperlipidemia
8. Shoulder pain
9. Major depressive disorder, Recurrent episode, Moderate

**Plan/Disposition**
I/M will be transferred to EOP MCSP as soon as transport can be arranged.

**Encounter Info:** Patient Name: WILLIE BROOKS,DOB:███████,CDCR: P16665,FIN: 77729,Facility: CMF,Encounter Type: Inpatient MH

---





---

Report Request ID:   54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 25 003

# Exhibit – 26

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



5 Day Follow-up Entered On: 7/13/2021 11:11 PDT
Performed On: 7/13/2021 11:05 PDT by Havey, J▮▮ Psychologist

## Patient Encounter Information
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮▮ ,,FIN: 1000000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

Havey, J▮▮ Psychologist - 7/13/2021 11:05 PDT

## 5 Day Follow-up Continue
MH Day :   5
5D Staff completing follow up :   Mental Health
5D MHCB DC Documentation Option :   Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Havey, J▮▮ Psychologist - 7/13/2021 11:05 PDT

## Safety Plan Intervention
Reviewed Safety Plan with patient? :   Yes
Modify the Safety Plan? :   No
Step 1 Warning Signs :   Anniversaries of loved ones' deaths (especially his son)
When I reach out for help, I kinda go off a cliff if I start to feel like I'm running into a brick wall repeatedly. Then I start hearing voices, saying nobody loves or cares about me

_____

Report Request ID:     54778506                              Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮ / Male            CDCR: P16665; P16665; P16665; P16665; P16665;
P16665; P16665

| *Mental Health Suicide MPage Forms* |
| --- |

Step 2 Independent Coping Skills :   Challening my thoughts
Questioning how I feel
Prayer, and try to rely on a higher power
If it's really bad, I try to do my prayers in Hebrew. It's an association with something that is much bigger than the material world, and material reality.
Sudoku puzzles
Step 3 Distracting People & Places :   Talk on the phone with sister


Step 4 People to Ask for Help :   Sister
Son's mother
Step 5 Professionals to Contact :   Dr. Scaramozzino and other EOP clinical staff
Step 6 Means Safety :   I'm not sure, because I use what's available - by any means necessary. Would reach out to staff first and explain what is giong on with him with re: to thoughts of taking his life.
Step 7 Reason to Live :   "The ability to use my mind. I don't like what the pharmaceuticals do - I believe medications limit certain access to my mind."

Havey, J▮▮ Psychologist - 7/13/2021 11:05 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   I live day to day with no intention to die. I need my food soon to prevent hypoglycemia issues.
5D Brief Mental Status :   IP reported that he needed to receive his food soon to avoid hypoglycemia.
Behavior:   Cooperative
Eye Contact:  Normal
Speech: Clear and paced
Mood:  Dysphoric- mild
Affect:   Congruent
Orientation:   Awake and alert
Hallucinations:  None reported
Delusions:  None reported
Thought Processes:   Logical, linear and goal-directed
Suicide/Homicide:   Denied S/I  Denied HI
Insight:   Fair
Judgment:  Fair
Medication Compliance: yes

Havey, J▮▮ Psychologist - 7/13/2021 11:05 PDT

**Plan**
5D Mental Health Plan Continue :   If last day, is discontinued.

Havey, J▮▮ Psychologist - 7/13/2021 11:17 PDT
~~{ [No action required, 5 day follow up will continue] - previously charted by Havey, J▮▮ Psychologist at 7/13/2021 11:05 PDT};~~

5D Private setting :  Yes
5D Has custody been consulted :  Yes

___

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 26 002**

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▓▓▓▓▓▓▓▓ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Mental Health Suicide MPage Forms |
|---|

Havey, J▓ Psychologist - 7/13/2021 11:05 PDT

5 Day Follow-up Entered On: 7/12/2021 9:41 PDT
Performed On: 7/12/2021 9:39 PDT by Cavucci, M▓ Psychologist

### Patient Encounter Information
ENCTR Information : Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▓▓▓▓▓▓ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

Cavucci, M▓ Psychologist - 7/12/2021 9:39 PDT

### 5 Day Follow-up Continue
MH Day : 4
5D Staff completing follow up : Mental Health
5D MHCB DC Documentation Option : Not applicable (I am not the Primary Clinician; or I am the Primary Clinician but this is not my first contact post-MHCB discharge with the patient).

Cavucci, M▓ Psychologist - 7/12/2021 9:39 PDT

### Safety Plan Intervention
Reviewed Safety Plan with patient? : Yes
Modify the Safety Plan? : No
Step 1 Warning Signs : Anniversaries of loved ones' deaths (especially his son)
When I reach out for help, I kinda go off a cliff if I start to feel like I'm running into a brick wall repeatedly. Then I start hearing voices, saying nobody loves or cares about me
Step 2 Independent Coping Skills : Challening my thoughts
Questioning how I feel
Prayer, and try to rely on a higher power
If it's really bad, I try to do my prayers in Hebrew. It's an association with something that is much bigger than the material world, and material reality.
Sudoku puzzles
Step 3 Distracting People & Places : Talk on the phone with sister

Step 4 People to Ask for Help : Sister
Son's mother
Step 5 Professionals to Contact : Dr. Scaramozzino and other EOP clinical staff
Step 6 Means Safety : I'm not sure, because I use what's available - by any means necessary. Would reach out to staff first and explain what is giong on with him with re: to thoughts of taking his life.
Step 7 Reason to Live : "The ability to use my mind. I don't like what the pharmaceuticals do - I believe medications limit certain access to my mind."

Cavucci, M▓ Psychologist - 7/12/2021 9:39 PDT

### Status and Current Condition
5D Warning Signs : - No Indicators
5D Since we saw you last : 1 - Not at all

---

Report Request ID: 54778506    Print Date/Time: 5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ▊▊▊▊▊▊▊ / Male                    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Suicide MPage Forms* |
|---|

5D Can you stop thinking about it :   Yes

5D How likely will you harm yourself :   1 - Not at all

5D What is your main reason for not :   IP reported that he was feeling "alright" and stated that he has been making an effort to apply the things that he has learned in treatment to his every day life.

5D Brief Mental Status :   IP was seen in building unit dayroom in a non-confidential setting. IP was dressed appropriately; grooming and hygiene were adequate. IP was calm and cooperative. IP maintained appropriate eye contact and speech was normal pace and tone. Mood neutral with congruent affect. IP did not appear to be responding to internal/external stimuli. IP denied suicidal/homicidal desire, intent or capability. IP reported no safety / victimization concerns. No IS PATH WARM factors endorsed.

                                                     C▊▊▊, Maria Psychologist - 7/12/2021 9:39 PDT

**Plan**

5D Mental Health Plan Continue :   No action required, 5 day follow up will continue

5D Private setting :   No

5D Has custody been consulted :   Yes

                                                     C▊▊▊, Maria Psychologist - 7/12/2021 9:39 PDT

---

5 Day Follow-up Entered On:  7/11/2021 7:55 PDT
Performed On:  7/11/2021 7:30 PDT by Spena, D▊▊▊   Psych Tech

**Patient Encounter Information**

ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▊▊▊▊▊ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

                                                     Spena, D▊▊▊ Psych Tech - 7/11/2021 7:54 PDT

**5 Day Follow-up Continue**

MH Day :   8

5D Staff completing follow up :   Nursing

                                                     Spena, D▊▊▊ Psych Tech - 7/11/2021 7:54 PDT

**Status and Current Condition**

5D Warning Signs :   - No Indicators

5D Since we saw you last :   1 - Not at all

5D Can you stop thinking about it :   Yes

5D How likely will you harm yourself :   1 - Not at all

5D What is your main reason for not :   family

5D Brief Mental Status :   Ip was clean with mood/behavior wnl

                                                     Spena, D▊▊▊ Psych Tech - 7/11/2021 7:54 PDT

**Plan**

5D Nursing Plan :   No action required, 5 day follow up will continue

5D Private setting :   Yes

5D Has custody been consulted :   Yes

5D Additional Comments :   ip was told to return to window if he should experience any negative thoughts

                                                     Spena, D▊▊▊ Psych Tech - 7/11/2021 7:54 PDT

---

Report Request ID:    54778506                              Print Date/Time:   5/2/2022 10:04 PDT

<u>**WARNING:**</u>**This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

                                                     **Canning Decl. Ex. 26 004**

n/a

Patient:      **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                              P16665; P16665

| *Mental Health Suicide MPage Forms* |
| --- |

**5 Day Follow-up Entered On: 7/10/2021 7:39 PDT**
**Performed On: 7/10/2021 7:37 PDT by Cadman, L▮▮n Psych Tech**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮,,FIN: 77729,Facility:
CMF,Encounter Type: Inpatient MH

                                              Cadman, L▮▮▮ Psych Tech - 7/10/2021 7:37 PDT
**5 Day Follow-up Continue**
MH Day :   2
5D Staff completing follow up :   Nursing

                                              Cadman, L▮▮▮ Psych Tech - 7/10/2021 7:37 PDT
**Status and Current Condition**
5D Warning Signs :   - No Indicators
5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D What is your main reason for not :   family
5D Brief Mental Status :   IP cell clean, overall behavior WNL, level of consciousness A&Ox4, active in ADL's

                                              Cadman, L▮▮▮ Psych Tech - 7/10/2021 7:37 PDT
**Plan**
5D Nursing Plan :   No action required, 5 day follow up will continue
5D Private setting :   No
5D Has custody been consulted :   Yes
5D Additional Comments :   seen cellsid

                                              Cadman, L▮▮▮ Psych Tech - 7/10/2021 7:37 PDT

**5 Day Follow-up Entered On: 7/9/2021 9:59 PDT**
**Performed On: 7/9/2021 9:58 PDT by Scaramozzino, J▮▮▮ Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ▮▮▮▮▮▮,,FIN:
10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

                                              Scaramozzino, J▮▮▮ Psychologist - 7/9/2021 9:58 PDT
**5 Day Follow-up Continue**
MH Day :   1
5D Staff completing follow up :   Mental Health

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

Canning Decl. Ex. 26 005

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ████████████  / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health Suicide MPage Forms* |
| --- |

5D MHCB DC Documentation Option :   This form

Scaramozzino, J███ Psychologist - 7/9/2021 9:58 PDT
5D MHCB Admission Reason :   IP discussed how he was working to manage his symptoms without psychotropic medications aunt died-second week of June-favorite aunt; stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.

He is planning to attend the grief group; he continues to not want to psychotropic medications and plans return to his prior strategy to manage his issues; herbology is also being added to his strategy-he is buying some now and is unuse when they might arrive.

