IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,** <br><br> Plaintiff, <br><br> v. <br><br> **R. SMITH,** <br><br> Defendant. | Case No. 2:22-cv-0062-TLN-DMC-P <br><br> **ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE AND SERVE AN OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF AN EXPERT WITNESS** |

Defendant Smith filed an Ex Parte Application for an Extension of Time to File and Serve an Opposition to Plaintiff's Motion for Appointment of an Expert Witness. Having read and considered the Application and its attachments, good cause exists to grant it. The deadline for Defendant Smith to file and serve an opposition to Plaintiff's Motion for Appointment of an Expert Witness is extended to March 22, 2025.

Dated: February 21, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE