WILLIE LEE BROOKS, II
CDCR#: P16665
P.O. Box 213040
Stockton, CA 95213

FILED

JUN 27 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES EASTERN DISTRICT COURT, FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II<br>        Plaintiff,<br><br>        V.<br><br>R. SMITH,<br>        Defendant. | Case No. 2:22-CV-0062-DMC-P<br><br>PLAINTIFFS MOTION REQUESTING THE COURT ASK THE VOLUNTARY ASSISTANCE OF COUNSEL PURSUANT TO 28 U.S.C. §1915(e)(1). AND DECLARATION IN SUPPORT OF THIS MOTION |

Plaintiff, a state prisoner proceeding pro se, bring this civil rights action pursuant to 42 U.S. C. § 1983. Moves this Court for order requesting the voluntary assistance of Counsel, pursuant to 28 U.S.C. §1915(e)(1).

In support of this Motion, Plaintiff submitts the following, On/or about May 4, 2025; I sustained an serious injury to my lower back, while moving my personal property from

—1—

# DECLARATION

difficult and impractical under these circumstances to continue representing my self.

It will take many months to recover completely, if at all from this kind of extensive reconstructive back surgery. (See Attached 4-Week status report), to this Motion and Declaration. A severe back injury documented, by Paul Seungpyo Hong, MD, (Neurosurgery).

I am undergoing intense Physical Therapy and learning to walk all over again. I will need to devote now much of my time to physical therapy and my other serious health care concerns and ongoing medical treatments.

I, declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

Dated: 6-22-25

WILLIE LEE BROOKS II

Signature: _____

-2-

Building #20, to Building #19. On the orders of Building #20, 2nd/Watch Officer, Program Sergeant, and Facility-E, Captain, at Mule Creek State Prison, in Ione.

I was rushed out by EMT-Code-2, to Amador, Hospital ER, then to Sutter General, Hospital, for Emergency Back Surgery. I was in the ICU, for 5, days. (See Exhibits).

I am now recovering at the California Health Care Facility, in Stockton. Now undergoing intense Physical Therapy, and learning to walk again.

Right now I am unable to sit up for any long period of time or concentrate, due to serious pain. Because of these circumstances I am unable to continue to represent myself at this time. See, Terrll v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); see also, Wood v. Housewright, 900 F.2d 1332, 1335.

Four the reasons set foarth herein, and Exhibit, with Declaration. The Court should issue an Order requesting the voluntary assistance of Counsel.

Dated: 6-22-25

Respectfully submitted,

Willie Lee Brooks II

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| WILLIE LEE BROOKS,II, CDCR#: P16665<br>P.O. BOX 213040<br>Stockton, CA 95213 | |

TELEPHONE NO.:                    FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):*

COURT OF CALIFORNIA, Eastern District

STREET ADDRESS: 501 I St, STE, 4200

MAILING ADDRESS:

CITY AND ZIP CODE: Sacramento, CA 95814

BRANCH NAME:

PLAINTIFF/PETITIONER: WILLIE LEE BROOKS,II

DEFENDANT/RESPONDENT: RAINELLE SMITH

**DECLARATION**

CASE NUMBER:

2:22-CV-0062-DMC-P

I am unable to continue with my self representation, due to serious health-and ongoing health problems. On/or about May 4, 2025, I sustained a very serious injury to my lower Back, multisegmental lumbar disc herniations. While bending and lifting heavy boxs full of legal documents to relocate from Building #20, to Building #17, On the orders of Building #20, 2nd/Watch Officer, Doe-1, the Program Sergeant, Doe-2, and Facility-E, Captain, Doe-3, at Mule Creek State Prison, in Ione.

For what I believed was retaliation for my civil rights claims against RAINELLE SMITH, Psychologist, at Mule Creek. No real legitimate reason was given otherwise for the move, but I was order to do so.

To day due to severe pain, my inability to sit up for long periods of time and to concentrate. Makes it very medically

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

WILLIE LEE BROOKS,II
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☒ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

# Neurosurgery Consult

Platelets
MA   MRN: 60262558

## Brooks II, Willie Lee

**Office Visit** 6/11/2025
Sutter Neurosurgery - Sacramento Midtown

Provider: Hong, Paul Seungpyo, MD (Neurosurgery)
Primary diagnosis: Lumbar stenosis with neurogenic claudication
Reason for Visit: Postop; Referred by Surineni, Deepthi, MD

### Progress Notes

Hong, Paul Seungpyo, MD (Physician) • Neurosurgery

Subjective: Mr. Brooks is a very pleasant 68-year-old gentleman who presents to clinic now 4 weeks status post L2-L5 decompression and fusion for multisegmental spondylolisthesis and recurrent lumbar disc herniation. He has been making progress. He notes that the soreness in his lower back is gradually improving. He has been working diligently trying to walk. He states that his lower extremity pain down his right side has not completely resolve but it has significantly improved from prior to surgery. He has been compliant with his activity restrictions.

Objective: In clinic today Mr. Brooks is awake and alert. He walks with a mild shuffling kyphotic gait with a walker. Examination of his back finds a nicely healed midline incision. There is no surrounding erythema or induration.

Imaging: There is no new imaging available for review.

Assessment: 68-year-old male 4 weeks status post L2-L5 decompression and fusion making progress.

Plan: At this time I am very pleased with the progress that Mr. Brooks has made. He is to continue his activity restrictions but he may now keep his incision uncovered and may shower directly over his incision. I instructed him to avoid any submerging for at least the next 2 weeks to allow his residual scabs to flake off. He is still to avoid unnecessary bending or twisting or lifting more than 15 lb but I would like him to work at least twice a day on ambulating 20-30 minutes at a time if not 3 to 4 times a day. I will plan to see him back in 2 months with repeat radiographs of the lumbar spine to ensure appropriate implant alignment and that he is going on to uneventful healing.

### Instructions

After Visit Summary (English Snapshot) - Automatic Snapshot taken 6/11/2025

### Additional Documentation

Vitals: BP 102/61 Pulse 58 Ht 1.778 m (5' 10") Wt 78.5 kg (173 lb) BMI 24.82 kg/m² BSA 1.97 m³

### All Conversations

There are no conversations to display for this encounter.

### Orders Placed

None

### Medication Changes

As of 6/11/2025 3:17 PM

None

### Medication List at End of Visit

RECEIVED JUN 12 2025