IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE LEE BROOKS, II,** | Case No. 2:22-cv-0062-TLN-DMC-P |
| Plaintiff, | **ORDER** |
| **v.** | |
| **R. SMITH,** | |
| Defendant. | |

Plaintiff is a state inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is the *ex parte* application of Defendant R. Smith ("Defendant") for an extension of time to file a reply in support of her pending motion for summary judgment. See ECF No. 234.

Defendant seeks to extend the deadline to file a reply by approximately fourteen (14) days, up to and including October 14, 2025. Defendant's counsel needs additional time to investigate the arguments raised in Plaintiff's opposition, and he will be unable to unable to prepare and file a reply by the currently deadline of September 29, 2025. Further, because a certified law student and legal intern in the California Office of the Attorney General is assisting in preparing the reply, requiring additional time for the drafting and review process.

Order Granting Def.'s *Ex Parte* Appl. for an Extension of Time to File a Reply
(2:22-cv-0062-DMC-P)

Having considered the application, the Court finds good cause for the requested extension and will grant Defendant's request.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Defendant's *ex parte* application for an extension of time to file a reply in support of her motion for summary judgment, ECF No. 134, is **GRANTED**; and

2. The period of time for Defendant to file a reply is extended by fourteen (14) days, up to and including October 14, 2025.

Dated:  September 30, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2