WILLIE LEE BROOKS, II
CDCR#: P16665
PO BOX 213040
Stockton, CA 95213

**FILED**

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II, | No. 2:22-CV-0062-DMC-P |
| Plaintiff, | PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S NOTICE OF MOTION AN ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S SUR-REPLY, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| R. SMITH | |
| Defendant. | |

Plaintiff Willie Lee Brooks, II, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983, moves this Court for an Order DENYING, Defendant's Notice of Motion And Administrative Motion to Strike Plaintiff's Sur-Reply, and GRANTING Defendant 30,

-1-

Days, and leave to file a Sur-Reply in support of Defendant's Motion for summary judgment.

In support of this motion Plaintiff, sets fourth the following:

Plaintiff was seeking an Order of Injunctive relief for my legal and personal property, from a non-party prison officials. I did not have any of my legal documents to respond to Defendant's Motion for Summary Judgment. See, ECF No. 129. The Court refused to require CHCF, prison officials to give me my legal property. Id.

Although the Court may in its discretion allow the filing of a surreply, this discretion should be exercised in favor of allowing a surreply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief. See, Johnson v. Wennes, No. 08-CV-1798-L(JMA), 2009 WL 1161620, at *2 (S.D. Cal. Apr. 28, 2009); see also, Motion to Strike-Redundant, Immaterial, Impertinent or Scandalous Matter, 5C Fed. Prac.& Proc., Civ. § 1382 (3d ed. 2107); Fed. R. Civ. P. 12(f); Hill v. England, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005); Edwards v. Mondora,

700 F. App'x 661,664 (9th Cir. 2017)

I support Defendant's Motion for leave to file a sur-reply in support of her Motion for Summary Judgment.

Plaintiff did not receive my legal property for nearly three month after my request for injunctive relief from this Court. For the reasons set fourth herein this Court should Grant Plaintiff, motion.

Dated: Feb. 22, 2026

Respectfully submitted,

Signed: _____

Willie Lee Brooks, II

-3-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

Brooks, II, W.

Plaintiff or Petitioner

Smith, R

Defendant or Respondent

Case Number:
2:22-cv-0062-DMC-P

_____ /

I hereby certify that on **Feb. 22** , 20**26** I served a copy

Of the attached **Plaintiff's Opposition To Motion To Strike. Plaintiff's Sur-Reply!**
By placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

Depositing said envelope in the United States Mail at **P.O. Box 213040, Stockton, CA 95213**

**(List Name and Address of Each Defendant or Attorney Served)**

A. Foster Shi, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)