No issues with his cellies; while he was gone the IP waived his elderly parole hearing; now he says that he no longer cares; "it now does not matter"; "I no longer want to parole";

IP also reported that he provided an explanation of another factor that contributed to his crime-he was molested by his uncle-to his adult children in a letter last week and told his sister this morning.

{ [IP discussed how he was working to manage his symptoms without psychotropic medications aunt died-second week of June-favorite aunt; stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.

He is planning to attend the grief group; he continues to not want to psychotropic medications and plans return to his prior strategy to manage his issues; herbology is also being added to his strategy-he is buying some now and is unuse when they might arrive.

No issues with his cellies; while he was gone the IP waived his elderly parole hearing; now he says that he no longer cares; "it now does not matter"; "I no longer want to parole";

IP also reported that he provided an explanation of another factor that contributed to his crime-he was molested by his uncle-to his adult children in a letter last week and told his sister this morning.
] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:48 PDT};
{ [IP discussed how he was working to manage his symptoms without psychotropic medications aunt died-second week of June-favorite aunt; stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.

He is planning to attend the grief group; he continues to not want to psychotropic medications and plans return to his prior strategy to manage his issues; herbology is also being added to his strategy-he is buying some now and is unuse when they might arrive.

No issues with his cellies; while he was gone the IP waived his elderly parole hearing; now he says that he no longer cares; "it now does not matter"; "I no longer want to parole";

] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:13 PDT};
{ [IP discussed how he was working to manage his symptoms without psychotropic medications aunt died-second week of June-favorite aunt; stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.

He is planning to attend the grief group; he continues to not want to psychotropic medications and plans return to his prior

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 26 006**

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████ / Male        CDCR: P16665; P16665; P16665; P16665; P16665;
P16665; P16665

| *Mental Health Suicide MPage Forms* |
|---|

~~strategy to manage his issues; herbology is also being added to his strategy-he is buying some now and is unuse when they might arrive.~~

~~No issues with his cellies;~~

~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:03 PDT};~~
~~{ [lkn'ljk~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 9:58 PDT};~~

5D Patient's Future Tx Needs :   nml"

Scaramozzino, J███ Psychologist - 7/9/2021 15:18 PDT
~~{ [nml"~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:48 PDT};~~
~~{ [nml"~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:13 PDT};~~
~~{ [nml"~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 10:03 PDT};~~
~~{ [nml"~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 9:58 PDT};~~

**Safety Plan Intervention**
Reviewed Safety Plan with patient? :   Yes

Scaramozzino, J███ Psychologist - 7/9/2021 9:58 PDT

Modify the Safety Plan? :   Yes

Scaramozzino, J███ Psychologist - 7/9/2021 10:16 PDT
~~{ [No]  - previously charted by Scaramozzino, J███ Psychologist at 7/9/2021 9:58 PDT};~~
Step 1 Warning Signs :   Anniversaries of loved ones' deaths (especially his son)
When I reach out for help, I kinda go off a cliff if I start to feel like I'm running into a brick wall repeatedly. Then I start hearing voices, saying nobody loves or cares about me
Step 2 Independent Coping Skills :   Challening my thoughts
Questioning how I feel
Prayer, and try to rely on a higher power
If it's really bad, I try to do my prayers in Hebrew. It's an association with something that is much bigger than the material world, and material reality.
Sudoku puzzles
Step 3 Distracting People & Places :   Talk on the phone with sister


Step 4 People to Ask for Help :   Sister
Son's mother
Step 5 Professionals to Contact :   Dr. Barrow (MHMD)
Step 6 Means Safety :   I'm not sure, because I use what's available - by any means necessary. Would reach out to staff first and explain what is giong on with him with re: to thoughts of taking his life.
Step 7 Reason to Live :   "The ability to use my mind. I don't like what the pharmaceuticals do - I believe medications limit certain access to my mind."

Scaramozzino, J███ Psychologist - 7/9/2021 9:58 PDT

**Status and Current Condition**
5D Warning Signs :   - No Indicators

_____

Report Request ID:    54778506                      Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 26 007**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▮▮▮▮▮ / 65 years    / Male        CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                          P16665; P16665

| *Mental Health Suicide MPage Forms* |
|---|

5D Since we saw you last :   1 - Not at all
5D Can you stop thinking about it :   Yes
5D How likely will you harm yourself :   1 - Not at all
5D What is your main reason for not :   I do not know what keeps me alive right now.
5D Brief Mental Status :   "No longer has a desire to parole"

Scaramozzino, J▮▮▮ Psychologist - 7/9/2021 10:17 PDT

**Plan**
5D Mental Health Plan Continue :   No action required, 5 day follow up will continue
5D Private setting :   Yes
5D Has custody been consulted :   Yes
5D Additional Comments :   IP is making a distinction between no longer having as one of his goals-that of paroling-does not mean that he has lost the will to live.

Scaramozzino, J▮▮▮ Psychologist - 7/9/2021 10:17 PDT

_____
Report Request ID:    54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

**Canning Decl. Ex. 26 008**

# Exhibit – 27

n/a

**Patient:**     **BROOKS II, WILLIE LEE**
DOB/Age/Sex:     ▮▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| | |
|---|---|
| **Mental Health Documentation** | |

| | |
|---|---|
| Document Type: | MHMD Progress Note |
| Document Subject: | Free Text Note |
| Service Date/Time: | 7/14/2021 14:54 PDT |
| Result Status: | Auth (Verified) |
| Perform Information: | Smith,M▮▮▮ Psychiatrist (7/14/2021 15:10 PDT) |
| Sign Information: | Smith,M▮▮▮ Psychiatrist (7/14/2021 15:10 PDT) |
| Authentication Information: | Smith,M▮▮▮ Psychiatrist (7/14/2021 15:10 PDT) |

**Identify**
f/u MHCB, MCSP D-EOP

**Subjective**
well known, sent to MCHB three weeks ago, "just started thinking of hanging myself to get it over with," spent three weeks at CMF crisis bed, no med changes, says he wanted to wait and talk with someone he trusts.  We stopped zyprexa in Feb 2021 after long period of stability, did well until three weeks ago, say his Aunt Emma died at age 85 and he received some news on possible lung problems, says created a great deal of stress and "apparently something is wrong with my lungs."  Says multiple times during the interview that CDCR will only do treatment "that is necessary", challenged him on this point and he went into story about Rockefeller and corruption in the medical industry.  Mentioned that I think he should go back on the zyprexa, refused adding that he would like me to research possible african roots and herbs that would be comparable to zyprexa and that we could probably order.  Says MHCB did some good "to get some air and sort things out."   Shared the 7362 he wrote on June 21, 2022 that it was urgent that he get back on zyprexa, says that doesn't apply now because he has had time to process aunts death.

**Medications**
zoloft 200 mg am

**Objective**
presentation:  cooperative but frequently argumentative, bright yellow vest
speech:  clear, slightly pressured
motor:  wnl
mood:  irritalbe
affect:  congruent
thought process:  rambling, tangential
thought content:  no SI, HI, AH, VH
abnormal perception:  guarded and paranoid
insight:  limited
judgement:  limited
AIMS:  n/a

**Diagnosis**
Major Depressive Disorder with psychosis
r/o Bipolar Disorder

**Assessment**
presents hypomanic with irritabilty, increased energy, tangential and circumstantial speech, says sleeping well and don't see any history of Bipolar, read all the notes from MHCB and although did add that he was circumstantial no reports of manic symptoms.  Recommended that we restart zyprexa but refused.  Very fixated on implication that he is not going to get medical help he needs due to costs.

**Plan**
add zyprexa 5 mg daily - refused for now
continue Zoloft

---

| | |
|---|---|
| Report Request ID:    54778506 | Print Date/Time:   5/2/2022 10:04 PDT |

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 27 001

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                    P16665; P16665

| *Mental Health Documentation* |
|---|

f/u in 7 days, sooner if needed

**Education**
**why it seems reasonable to treat "necessary" medical issues per CDCR policy**

**Encounter Info:** Patient Name: WILLIE BROOKS, DOB: ██████, CDCR: P16665, FIN: 10000002711854504P16665, Facility: MCSP, Encounter Type: Institutional Encounter

Report Request ID:    54778506                               Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 27 002

# Exhibit – 28

BROOKS II, WILLIE LEE

P16665

Case 2:22-cv-00062-TLN-DMC    Document 112-2    Filed 12/20/24    Page 133 of 168

1000000321185454504P16665; 1028227511854504P16665; 79956;
* Auth (Verified) †0000002711854504P16665; 77729; 78624; 100000009118545504P16665

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **PART I: TO BE COMPLETED BY THE PATIENT** |
| --- |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:  MEDICAL ☐  MENTAL HEALTH ☒  DENTAL ☐  MEDICATION REFILL ☐

NAME: Brooks II, Willie L.  CDCR NUMBER: P-16665  HOUSING: D-18A-203-3L

PATIENT SIGNATURE: _(signature)_  DATE: 7-14-2021

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) Dr. Smith your right, I NEED my medication as soon as you can. Please start it at the medium dose. AntiPsychottic,s. And this is because I do value your Professional observations of me. ~~~ Thank you.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| **PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE** |
| --- |

Date / Time Received: 7.15.21  Received by:
Date / Time Reviewed by RN: 0730  Reviewed by: C. Beatty RN

S:    Pain Scale: 1 2 3 4 5 6 7 8 9 10

O:  T:  P:  R:  BP:  WEIGHT:

A:
P:
☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
| --- | --- | --- | --- |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Distribution: Original - Health Record ; Copy - Patient

**Canning Decl. Ex. 28 001**

n/a

# Exhibit – 29

n/a

Patient:     **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                 P16665; P16665

MH Master Treatment Plan Entered On:  7/15/2021 7:19 PDT
Performed On:  7/15/2021 7:17 PDT by Scaramozzino, J████  Psychologist

Patient Encounter Information

_____

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Canning Decl. Ex. 29 001

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
|---|

ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ████████,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

**IDTT Information MTP**
IDTT :   Initial
MHPC Attendance :   Present
Primary Clinician :   Scaramozzino, J███ Psychologist
Correctional Counselor Attendance :   Present

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

Correctional Counselor :   Cruzz

Scaramozzino, J███ Psychologist - 7/15/2021 14:55 PDT
~~{ [Moua]  - previously charted by Scaramozzino, J███ Psychologist at 7/15/2021 7:17 PDT};~~

MHMD Attendance :   Present
Psychiatrist :   Girgis, J███ Psychiatrist
Senior Psychologist Supervisor Attendance :   Present
Senior Psychologist Supervisor :   Her, L███ Sr Psych Sup

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

**Problem List Review**

(As Of: 7/15/2021 07:19:48 PDT)

Problems(Active)

| | |
|---|---|
| BPH with obstruction/lower urinary tract symptoms (SNOMED CT :2470105014 ) | Name of Problem:   BPH with obstruction/lower urinary tract symptoms ; Recorder:   Kuo, C███ P&S; Confirmation: Confirmed ; Classification:   Medical ; Code:   2470105014 ; Contributor System:   PowerChart ; Last Updated:   1/16/2019 10:01 PST ; Life Cycle Status:   Active ; Responsible Provider: Kuo, C███ P&S; Vocabulary:   SNOMED CT |
| Hearing loss (SNOMED CT :25788011 ) | Name of Problem:   Hearing loss ; Recorder:   Kuo, C███ P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   25788011 ; Contributor System:   PowerChart ; Last Updated:   9/6/2019 11:19 PDT ; Life Cycle Status:   Active ; Responsible Provider:   Kuo, C███ P&S; Vocabulary: SNOMED CT |
| HTN (hypertension) (SNOMED CT :1215744012 ) | Name of Problem:   HTN (hypertension) ; Recorder:   Hashemi, N███ P&S; Confirmation:   Confirmed ; Classification: Medical ; Code:   1215744012 ; Contributor System: PowerChart ; Last Updated:   8/2/2017 14:36 PDT ; Life Cycle Date:   08/02/17 ; Life Cycle Status:   Active ; Responsible Provider:   Hashemi, N███ P&S; Vocabulary:   SNOMED CT |
| Hyperlipidemia (SNOMED CT :92826017 ) | Name of Problem:   Hyperlipidemia ; Recorder:   Kuo, C███ P&S; Confirmation:   Confirmed ; Classification:   Medical ; Code:   92826017 ; Contributor System:   PowerChart ; Last Updated:   9/6/2019 11:19 PDT ; Life Cycle Status:   Active ; Responsible Provider:   Kuo, C███ P&S; Vocabulary: |

Report Request ID:    54778506                                      Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 29 002**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
|---|

SNOMED CT

| | |
|---|---|
| Impingement syndrome of left shoulder (SNOMED CT :359544013 ) | Name of Problem:   Impingement syndrome of left shoulder ; Recorder:  Rudas, R████ P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  359544013 ; Contributor System:  PowerChart ; Last Updated:  5/11/2021 10:28 PDT ; Life Cycle Status:  Active ; Responsible Provider:  Rudas, R████ P&S; Vocabulary:  SNOMED CT |
| Major depressive disorder, Recurrent episode, Moderate (DSM5 :F33.1 ) | Name of Problem:   Major depressive disorder, Recurrent episode, Moderate ; Recorder:  Scaramozzino, J████ Psychologist; Confirmation:  Confirmed ; Classification:  Mental Health ; Code:  F33.1 ; Contributor System:  PowerChart ; Last Updated:  3/12/2020 06:53 PDT ; Life Cycle Date:  03/12/20 ; Life Cycle Status:  Active ; Responsible Provider: Scaramozzino, J████ Psychologist; Vocabulary:  DSM5 |
| Mild intermittent asthma (SNOMED CT :2674137012 ) | Name of Problem:   Mild intermittent asthma ; Recorder:  Kuo, C████ P&S; Confirmation:  Confirmed ; Classification:  Medical ; Code:  2674137012 ; Contributor System: PowerChart ; Last Updated:  1/15/2019 14:02 PST ; Life Cycle Status:  Active ; Responsible Provider:  Kuo, C████ P&S; Vocabulary:  SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Chronic GERD | Clinical Dx:  Chronic GERD ; Code:  ICD-10-CM ; Probability: 0 ; Diagnosis Code:  K21.9 |
| Chronic pain of both shoulders | Date:  1/27/2021 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Chronic pain of both shoulders ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  M25.511 |
| Diarrhea | Date:  10/28/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Diarrhea ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R19.7 |
| Healthcare maintenance | Date:  9/10/2020 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Healthcare maintenance ; Classification:  Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  Z00.00 |
| HTN (hypertension) | Clinical Dx:  HTN (hypertension) ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  I10 |
| Impingement syndrome of left shoulder | Date:  5/11/2021 ; Diagnosis Type:  Discharge ; Confirmation: Confirmed ; Clinical Dx:  Impingement syndrome of left shoulder ; Classification:  Medical ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  M75.42 |

Report Request ID:    54778506                         Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 29 003**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:                        / Male              CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                     P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

Occult blood positive stool        Date:  10/22/2020 ; Diagnosis Type:  Discharge ; Confirmation:
                                             Confirmed ; Clinical Dx:  Occult blood positive stool ;
                                             Classification:  Medical ; Clinical Service:  Non-Specified ;
                                             Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  R19.5

Shoulder pain                        Clinical Dx:  Shoulder pain ; Code:  ICD-10-CM ; Probability:  0
                                             ; Diagnosis Code:  M25.519

Wound of skin                        Date:  5/24/2021 ; Diagnosis Type:  Discharge ; Confirmation:
                                             Confirmed ; Clinical Dx:  Wound of skin ; Classification:
                                             Nursing ; Clinical Service:  Non-Specified ; Code:  ICD-10-CM ;
                                             Probability:  0 ; Diagnosis Code:  T14.8XXA

### Higher Level of Care Considerations
The IP is unable to function at LOC :   No
Requires structured inpatient psy care :   No
Demonstrate chronic psychiatric symptoms :   No
Currently in a MHCB :   No
3 or more MHCB referrals in last 6 mos :   No
3 or more 115s in the last 3 mos :   No
Ref not made CAL :   0
Is pt EOP or MHCB LOC :   Yes
Part in less than the min tx hrs/wk :   No

                                                            Scaramozzino, J     Psychologist - 7/15/2021 7:17 PDT

### Suicide Risk Management Program (SRMP)
SRMP Patient Status :   Not applicable (the patient is not being placed or currently in the SRMP)

                                                            Scaramozzino, J     Psychologist - 7/15/2021 7:17 PDT

### Transfer/Discharge Planning Recommendations
Transfer/Discharge to: :   No change
MH MTP Yard Restrictions :   No
MH MTP Phone Call Restrictions :   No
MH MTP Visiting Restrictions :   No
MH Lower LOC Rationale :   IP just returned from MHCB last week; this is initial IDTT; IP has been in MCSP for over a year
Discharge or Transfer of Care :   N/A

                                                            Scaramozzino, J     Psychologist - 7/15/2021 7:17 PDT

### Collateral Information
Input from other CDCR disciplines :   No RVRs

                                                            Scaramozzino, J     Psychologist - 7/15/2021 7:17 PDT

### EOP Functional Evaluation
FE ability to understand instructions  FE ability to understand instructions :   no limitations
FE ability to respond to coworkers :   no limitations
FE ability to be around objects :   no limitations
FE ability to respond to  work situations :   no limitations
FE ability to work in hot weather :   Heat Medication
FE ability to work in large groups :   no limitations
FE ability to deal with changes :   no limitations
FE any other MH limitations :   no limitations
FE activities/tasks the IP can still do :   no limitations

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged**
**information intended for the recipient only.**

**Canning Decl. Ex. 29 004**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████  / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

**Clinical Summary & Case Formulation**
Clinical Summary :   INITIAL IDTT: 07/15/2021

SOMS: IP is a 64 year old (DOB: ███████) Black male with multiple chronic medical conditions; DDP-NCF; Level 2 (19); IP has been in EOP since 12/17/2019.

Movement within CDCR: Came to CDCR 10/28/1998; came to MCSP EOP 12/17/2019. He just returned to MCSP 7/8/2021 from his MHCB admission.

Hospitalization: Most recent was 6/23/2021 (returned to MCSP on 7/8/2021); prior MHCB admission was 8/19/2013 for 18 days; 10/03/2011 went to CMF Acute/ICF for 562 days.

Functional Evaluation: both the 10/28/2020 chrono and the 01/21/2021-Master treatment plan indicate that he is cleared for program with no limitations.

Indices: only RVR was 2/18/2020 for being out of bounds; one MHCB admission during this reporting period; 52% participation rate for ducated activities during the past 14 weeks;
(prior reporting period was 47% participation rate for ducated activities during the past 13 weeks).

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Suicide Risk: as of 07/02/2021:
Chronic risk is noted as HIGH due to IP's self-reported history of SAs. However, past records indicate that IP does not have a suicide history. Nevertheless, based on today's report, IP must be noted as a high chronic risk.

Acute risk is low to moderate; IP denies active SI, but it appears to be conditional based on whether or not he returns to MCSP.

Protective factors include family and religion, which are routinely used, as IP reports phoning sister almost daily, and uses prayer as a primary coping strategy.

During his most recent five day follow-up he did not indicate any indications of suicide ideation.

Treatment Response:
Prior to his MHCB admission on 06/23/2021, the IP was focused on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released early. He also has become more focused on addressing unresolved grief issues associated with significant others in his family system who have died.

He reports that his recent MHCB admission related to IP discussed how he was working to manage his symptoms without psychotropic medications; his favorite aunt died-second week of June stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.
Additionally, he reports that he made a decision a couple of weeks ago to break a promise to his mother and father: his uncle used to molested him-I told my sister this morning as a way to make clear that their perception of being the favorite son was

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

n/a

Patient:  **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ⬛⬛⬛⬛⬛⬛ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

not truly the case as well as help them better understand why he became a perpetrator; his sister's response was that she was very sorry and now understands how he was treated during his adolescence years the way he was as well as why at the time the court actions did not make any sense.

Plan:
When the IP completes the Grief group, the IP will be considered for a LOC change to CCCMS.

7/9/2021:
He reports that he made a decision a couple of weeks ago to break a promise to his mother and father: his uncle used to moleste him-I told my sister this morning as a way to make clear that their perception of being the favorite son was not truely the case as well as help them better understand why he became a perpetrator; his sister's response was that she was very sorry and now understands how he was treated during his adolescence years the way he was as well as why at the time the court actions did not make any sense.

Alert & Oriented x 4. Calm, cooperative, respectful.
Dressed appropriately for environment in prison issued clothing; hygiene appropriate.
Appropriate eye contact. Speech of normal RRV. Motor activity was WNL.
Mood was WNL and affect was congruent with the information provided.
Gross cognitive functioning (memory, attention) and fund of knowledge was WNL.
No limitations with executive functioning (sequencing, abstracting, planning, organizing).
Thought process linear, logical, & goal-oriented. No psychotic indicators.
Denied any current thoughts about engaging in any self-harming behavior or harm to others.
Insight and social judgment intact.

07/03/21 MHCB CMF D/C IDTT:  Pt met with Tx team in confidential setting. Pt endorsed anxiety / depression 8/10. Meds have decrease depression. Denies Si HI VH. endorses AH. Pt is looking forward to returning to EOP where he can continue working with Psychiatrist and attend the grief group.
Pt is a 64 yo AAM admitted d/t SI with hanging plan.  Pt told the CIT that his medication was discontinued about 8 months ago and he has been slowly decompensating since then, that he had been trying unsuccessfully to get back on his meds, and has had increased depression, anxiety and AH/VH over the past few months.  Dx is MDD.  Pt has been in the MHSDS since 3 months after entering CDCR in fall of 1998, CCCMS/GP/EOP.  This is his second MHCB admission.   PLAN: Pt has stabilized sufficiently and will be D/C to EOP at MCSP. will remain in MHCB for the coming week for monitoring and stabilization, with medication restarted when Pt agrees.  Pt reported having struggled to get his medication adjusted prior to this admission, resulting in increase of AH and distress.  MSE:  Cooperative, articulate, talking quietly at the door.  Good eye contact. Grossly oriented, alert, engaged.  TP was organized.  No indication of paranoia or delusional thinking.  Endorsed AH and poor concentration.

Initial IDTT in MHCB 6/27/21:  Pt is a 64 yo AAM admitted d/t SI with hanging plan.  Pt told the CIT that his medication was discontinued about 8 months ago and he has been slowly decompensating since then, that he had been trying unsuccessfully to get back on his meds, and has had increased depression, anxiety and AH/VH over the past few months.  Dx is MDD.  Pt has been in the MHSDS since 3 months after entering CDCR in fall of 1998, CCCMS/GP/EOP.  This is his second MHCB admission.  One HLOC stay in ICF inpatient roughly year and a half, fall of 2011 till spring 2013.  In today's IDTT Pt refused to meet OOC, so the Team went CF. Pt engaged in quiet discussion with MHMD Dr. Barrow re restarting antipsychotic. Pt decided he wanted to think it over for a day, given that he felt he could not think clearly last time he was on it.  Pt endorsed high anxiety, paranoia, "uncertainty," AH at 10/10, sometimes CAH, yelling and screaming.  Became suicidal.  Today Pt reported "no sleep," not helped by the 1:1 staff outside his door talking on and on with other staff who presumably came by to

_____

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

**Canning Decl. Ex. 29 006**

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:                              / Male            CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                              P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

visit.  Pt reported he is NOT feeling like acting on SI/CAH, and believes he would be able to reach out to staff if this changes.
PLAN: Pt will remain in MHCB for the coming week for monitoring and stabilization, with medication restarted when Pt agrees.
 Pt reported having struggled to get his medication adjusted prior to this admission, resulting in increase of AH and distress.  If
Pt stabilizes sufficiently, he will be discharged back to EOP; decision to be finalized at next IDTT.  Dr. Barrow agreed to order
clothing when Pt denied risk with jumpsuit. Pt looked cold. MSE:  Cooperative, articulate, talking quietly at the door.  Good eye
 contact.  Grossly oriented, alert, engaged.  TP was organized.  No indication of paranoia or delusional thinking.  Endorsed AH
 and poor concentration (declined book).  Endorsed SI without plan/urge to act.


QUARTERLY IDTT: 04/15/2021

SOMS: IP is a 64 year old (DOB:              ) Black male with multiple chronic medical conditions; DDP-NCF; Level 2 (19); IP
has been in EOP since 12/17/2019.

Functional Evaluation: both the 10/28/2020 chrono and the 01/21/2021-Master treatment plan indicate that he is cleared for
program with no limitations.

Indices: only RVR was 2/18/2020 for being out of bounds; no MHCB admissions; 47% participation rate for ducated activities
during the past 13 weeks. The previous 15 weeks his level of participation in ducted services was 32%. He has earned 12
milestones.

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Suicide Risk: as of 03/21/2021:
Chronic risk is Low: IP has no reported or documented history of suicide attempts or self-harm.

Acute risk is Low: IP denied any recent or current suicidal desire, capability, or intent. IP reported no desire to harm himself. IP
 presented with goal-oriented and future-focused thinking, stating that he is preparing for his upcoming board date. IP has
demonstrated the utilization of coping skills. IP is presently stable and has been utilizing mental health resources when
available. IP did not endorse any IS PATH WARM factors.

Treatment Response:
Therapeutically, IP has focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due
to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of
being released early. He also has become more focused on addressing unresolved grief issues associated with significant
others in his family system who have died.

IP uses his time with MHPC and MHMD appropriately. He is medication compliant; psychiatric symptoms are well managed
(noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with
custody and other inmates.

During this reporting period, his primary focus continues to be centered on responding to the Court regarding his petition to be
released early due to his vulnerability to being infected with COVID 19 and dying. He continues to report his unhappiness with
medical's response to his multiple medical conditions. He also continues to report unresolved grief issues so he was placed on
 the Grief group wait list.

_____

Report Request ID:    54778506                                        Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

**Canning Decl. Ex. 29 007**

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ▮▮▮▮▮▮▮ / Male            CDCR: P16665; P16665; P16665; P16665; P16665;
                                            P16665; P16665

| **Mental Health IDTT MPage Forms** |
| --- |

Plan:
When the IP completes the Grief group, the IP will be considered for a LOC change to CCCMS.


Quarterly IDTT-01/21/2021:

IP is a 63 year old (DOB: ▮▮▮▮▮) Black male with multiple chronic medical conditions; DDP-NCF. IP has been in EOP since his arrive at MCSP 12/17/2019. He has been in CDCR since 10/1998.

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Areas of distress:
Therapeutically, IP has focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released early.

Strengths:
He is medication compliant; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with custody and other inmates.

Level of participation in ducted services is 32% during the last 15 weeks, but, has obtained 12 milestones, and uses his time with MHPC and MHMD appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself. His EPRD is 05/19/2026.

During this reporting period, his primary focus continues to be centered on responding to the Court regarding his petition to be released early due to his vulnerability to being infected with COVID 19 and dying. He continues to report his unhappiness with medical's response to his multiple medical conditions.

IP is considered to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Plan:
Once the EOP program limitations are lifted, the IP will be considered for a LOC change to CCCMS.



IDTT-Quarterly Review
11/05/2020

IP has been in EOP since 12/17/2019

_____

Report Request ID:    54778506                        Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 29 008**

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ▮▮▮▮▮▮▮▮▮ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
|---|

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Areas of distress:
Therapeutically, IP is focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released.

Strengths:
He is medication compliant; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with custody and other inmates.

IP has been programming at a rate of 27% (yard groups) during the last 13 weeks but, has obtained 11 milestones, and uses his time with MHPC and MHMD appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself. His EPRD is 05/19/2026.

Weaknesses:
His primary focus has been his physical health and how unhappy he is with medical's response; he reports multiple medical conditions. During the last 90 days he has spent most of it completing his petition to be released early due to vulnerability to COVID 19 and responding to feedback from the Court to amend his petition.

History of mental illness; hospitalizations; suicide attempts:
IP appears to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Functional impairments:
None

Plan:
At some point in the future, due to his high level of functioning concurrent, transfer to CCCMS may be appropriate at the next quarterly IDTT or sooner, since a response from the Court is anticipated in the next 30 days.

Quarterly IDTT-08/20/2020
Diagnosis:
Major Depressive Disorder recurrent, severe however, I modified the diagnosis to moderate.
Areas of distress:
Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief. However, he is focused now on managing his anxiety related to his vulnerability to COVID 19 due to has age, ethnicity, and chronic medical conditions.
Strengths:
Psychiatric symptoms are well managed (noted no symptoms of psychosis, was not internally preoccupied); he is medication compliant.
IP has been programming at a rate of 27% but, has obtained 11 milestones, and uses his time with MHPC and MHMD

---

Report Request ID:    54778506                           Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 29 009**

n/a

Patient:     **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                       P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself. completes his ADLs without prompting; is medication compliant. His EPRD is 01/11/2027

Weaknesses:

His primary focus has been his physical health and how unhappy he is with medical's response; he reports multiple medical.

History of mental illness; hospitalizations; suicide attempts:

IP appears to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Functional impairments:  None

Plan:

Retain in EOP. At some point in the future, due to his high level of functioning concurrent with his low level of participation in clinical groups, transfer to CCCMS may be appropriate at the next quarterly IDTT.


06/04/2020:

During the last 90 days IP has been programming at a sufficient rate. IP has focused on preparing for his Parole Board Hearing by working on the P.I.E. workbook both by himself and with another inmate who is also preparing for the Board. He is beginning to discuss his crime and process the guilt and shame associated with his acts. His group attendance during the last 12 weeks has been 37%.  Due to the COVID 19 modified program  there has been no clinicial groups for him to attend. He attends all his individual sessions. He is pro-social, able to advocate for himself; continues to be medication compliant; avoids any difficulties with  other inmates; completes his ADLs without prompting and his symptoms are well managed. Correctionally, he has not received any RVR this quarter and has been able to work with custody and other staff with no difficulty.


as of 03/12/2020

3/12/2020 Quarterly IDTT: Over the past 90 days, IP has been programming at a rate of 21% but, has obtained 11 milestones, and uses his time with MHPC and MHMD appropriately. Correctionally, he has received one RVR but has been able to work with custody and other staff with minimal difficulty. He is pro-social, able to advocate for himself, has no functional impairments.

IP appears to be a Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) but a Low Acutely. Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief.  Diagnostically, IP is provided the diagnosis of Major Depressive D/O, Recurrent-Severe, noted no symptoms of psychosis, was not internally preoccupied, demonstrates no functional impairments, is medication compliant. He reports multiple medical concerns concurrent with his dissatisfaction with the medical department's response to his complaints. Due to his high level of functioning concurrent with his low level of participation in clinical groups, transfer to CCCMS may be appropriate.



12/19/19: INITIAL ASESSMENT MCSP: IP is a 62-year-old African American male who speak English as his primary language. IP reported he originates from Long Beach, Ca, comes from an intact home, is part of a sib set of five and noted he has a good relationship with each of them, and is in contact with the ones who are living. He a father of six children, been married three times, and shared he is in contact with all of his children. IP shared he graduated with a Bachelors Degree and nearly obtained a Masters Degree from CSU Long Beach. IP shared his MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice. IP noted his depression and anxiety continue to be difficult to manage and shared he is  dependent on his medication which helps alleviate some of his symptoms. Diagnostically, IP is provided the diagnosis of Major Depressive D/O, Recurrent-Severe, noted no symptoms of psychosis, was not internally preoccupied, demonstrates no

_____

Report Request ID:    54778506                              Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 29 010**

n/a

Patient:    **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ▮▮▮▮▮▮▮ / Male                     CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

functional impairments, is medication compliant and demonstrated extra-pyramidal side effects and TD. Due to this first meeting IP appears to be a Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) but a Low Acutely. Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief.

Currently IP Brooks has reported a steady level of depression (6/10) and anxiety (3/10) which he directly relates to reoccuring depressive symptoms. IP expressed he will handle the event well and denied suicidal ideation, intent, plan, or means. IP is programming appropriately despite longterm symptoms of depression.

Scaramozzino, J▮▮▮ Psychologist - 7/15/2021 14:55 PDT

{ [INITIAL IDTT: 07/15/2021

SOMS: IP is a 64 year old (DOB: ▮▮▮▮▮▮ Black male with multiple chronic medical conditions; DDP-NCF; Level 2 (19); IP has been in EOP since 12/17/2019.

Movement within CDCR: Came to CDCR 10/28/1998; came to MCSP EOP 12/17/2019. He just returned to MCSP 7/8/2021 from his MHCB admission.

Hospitalization: Most recent was 6/23/2021 (returned to MCSP on 7/8/2021); prior MHCB admission was 8/19/2013 for 18 days; 10/03/2011 went to CMF Acute/ICF for 562 days.

Functional Evaluation: both the 10/28/2020 chrono and the 01/21/2021 Master treatment plan indicate that he is cleared for program with no limitations.

Indices: only RVR was 2/18/2020 for being out of bounds; one MHCB admission during this reporting period; 52% participation rate for ducated activities during the past 14 weeks; (prior reporting period was 47% participation rate for ducated activities during the past 13 weeks).

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Suicide Risk: as of 07/02/2021:
Chronic risk is noted as HIGH due to IP's self-reported history of SAs. However, past records indicate that IP does not have a suicide history. Nevertheless, based on today's report, IP must be noted as a high chronic risk.

Acute risk is low to moderate; IP denies active SI, but it appears to be conditional based on whether or not he returns to MCSP.

Protective factors include family and religion, which are routinely used, as IP reports phoning sister almost daily, and uses prayer as a primary coping strategy.

During his most recent five day follow-up he did not indicate any indications of suicide ideation.

Treatment Response:
Prior to his MHCB admission on 06/23/2021, the IP was focused on managing his anxiety related to his vulnerability to COVID-19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility

---

Report Request ID:    54778506                                    Print Date/Time:  5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 29 011

n/a

Patient:   **BROOKS II, WILLIE LEE**
DOB/Age/Sex:   ▮▮▮▮▮▮▮   / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

-of being released early. He also has become more focused on addressing unresolved grief issues associated with significant others in his family system who have died.

He reports that his recent MHCB admission related to IP discussed how he was working to manage his symptoms without psychotropic medications; his favorite aunt died-second week of June stimulating unresolved issues related to his son's death; and his relationship with his mother-who resembled his aunt.

Additionally, he reports that he made a decision a couple of weeks ago to break a promise to his mother and father: his uncle used to molested him-I told my sister this morning as a way to make clear that their perception of being the favorite son was not truly the case as well as help them better understand why he became a perpetrator; his sister's response was that she was very sorry and now understands how he was treated during his adolescence years the way he was as well as why at the time the court actions did not make any sense.

Plan:
When the IP completes the Grief group, the IP will be considered for a LOC change to CCCMS.

7/9/2021:
He reports that he made a decision a couple of weeks ago to break a promise to his mother and father: his uncle used to moleste him-I told my sister this morning as a way to make clear that their perception of being the favorite son was not truely the case as well as help them better understand why he became a perpetrator; his sister's response was that she was very sorry and now understands how he was treated during his adolescence years the way he was as well as why at the time the court actions did not make any sense.

Alert & Oriented x 4. Calm, cooperative, respectful.
Dressed appropriately for environment in prison issued clothing; hygiene appropriate.
Appropriate eye contact. Speech of normal RRV. Motor activity was WNL.
Mood was WNL and affect was congruent with the information provided.
Gross cognitive functioning (memory, attention) and fund of knowledge was WNL.
No limitations with executive functioning (sequencing, abstracting, planning, organizing).
Thought process linear, logical, & goal-oriented. No psychotic indicators.
Denied any current thoughts about engaging in any self-harming behavior or harm to others.
Insight and social judgment intact.

07/03/21 MHCB CMF D/C IDTT:  Pt met with Tx team in confidential setting. Pt endorsed anxiety / depression 8/10. Meds have decrease depression. Denies Si HI VH. endorses AH. Pt is looking forward to returning to EOP where he can continue working with Psychiatrist and attend the grief group.

Pt is a 64 yo AAM admitted d/t SI with hanging plan.  Pt told the CIT that his medication was discontinued about 8 months ago and he has been slowly decompensating since then, that he had been trying unsuccessfully to get back on his meds, and has had increased depression, anxiety and AH/VH over the past few months.  Dx is MDD.  Pt has been in the MHSDS since 3 months after entering CDCR in fall of 1998, CCCMS/GP/EOP.  This is his second MHCB admission.   PLAN: Pt has stabilized sufficiently and will be D/C to EOP at MCSP. will remain in MHCB for the coming week for monitoring and stabilization, with medication restarted when Pt agrees.  Pt reported having struggled to get his medication adjusted prior to this admission, resulting in increase of AH and distress.  MSE:  Cooperative, articulate, talking quietly at the door.  Good eye contact.  Grossly oriented, alert, engaged.  TP was organized.  No indication of paranoia or delusional thinking.  Endorsed AH and poor concentration.

---

Report Request ID:   54778506                                   Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 29 012**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ██████████ / Male        CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health IDTT MPage Forms*

---

Initial IDTT in MHCB 6/27/21:  Pt is a 64 yo AAM admitted d/t SI with hanging plan.  Pt told the CIT that his medication was discontinued about 8 months ago and he has been slowly decompensating since then, that he had been trying unsuccessfully to get back on his meds, and has had increased depression, anxiety and AH/VH over the past few months.  Dx is MDD.  Pt has been in the MHSDS since 3 months after entering CDCR in fall of 1998, CCCMS/GP/EOP.  This is his second MHCB admission.  One HLOC stay in ICF inpatient roughly year and a half, fall of 2011 till spring 2013.  In today's IDTT Pt refused to meet OOC, so the Team went CF. Pt engaged in quiet discussion with MHMD Dr. Barrow re restarting antipsychotic. Pt decided he wanted to think it over for a day, given that he felt he could not think clearly last time he was on it.  Pt endorsed high anxiety, paranoia, "uncertainty," AH at 10/10, sometimes CAH, yelling and screaming.  Became suicidal.  Today Pt reported "no sleep," not helped by the 1:1 staff outside his door talking on and on with other staff who presumably came by to visit.  Pt reported he is NOT feeling like acting on SI/CAH, and believes he would be able to reach out to staff if this changes. PLAN: Pt will remain in MHCB for the coming week for monitoring and stabilization, with medication restarted when Pt agrees.  Pt reported having struggled to get his medication adjusted prior to this admission, resulting in increase of AH and distress.  If Pt stabilizes sufficiently, he will be discharged back to EOP; decision to be finalized at next IDTT.  Dr. Barrow agreed to order clothing when Pt denied risk with jumpsuit. Pt looked cold. MSE:  Cooperative, articulate, talking quietly at the door.  Good eye contact.  Grossly oriented, alert, engaged.  TP was organized.  No indication of paranoia or delusional thinking.  Endorsed AH and poor concentration (declined book).  Endorsed SI without plan/urge to act.


QUARTERLY IDTT: 04/15/2021

SOMS: IP is a 64 year old (DOB: ████████ Black male with multiple chronic medical conditions; DDP-NCF; Level 2 (19); IP has been in EOP since 12/17/2019.

Functional Evaluation: both the 10/28/2020 chrono and the 01/21/2021 Master treatment plan indicate that he is cleared for program with no limitations.

Indices: only RVR was 2/18/2020 for being out of bounds; no MHCB admissions; 47% participation rate for ducated activities during the past 13 weeks. The previous 15 weeks his level of participation in ducted services was 32%. He has earned 12 milestones.

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Suicide Risk: as of 03/21/2021:
Chronic risk is Low: IP has no reported or documented history of suicide attempts or self-harm.

Acute risk is Low: IP denied any recent or current suicidal desire, capability, or intent. IP reported no desire to harm himself. IP presented with goal-oriented and future-focused thinking, stating that he is preparing for his upcoming board date. IP has demonstrated the utilization of coping skills. IP is presently stable and has been utilizing mental health resources when available. IP did not endorse any IS PATH WARM factors.

Treatment Response:
Therapeutically, IP has focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released early. He also has become more focused on addressing unresolved grief issues associated with significant

---

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 29 013**

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ███████████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                        P16665; P16665

| *Mental Health IDTT MPage Forms* |
|---|

others in his family system who have died.

IP uses his time with MHPC and MHMD appropriately. He is medication compliant; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with custody and other inmates.

During this reporting period, his primary focus continues to be centered on responding to the Court regarding his petition to be released early due to his vulnerability to being infected with COVID 19 and dying. He continues to report his unhappiness with medical's response to his multiple medical conditions. He also continues to report unresolved grief issues so he was placed on the Grief group wait list.

Plan:
When the IP completes the Grief group, the IP will be considered for a LOC change to CCCMS.

Quarterly IDTT-01/21/2021:

IP is a 63 year old (DOB: ████████) Black male with multiple chronic medical conditions; DDP-NCF. IP has been in EOP since his arrive at MCSP 12/17/2019. He has been in CDCR since 10/1998.

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Areas of distress:
Therapeutically, IP has focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released early.

Strengths:
He is medication compliant; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with custody and other inmates.

Level of participation in ducted services is 32% during the last 15 weeks, but, has obtained 12 milestones, and uses his time with MHPC and MHMD appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself. His EPRD is 05/19/2026.

During this reporting period, his primary focus continues to be centered on responding to the Court regarding his petition to be released early due to his vulnerability to being infected with COVID 19 and dying. He continues to report his unhappiness with medical's response to his multiple medical conditions.

IP is considered to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Plan:

---

Report Request ID:    54778506                              Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 29 014**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ██████████ / Male            CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

Once the EOP program limitations are lifted, the IP will be considered for a LOC change to CCCMS.

IDTT-Quarterly Review
11/05/2020

IP has been in EOP since 12/17/2019

Diagnosis:
Major Depressive Disorder recurrent, moderate.

Areas of distress:
Therapeutically, IP is focused during the last 90 days on managing his anxiety related to his vulnerability to COVID 19 due to his age, ethnicity, and chronic medical conditions as well as responding to the Court's feedback about the possibility of being released.

Strengths:
He is medication compliant; psychiatric symptoms are well managed (noted no symptoms of psychosis); completes his ADLs without prompting; attends his weekly 1-1. He avoids trouble with custody and other inmates.

IP has been programming at a rate of 27% (yard groups) during the last 13 weeks but, has obtained 11 milestones, and uses his time with MHPC and MHMD appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself. His EPRD is 05/19/2026.

Weaknesses:
His primary focus has been his physical health and how unhappy he is with medical's response; he reports multiple medical conditions. During the last 90 days he has spent most of it completing his petition to be released early due to vulnerability to COVID 19 and responding to feedback from the Court to amend his petition.

History of mental illness; hospitalizations; suicide attempts:
IP appears to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Functional impairments:
None

Plan:
At some point in the future, due to his high level of functioning concurrent, transfer to CCCMS may be appropriate at the next quarterly IDTT or sooner, since a response from the Court is anticipated in the next 30 days.

Quarterly IDTT-08/20/2020

Report Request ID:    54778506                    Print Date/Time:    5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 29 015**

n/a

Patient:     **BROOKS II, WILLIE LEE**

DOB/Age/Sex:     ███████████     / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

*Mental Health IDTT MPage Forms*

---

Diagnosis:

Major Depressive Disorder recurrent, severe however, I modified the diagnosis to moderate.

Areas of distress:

Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief. However, he is focused now on managing his anxiety related to his vulnerability to COVID 19 due to has age, ethnicity, and chronic medical conditions.

Strengths:

Psychiatric symptoms are well managed (noted no symptoms of psychosis, was not internally preoccupied); he is medication compliant.

IP has been programming at a rate of 27% but, has obtained 11 milestones, and uses his time with MHPC and MHMD appropriately.

Correctionally, he has not received any RVRs during this reporting period. He is pro-social, able to advocate for himself, completes his ADLs without prompting; is medication compliant. His EPRD is 01/11/2027

Weaknesses:

His primary focus has been his physical health and how unhappy he is with medical's response; he reports multiple medical.

History of mental illness; hospitalizations; suicide attempts:

IP appears to be at Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) and Low Acute Risk.

Functional impairments:  None

Plan:

Retain in EOP. At some point in the future, due to his high level of functioning concurrent with his low level of participation in clinical groups, transfer to CCCMS may be appropriate at the next quarterly IDTT.

06/04/2020:

During the last 90 days IP has been programming at a sufficient rate. IP has focused on preparing for his Parole Board Hearing by working on the P.I.E. workbook both by himself and with another inmate who is also preparing for the Board. He is beginning to discuss his crime and process the guilt and shame associated with his acts. His group attendance during the last 12 weeks has been 37%.  Due to the COVID 19 modified program  there has been no clinicial groups for him to attend. He attends all his individual sessions. He is pro-social, able to advocate for himself; continues to be medication compliant; avoids any difficulties with  other inmates; completes his ADLs without prompting and his symptoms are well managed. Correctionally, he has not received any RVR this quarter and has been able to work with custody and other staff with no difficulty.

as of 03/12/2020

3/12/2020 Quarterly IDTT: Over the past 90 days, IP has been programming at a rate of 21% but, has obtained 11 milestones, and uses his time with MHPC and MHMD appropriately. Correctionally, he has received one RVR but has been able to work with custody and other staff with minimal difficulty. He is pro-social, able to advocate for himself, has no functional impairments.

IP appears to be a Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) but a Low Acutely. Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief.  Diagnostically, IP is provided the diagnosis of Major Depressive D/O, Recurrent-Severe, noted no symptoms of psychosis, was not internally preoccupied, demonstrates no functional impairments, is medication compliant. He reports multiple medical concerns concurrent with his dissatisfaction with the medical department's response to his complaints. Due to his high level of functioning concurrent with his low level of participation in clinical groups, transfer to CCCMS may be appropriate.

---

Report Request ID:     54778506                                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

**Canning Decl. Ex. 29 016**

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ██████████ / Male                CDCR: P16665; P16665; P16665; P16665; P16665;
                                                                    P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

12/19/19: INITIAL ASESSMENT MCSP: IP is a 62-year-old African American male who speak English as his primary language. IP reported he originates from Long Beach, Ca, comes from an intact home, is part of a sib set of five and noted he has a good relationship with each of them, and is in contact with the ones who are living. He a father of six children, been married three times, and shared he is in contact with all of his children. IP shared he graduated with a Bachelors Degree and nearly obtained a Masters Degree from CSU Long Beach. IP shared his MH difficulties began at the age of 44 when he was first incarcerated for his crimes. Due to his incarceration, IP noted severe depression and anxiety to the point that he attempted to take his life at least twice. IP noted his depression and anxiety continue to be difficult to manage and shared he is dependent on his medication which helps alleviate some of his symptoms. Diagnostically, IP is provided the diagnosis of Major Depressive D/O, Recurrent-Severe, noted no symptoms of psychosis, was not internally preoccupied, demonstrates no functional impairments, is medication compliant and demonstrated extra-pyramidal side effects and TD. Due to this first meeting IP appears to be a Moderate Chronic Risk of lethality due to two reported attempts (no documented hx) but a Low Acutely. Therapeutically, IP would like to work on his grief in regards to losing his son, how to grieve appropriately and work through the stages of grief.

Currently IP Brooks has reported a steady level of depression (6/10) and anxiety (3/10) which he directly relates to reoccuring depressive symptoms. IP expressed he will handle the event well and denied suicidal ideation, intent, plan, or means. IP is programming appropriately despite longterm symptoms of depression.
] - previously charted by Scaramozzino, J████ -Psychologist at 7/15/2021 7:17 PDT};

Predisposing Factors :   Per records, patient Brooks reported being raised in Long Beach, CA and being raised by both parents.  He reported growing up wtih one brother and 2 sisters, one of which has since deceased.  He denies a family history of MH issues.  Records note his mother and brother were "slow learner" and may have had mental retardation.  Per records, patient Brooks is a divorced, college graduate whom has a background of working as an aerospace engineer.  He reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. He has a history of 3 marriages and fathering 6 children; 4 boys and 2 girls.

Perpetuating Factors :   Patient Brooks suffers from self-esteem related issues and has frequently reported difficulties in finding a sense of purpose in his life now that he is incarcerated.  He indicates that although he has some contact with family members, he feels he does not have a strong support system in them.  He has been persistently depressed for a number of years with periods of feeling a slight decrease in depressive symptoms; however, they have never been fully alleviated. Patient Brooks denied receiving any mental health treatment prior to incarceration in 2000.  Records note patient Brooks endorsed a history of VH of people in the day room. As previously noted, he has a history of suicidal attempts.  Additionally, there were reports of ongoing passive suicidal ideation due to the length of incarceration that patient Brooks was suffering from.

Precipitating Factors :   Patient Brooks denied a history of any prenatal drug use by his mother. He indicated that he was not aware of any complications at birth and noted achieving standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of  4 years.

Protective Factors: Patient Brooks achieved his college degree from San Diego state and held a job as an avionics technician prior to incarceration.  He is intelligent and has good verbal communication skills.

Protective Factors :   Religious faith (Jewish)

Case Formulation :   Patient is a 60 year old African-American Male currently incarcerated for PC288 L&L with a minor under the age of 14 for victimization of his 16 year old step daughter over a period of approximately 6 years, starting when she was about 11 or 12 years old.  Patient has shared limited information regarding his background, and as such, it is difficult to develop a case formulation.  With his current symptomology and functioning, it is likely that he had difficulties in his childhood regarding attaining healthy attachments, especially since his mother may have been mentally retarded.  Records note his

_____

Report Request ID:    54778506                                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

n/a

Patient: **BROOKS II, WILLIE LEE**

DOB/Age/Sex: ███████████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| *Mental Health IDTT MPage Forms* |
| --- |

mother and brother were "slow learners"; reported a period of homelessness at the time of arrest when he was staying at a shelter with his wife and stepdaughter. It was later revealed that he has been molesting his stepdaughter and she had conceived a child that was later aborted. Pt suffers from self-esteem related issues and has frequently reports difficulties in finding a sense of purpose in his life now that he is incarcerated.  Pt has been persistently depressed for a number of years, with some periods of slight symptom decrease, but no full remission.  Patient  has a history of suicidal attempts, and of chronic  passive suicidal ideation due to the length of his sentence.

Pt denies a history of any prenatal drug use by his mother, or of knowing of any complications at birth. Achieved standard development milestones without incident. He did endorse a history of heavy alcohol use for a period of  4 years.

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

**Goal Setting with Patient**
Contributed to goals and plan :  Yes
Aware of plan content :  Yes
Present at team meeting :  Yes
Refused to participate :  No
Unable to participate :  No

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

Inmate-patient's comments :   IP just wants to complete the grief group before he leaves EOP;

IP shared that he was unset that the clinician who evaluated him regarding his statements about considering hanging himself were minimized. IP was also upset that he did not get access to his treating psychiatrist in a timely fashion which contributed to his increased distress that eventually lead to his admission to a MHCB.

Most recent was 6/23/2021 (returned to MCSP on 7/8/2021); the discharging medication for the IP did not include any antipsychotic medication. He saw his psychiatrist yesterday (7/14/2021) who recommended that he restart at least the Zyprexa but the IP left the office without making a decision until later when the psychiatrist was gone. Today at his IDTT he clearly indicated that he was not doing well and now wanted to restart the Zyprexa. The problem is that the only way to start him on Zyprexa is for him to be admitted and evaluated at the MHCB. When informed that was the option, the IP stated that he  would wait to see Dr. Smith tomorrow since he did not want to be admitted again to a MHCB, which could involve him having to be transferred out of the institution like before.

Scaramozzino, J███ Psychologist - 7/15/2021 15:36 PDT
~~{ [IP just wants to complete the grief group before he leaves EOP-~~
~~] - previously charted by Scaramozzino, J███ Psychologist at 7/15/2021 7:17 PDT};~~

**IPOC Indicator MH MTP**
MH Master Treatment Plan :  Done

Scaramozzino, J███ Psychologist - 7/15/2021 7:17 PDT

---

████████████████

████████

---

Report Request ID:    54778506                         Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 29 018**

# Exhibit – 30

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ████████████████ / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665



**Suicide Risk and Self-Harm Evaluation Entered On: 7/15/2021 22:18 PDT**
**Performed On: 7/15/2021 20:50 PDT by Smith, R████ Psychologist**

**Patient Encounter Information**
ENCTR Information :   Encounter Info: Patient Name: WILLIE BROOKS,DOB: ██████████ ,,FIN: 10000002711854504P16665,Facility: MCSP,Encounter Type: Institutional Encounter

Report Request ID:   54778506                                        Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

Canning Decl. Ex. 30 001

n/a

Patient:        **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ▆▆▆▆▆▆▆▆  / Male              CDCR: P16665; P16665; P16665; P16665; P16665;
                                                      P16665; P16665

| *Mental Health Forms* |
|---|

Smith, R▆▆▆  Psychologist - 7/15/2021 21:46 PDT

## Reason for Assessment

Reason for Assessment :   Consult for SI, SA, or Self-harm
Reason for Assessment: :   I/P placed 7362 with possible SI, and added that he wanted his medications restarted. CIT activated Lt Cooper, SRN II Davila.
Sources of information :   C/O or Staff Interview, I/P Interview, UHR, SOMS, Custody File
Did the patient refuse to participate or are they currently unable to respond? :   Yes
Steps taken to encourage participation or increase the patients ability to participate: :   MI utilized to assist the I/P with being forthcoming regarding his MH, medical and custody concerns.

Smith, R▆▆▆  Psychologist - 7/15/2021 21:46 PDT

## Suicide and Self-Harm Summary

Suicide and Self-Harm History :   Yes
Suicide and Self-Harm History Narrative :   7/15/21: No SA or SIb at this time

HX pulled FWD: IP reports three previous SAs. However, before this assessment, there was no suicide history documented in IP's chart. The last three SRASHEs completed report IP denies any history of SA or SIB. IP is still denying SIB history, but otherwise reports three SAs.

He reports now that on at least two of his attempts he had a wish to die.
He reports that the recent death of his favorate aunt was an emotional shock that stimulated him to break his promise to his parents (both of whom are dead) and tell family members the family secret-uncle molested him.

On his first day of this 5 day follow-up, the IP is clear that he does not want to kill himself and that he does not have passive thoughts about killing himself. His decision to not seek being paroled early appears to be connected to his decision to inform his adult children (last week in a letter) and his sister (in a phone call today) about the years of being molested by his uncle so they would know more about what contributed to his crime (for which he takes full responsibility and reports significant remorse).

Smith, R▆▆▆  Psychologist - 7/15/2021 21:46 PDT

Suicide History Grid

|  | Suicide Attempt #1 | Suicide Attempt #2 | Suicide Attempt #3 |
|---|---|---|---|
| Suicide Attempt Date : | 1/1/2009 PST | 1/1/2008 PST | 1/1/1998 PST |
| Intent to Die : | Yes | Yes | Yes |
| Suicide Method : | Pills/Overdose | Pills/Overdose | Hanging |
| Lethal Method? : | Yes - if the inmate had not been discovered he/she would have died | No | No |
| Medical Severity (1-4) : | 4 - Severe, requiring intensive medical/surgical management; | 2 - Minor, superficial | 1 - No apparent injury |

Report Request ID:   54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 30 002**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    [REDACTED]    / Male         CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| | *Mental Health Forms* | | |
|---|---|---|---|

| | Hospitalization required | | |
|---|---|---|---|
| Mental Health Follow-Up : | Yes | No | Yes |
| Source : | I/P | | I/P |
| | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT |

inmate's self-harm behavior non-suicidal :   Denies history.

Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT

Suicide Risk Anniversary Grid

| Suicide Risk Anniversary Date : | 6/1/2021 PDT | 2/18/1991 PST | 7/4/2016 PDT |
|---|---|---|---|
| Suicide Risk Anniversary Reason : | Aunt's death | Mom's death | Son's death |
| | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT | Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT |

Identified self-harm/suicidal triggers :   Death of loved ones.
History of successful coping strategies :   Prayer, talking to sister, number puzzles.

Smith, R[REDACTED] Psychologist - 7/15/2021 21:46 PDT

**Chronic & Acute Risk Factors**
Family history of suicide(s) :   No
First prison term :   No
History of psychiatric disorder :   Yes
Sex offender :   Yes
History of abuse :   No
Long or life sentence :   Yes
History of substance abuse :   Yes
Recent disciplinary ("115") :   No
History of violence (including index crime) :   Yes
Single cell placement :   No
Negative housing change in housing :   No
Chronic medical illness :   No
Safety concerns (e.g., gang dropout) :   No
Chronic pain problem :   Yes
Early in prison term :   No
Caucasian/White ethnicity :   No
Older than 35 years of age :   Yes

---

Report Request ID:    54778506                    Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

**Canning Decl. Ex. 30 003**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:    ████████████    / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

---

### *Mental Health Forms*

---

Male :  Yes
Suicidal Ideation MH :  No
(Comment: instrumental statement aimed at seeking a prefered venue [Smith, R███ Psychologist - 7/15/2021 21:46 PDT] )
Disturbance of mood/lability :  No
Current/recent violent behavior :  No
Recent suicide attempt :  No
Perception of loss of social support :  No
Current/recent depressive symptoms :  Yes
Increasing interpersonal isolation :  No
Hopelessness/helplessness :  No
Current/recent psychotic symptoms :  No
Current/recent anxiety or panic symptoms :  No
Recent serious medical diagnosis :  No
Current/recent subst abuse/intoxication :  No
pain problems :  No
Agitated or angry :  No
Medication hoarding/cheeking :  No

Smith, R███ Psychologist - 7/15/2021 21:46 PDT

### Protective Factors / Buffers
Family support :  Yes
Interpersonal social support :  Yes
Religious/spiritual/cultural beliefs :  Yes
Future orientation/plans for future :  Yes
Exercises regularly :  No
Positive coping/conflict resolution :  Yes
Children at home :  Yes
Spousal support :  No
Insight into problems :  Yes
Job or school assignment :  No
Active and motivated in psych treatment :  Yes
Sense of optimism; self-efficacy :  Yes
Quality of Protective Factors :   I/P has a past Hx of utilizing family and interpersonal support. He was future oriented and stated that he planned on returning to housing and 602ing the CIT team.

Smith, R███ Psychologist - 7/15/2021 21:46 PDT

### Additional Information and Warning Signs
Additional Information :   7/15/21: CIT ativated in response to HCR form filed by I/P with possible SI and demanding to be placed back on Zyprexa. Upon the teams approach the I/P voiced that he felt his pleas for being placed back on Zyprexa were being ignored. Per review of notes, I/P saw MHMD yesterday, but refused Zyprexa. When undersigned pointed this out I/P became angry and stated "all the millions of dollars CDCR had and they can't have a psychiatrist, licensed psychiatrist, to call immediately for medications?" Undersigned asked further questions to try to ascertain I/Ps treatment needs and to determine why he is seeking medication today that he refused yesterday. Presented reality that I/P had seen MHPC earlier. I/p stated "he didn't help me. He told me that if I wanted Zyprexa tonight I would have to go to the crisis bed." Presented reality to I/P again that he had been offered this medication at his most recent MHMD visit and that he had refused, so the I/P would have to be seen again by MHMD. I/P then stated "I know how you are. You send everyone back. You aren't sending me to crisis bed because I am Black. I have 9 active 602's and I am going to 602 you next." The team encouraged I/P to use the appeals process. Attempted to assist I/P with a plan for follow up care on the yard, but he persists that his plan is to appeal the teams

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 30 004**

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Sex: ▮▮▮▮▮▮▮▮ / Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| |
|---|
| ***Mental Health Forms*** |

decision and file a lawsuit for "lack of mental healthcare." MSE: Generally presented superficially. I/P presented with dress and hygiene appropriate to the current situation. Alert and oriented x4. Attention and concentration WNL. Expressive and receptive speech intact. No gross sensory motor issues noted to interfere with evaluation. Thought pattern was mildly tangential, but essentially logical. I/P reported AH/VH but this is highly suspicious for impression management. AH/VH symptom pattern seems implausible "I started seeing a lady in the building today, but she wasn't really there." There was no evidence of the I/P responding to internal stimuli or being out of touch with reality at this time.

7/2/21: IP was seen by this writer in a confidential office setting. Per records review, IP has not been coming out of his cell for clinical contacts until today. IP presents as well-spoken, as well as engaged with writer. Mood and affect appear to be congruent; restricted range, but overall reactive. Speech is decrease in rate and rhyhthm, but normal in volume. Thought process is mostly linear, but mildly tangential. Thought content is appropriate; no delusions or paranoia present. Denies SI, HI, and VH, but endorses AH.

IP reported to custody staff that he was feeling suicidal. IP was seen by CIT on Saturday as well when he reported SI. At that time, he was provided coping skills and was informed that he would see psychiatry as his main concern was medication adjustments. Today, IP appears in distress and stated that he wants to kill himself by hanging himself with a towel or sheet. IP stated that his medication was discontinued about 8 months ago and he has been slowly decompensating since then. IP stated that he has been trying to get back on his meds but hasn't been successful. IP stated that over the past few months his depression, anxiety, and AH/VH have increased. IP reported that today he is also feeling hopeless and doesn't want to live anymore. IP noted that he has been working with his MHPC on addressing his AH and learning to manage them. IP stated that he has a reference sheet that usually helps him but right now it seems that none of his coping skills are effective. IP reported depression, anxiety, hopelessness, and SI with a plan to hang himself.

Grooming and hygiene were appropriate. Eye contact was fair as he mainly stared at the ground. His posture was slumped over. His speech rate, tone, and volume were appropriate. His mood is depressed and his affect is congruent and flat. IP's thought process was goal-oriented and linear. IP did not appear to be responding to internal stimuli. IP reported SI with a plan to hang himself off the second tier in the building with a sheet.

ISPATHWARM: Ideation (active), Anxiety, Trapped, Hopelessness, Recklessness
Warning sign of imminent suicide present : I - Ideation: Active or passive ideas - contents?, A - Agitation/anger: Self-loathing - acting out

Smith, R▮▮▮ Psychologist - 7/15/2021 21:46 PDT

### Risk Levels and Disposition
CHRONIC RISK : Moderate
ACUTE RISK : Low
Justification of Risk Level : I/P chronic risk was deemed moderate based on age, sex offense, long sentence, Hx of violence, Hx of mental health Tx. The I/P has zero events documented in on demand. Serious SA would increase his chronic risk level.

Cute risk was deemed low. THe statement I/P made seems instrumental in nature seeking a prefered venue in a crisis bed setting. The I/Ps symptom reporting and his seeking services, then refusing also may be efforts at seeking a venue of incarceration in a MHCB/hospital unit type environment. Firm clinical boundaries were maintained and a plan stated for I/P to recive routine follow up care on the yard. The I/P voiced his disagreement with this plan and stated he had plans to use the appeals process in this manner.
MH SRASHE Disposition : Referred to provider
SRASHE Disposition Rationale : Will contact yard so they are aware of contact. Also will fwd this CIT contact to MHMD so he is aware of contact and so he can determine the best plan of care in regard to medications at this time.

Smith, R▮▮▮ Psychologist - 7/15/2021 21:46 PDT

### Safety Plan Intervention

Report Request ID: 54778506    Print Date/Time: 5/2/2022 10:04 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

**Canning Decl. Ex. 30 005**

n/a

Patient:    **BROOKS II, WILLIE LEE**
DOB/Age/Sex:  ▓▓▓▓▓▓▓▓▓▓▓ / Male          CDCR: P16665; P16665; P16665; P16665; P16665;
                                                    P16665; P16665

| *Mental Health Forms* |
| --- |

Is SPI Required per Policy or Clinical Necessity? :  No - Low Acute Risk/Not clinically indicated

Smith, R▓▓▓▓  Psychologist - 7/15/2021 21:46 PDT

---

Report Request ID:    54778506                          Print Date/Time:   5/2/2022 10:04 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.**

Canning Decl. Ex. 30 006

# Exhibit – 31

n/a

| | |
|---|---|
| Patient: | **BROOKS II, WILLIE LEE** |
| DOB/Age/Birth Gender: | ███████ ███████ / Male |

CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

### *Orders*

**Mental Health**



| Order: **MHPC Consult Emergent** | | |
|---|---|---|
| Order Date/Time: 7/15/2021 21:44 PDT | | |
| Order Start Date/Time: 7/15/2021 20:45 PDT | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Mental Health |
| End-state Date/Time: 7/16/2021 16:32 PDT | End-state Reason: | |
| Ordering Physician: Smith,R███ Psychologist | Consulting Physician: | |
| Entered By: Smith,R███ Psychologist on 7/15/2021 21:44 PDT | | |
| Order Details: 7/15/21 8:45:00 PM PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 7/16/2021 16:32 PDT | Action Personnel: Smith,R███ Psychologist |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  54778492                                    Print Date/Time:   5/2/2022 10:14 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 31 001

n/a

Patient: **BROOKS II, WILLIE LEE**
DOB/Age/Birth Gender: ████████  ████  /  Male    CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| Orders |
| --- |

## Mental Health

| Order: **MHPC Consult Emergent** |
| --- |

| Responsible Provider: Smith,R█████ Psychologist | Supervising Provider: | Communication Type: |
| --- | --- | --- |

Order Details: 07/15/21 20:45:00 PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT

Review Information:
Doctor Cosign: Not Required
Order Comment: Comment Removed

| Action Type: Modify | Action Date/Time: 7/16/2021 16:32 PDT | Action Personnel: Smith,R█████ Psychologist |
| --- | --- | --- |
| Responsible Provider: Smith,R█████ Psychologist | Supervising Provider: | Communication Type: |

Order Details: 07/15/21 20:45:00 PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT

Review Information:
Doctor Cosign: Not Required
Order Comment: Comment Removed

| Action Type: Modify | Action Date/Time: 7/16/2021 16:31 PDT | Action Personnel: Smith,R█████ Psychologist |
| --- | --- | --- |
| Responsible Provider: Smith,R█████ Psychologist | Supervising Provider: | Communication Type: |

Order Details: 07/15/21 20:45:00 PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT

Review Information:
Doctor Cosign: Not Required
Order Comment: Comment Removed

| Action Type: Modify | Action Date/Time: 7/16/2021 08:25 PDT | Action Personnel: Clark,N█████ OT |
| --- | --- | --- |
| Responsible Provider: Smith,R█████ Psychologist | Supervising Provider: | Communication Type: |

Order Details: 07/15/21 20:45:00 PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT

Review Information:
Doctor Cosign: Not Required
Order Comment: Comment Removed

| Action Type: Order | Action Date/Time: 7/15/2021 21:46 PDT | Action Personnel: Smith,R█████ Psychologist |
| --- | --- | --- |
| Responsible Provider: Smith,R█████ Psychologist | Supervising Provider: | Communication Type: Written |

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  54778492                                    Print Date/Time:  5/2/2022 10:14 PDT

**WARNING:** **This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.**

Canning Decl. Ex. 31 002

n/a

Patient:  **BROOKS II, WILLIE LEE**

DOB/Age/Birth Gender: ██████ ██████ / Male          CDCR: P16665; P16665; P16665; P16665; P16665; P16665; P16665

| **Orders** |
| --- |

**Mental Health**

Order: **MHPC Consult Emergent**
Order Details: 07/15/21 0:01:00 PDT, 07/15/21 20:45:00 PDT, Self harm/Suicidal Bx or ideation/DTS, Stat, add on CT, R. Smith, 7/15, 2050-2115 D program, non confidential, CIT, 07/15/21, 07/16/21 23:59:00 PDT
Review Information:
Doctor Cosign: Not Required
Order Comment: Comment Removed



Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  54778492                    Print Date/Time:   5/2/2022 10:14 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged information intended for the recipient only.

Canning Decl. Ex. 31 003

# Exhibit – 32

**Smith, R_____@CDCR**

| | |
|---|---|
| From: | Smith, R_____@CDCR |
| Sent: | Thursday, July 15, 2021 11:38 PM |
| To: | Lowry, M___@CDCR; Rosenlof, S___@CDCR; Tan, A___@CDCR; Herrera-Riley, M___ Lefkowitz, H___@CDCR; Galvez, H___@CDCR; Richards, L___@CDCR; Vande Streek, H___@CDCR; Scaramozzino, J___; Jensen, K___@CDCR |
| Cc: | Forsterer, L___ Lickiss, S___@CDCR; Coffin, D___@CDCR; Ponder, J___@CDCR; Wood, P___@CDCR; Andres, A___@CDCR; Doman, J___@CDCR; Pleshchuk, R___@CDCR; Parks, H___@CDCR; Her, L___@CDCR; McKelvey, K___@CDCR; Smiley, D___@CDCR |
| Subject: | triage wrap up so far 7/15/21 |

CIT saw and returned:

Brooks P16665 (D EOP Scaramozzino) Upon the teams approach the I/P voiced that he felt his pleas for being placed back on Zyprexa were being ignored. Per review of notes, I/P saw MHMD yesterday, but refused Zyprexa. When undersigned pointed this out I/P became angry and stated "all the millions of dollars CDCR had and they can't have a psychiatrist, licensed psychiatrist, to call immediately for medications?" Undersigned asked further questions to try to ascertain I/Ps treatment needs and to determine why he is seeking medication today that he refused yesterday. Presented reality that I/P had seen MHPC earlier. I/p stated "he didn't help me. He told me that if I wanted Zyprexa tonight I

1

Canning Decl. Ex. 32 001

would have to go to the crisis bed." Presented reality to I/P again that he had been offered this medication at his most recent MHMD visit and that he had refused, so the I/P would have to be seen again by MHMD. I/P then stated "I know how you are. You send everyone back. You aren't sending me to crisis bed because I am Black. I have 9 active 602's and I am going to 602 you next." The team encouraged I/P to use the appeals process. Attempted to assist I/P with a plan for follow up care on the yard, but he persists that his plan is to appeal the team's decision and file a lawsuit for "lack of mental healthcare." Encouraged him to use his EOP resources, MHPC to follow up.

R█████ Smith, PsyD
Staff Psychologist
Crisis Triage/CTC/RVR evaluations
Mule Creek State Prison
4001 Hwy 104, Ione, CA 95640
████████████
█████████ CIT Cell phone
██████████ @cdcr.ca.gov




**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and

2

Canning Decl. Ex. 32 002

# Exhibit – 33

**Smith, █████ @CDCR**

| | |
|---|---|
| **From:** | Scaramozzino, J█████ |
| **Sent:** | Friday, July 16, 2021 6:37 AM |
| **To:** | Smith, R█████ @CDCR |
| **Subject:** | RE: triage wrap up so far 7/15/21 |

Thanks for update.
I informed him of his options and he clearly stated that he did not want to go to a MHCB to get his medications and would wait to Friday to see Smith.
I put this in my note last night. I emailed Smith last night. I will see MA this morning to ensure Smith is aware.
Scar

**From:** Smith, R█████ @CDCR <R█████ @cdcr.ca.gov>
**Sent:** Thursday, July 15, 2021 11:38 PM
**To:** Lowry, M████ @CDCR <█████ @cdcr.ca.gov>; Rosenlof, S████ @CDCR <█████ @cdcr.ca.gov>; Tan, A█████ @CDCR <█████ @cdcr.ca.gov>; Herrera-Riley, M████ <█████ @cdcr.ca.gov>; Lefkowitz, H█████ @CDCR <█████ @cdcr.ca.gov>; Galvez, H████ @CDCR <█████ @cdcr.ca.gov>; Richards, L████ @CDCR <█████ @cdcr.ca.gov>; Vande Streek, H████ @CDCR <█████ @cdcr.ca.gov>; Scaramozzino, J█████ <█████ @cdcr.ca.gov>; Jensen, K████ @CDCR <█████ @cdcr.ca.gov>
**Cc:** Forsterer, L████ <█████ @cdcr.ca.gov>; Lickiss, S█████ @CDCR <█████ @cdcr.ca.gov>; Coffin, D████ @CDCR <█████ @cdcr.ca.gov>; Ponder, J████ @CDCR <█████ @cdcr.ca.gov>; Wood, P████ @CDCR <█████ @cdcr.ca.gov>; Andres, A████ @CDCR <█████ @cdcr.ca.gov>; Doman, J████ @CDCR <█████ @cdcr.ca.gov>; Pleshchuk, R████ @CDCR <█████ @cdcr.ca.gov>; Parks, H████ @CDCR <█████ @cdcr.ca.gov>; Her, L████ @CDCR <█████ @cdcr.ca.gov>; McKelvey, K████ @CDCR <█████ @cdcr.ca.gov>; Smiley, D████ @CDCR <█████ @cdcr.ca.gov>
**Subject:** triage wrap up so far 7/15/21

Canning Decl. Ex. 33 001