WILLIE LEE BROOKS II
CDCR#: P16665
P.O. Box 213040
Stockton, CA 95213

FILED

MAR 30 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIE LEE BROOKS II, | 2:22-cv-0062-DMC-P |
|---|---|
| Plaintiff, | PLAINTIFF'S MOTION REQUESTING THE COURT REQUEST THE VOLUNTARY ASSISTANCE OF COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1). |
| v. | |
| RAINELLE SMITH, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. §1983. Moves this Court for an Order requesting the voluntary assistance of Counsel pursuant to 28 U.S.C. §1915(e)(1). In support of this

-1-

Plaintiff sets fourth the following:

In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See, Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); see also, Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir 1990); Tai Huynh v. Callison, (2017) 700 Fed.Appx. 637; Agyeman v. Corrections Corp. of America, (2004) 390 F.3d 1101; Ming Ching Jin v. Forgia, (2010) 362 Fed.Appx. 649, 2010 WL 107088.

I was in Special Education all through school. I have a severe reading problems and can't spell many words without a Dictionary. And I got mostly D's and F's, as grades all through school,

In this case I have the prison's ADA, workers help me read all of my Court documents to me and tell me what it means.

I answer this documents by copying from my GTL-Tablet law library. All this is a lot of work and takes days for me to

-2-

complete a signal motion. I do not have the access to the ADA workers to help me all of the time.

I need the assistance of Counsel to help me with reading writing and understanding all of the many documents in this case.

For the reasons, set fourth herein this Court should GRANT, Plaintiff's request for the Voluntary Assistance of Counsel.

Dated: March 26, 2026

Respectfully submitted

Signed: _____

Willie Lee Brooks, II

Case 2:22-cv-00062-TLN-DMC   Document 143   Filed 03/30/26   Page 4 of 6

**BROOKS, WILLIE L.** | LONG BEACH UNIFIED SCHOOL | Long Beach, Cal | DATE OF | JUNE 18 1975

| 1. LAST NAME | FIRST | MIDDLE | AKA | PRINCIPAL'S NAME |
|---|---|---|---|---|
| 925037 Polio reg. 2/13/57 | | Long Beach, California | | JOHN A LEPICK |
| STUDENT NUMBER | POLIO IMMUN. | DATE OF BIRTH | PLACE OF BIRTH | NO. IN SENIOR CLASS   RANK IN CLASS |
| ENTERED FROM Burnett | | DATE 9/15/69 WITHDREW TO | | DATE |
| | | | | HONORS DIPLOMA |
| | | | | YES       NO |

SCHOOL **WASHINGTON** | FALL **WASHINGTON** | SCHOOL **WASHINGTON** | SPRING **WASHINGTON** | **WASHINGTON** | **WASHINGTON** 5.

#### Panel 1 (1/30/70)

Brooks, Willie — 1/30/70 — Quarter Marks 1st — Semester Marks (Final) 7 — 109 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| ENGLISH | A B C (C) F | E S (U) |
| (Hist. &) U.S. Gov't. & Geog. | A B C (C) F | E S (U) |
| MATH. | A B C (D) F | E S (U) |
| P.E. | A B C (D) F | E S (U) |
| Reading Clinic | Credit Given A B C D F | E (S) U |
| Art | A B C (C) D F | E (S) U |
| | A B C D F | E S U |
| | A B C D F | E S U |

#### Panel 2 (6/19/70)

Brooks, Willie — 6/19/70 — Quarter Marks / Semester Marks (Final) 2nd — 7 — 211 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| ENGLISH | A B C (D) F | E S N (U) |
| Hist. & U.S. Gov't. & Geog. | A B C (D) F | E S (N) U |
| MATH. | A (B) C D F | E (S) N U |
| P.E. REMED. | A B C (D) F | E (S) N U |
| Craft | A B (C) D F | E (S) U |
| Reading Clinic | Credit Given A B C D F | E (S) U |
| | A B C D F | E S N U |
| | A B C D F | E S N U |

#### Panel 3 (1/29/71)

Brooks, Willie — 1/29/71 — Quarter Marks 1st — Semester Marks (Final) 8 — 125 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| ENGLISH | A B C D (F) | E S N (U) |
| Hist. & U.S. Gov't. & Geog. | A B C (D) F | E (S) N U |
| MATH. | A B C (D) F | E S N (U) |
| P.E. (Special) | A (B) C D F | (E) S N U |
| Sci | A B C (D) F | E S (N) (U) |
| Crafts | A (B) C D F | E S N (U) |
| | A B C D F | E S N U |
| | A B C D F | E S N U |

#### Panel 4 (6-18-71)

Brooks, Willie — 6-18-71 — Quarter Marks / Semester Marks (Final) 2nd — 8 — 128 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| ENGLISH | A B C D (F) | E S N (U) |
| Hist. & (U.S.) Gov't. & Geog. (Hist) | A B C (D) F | E (S) N U |
| MATH. | A B C (D) F | E S (N) U |
| P.E. Rem. | A (B) C D F | (E) S N U |
| Sci. | A B (C) D F | E (S) N U |
| Met | Pass A B C D F | E (S) N U |
| S.S. 71 | A B C D F | E S N U |
| math English | A B C (D) F | E (S) N U |

#### Panel 5 (1/28/72)

Brooks, Willie Lee — 1/28/72 — Quarter Marks 1st — Semester Marks (Final) 9 — 127 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| CONSTR TECH 7/8 | PASS A B C D F | E (S) N U |
| PE | A B (C) D F | E (S) N U |
| GOVT CAL 9 | A B C (D) F | E (S) N U |
| Basic Math 9  2nd Quarter | A B (C) D F | E S N (U) |
| Ess. Skills | A B C (D) F | E (S) N U |
| Typ. 1  1st Quarter | Fail A B C D F | E S N U |
| Ess. Skills  25 Cr. dits in this 2nd skill | A B C D F | E S N U |

#### Panel 6 (6/15/72)

Brooks, Willie — 6/15/72 — Quarter Marks / Semester Marks (Final) 2nd — 9 — 127 H.R.

| Subjects | Achievement | Conduct |
|---|---|---|
| ENGLISH | A B C D F | E (S) N U |
| Hist. & U.S. Gov't. & Geog. Hist. (Geog.) | A B C (D) F | E (S) N U |
| MATH. Basic | A B C (D) F | E (S) N U |
| P.E. | A B C (D) F | E S (N) U |
| CONSTR TECH | Pass A B C D F | E (S) N U |
| Ess. Skills | Pass A B C D F | E S (N) U |
| Typ. 2 | A B C D (F) | E (S) N U |

*#P16665*

*27.5*

**RECEIVED APR 24 ENT'D BY**

*2.5*  
9TH GRADE CREDITS

TOTAL: *54.5*  
+ as *47½*

---

**6. SENIOR HIGH SCHOOL RECORD**

REQUIREMENTS MET | RDG YES NO / MATH YES NO

| SUBJECT | GRADE POINTS | CREDIT | TEACHER | ROOM NO. | STUDENT NAME | WEEKS | CRED TAKEN | CRED EARNED | GP | WITHDRAWAL GRADES |
|---|---|---|---|---|---|---|---|---|---|---|
| BULLDU | 30 · 20 · 60 | 150 | PUHL ARIMA PETERSON JONESON CARGILL | 160 504 506 815 | Z005925037BROOKS WILLIE | | | | | |
| DRIVER | 100 · 100 · 40 | 150 | | | 2 DGI PHONOL YOUR MONEY DRIV. EDUC LIFE SCI AUTO MEC. 1 | | | | | |
| 50 50 | | | | | POLY | | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BULLDU IL | 10 · 5 · 60 | 150 | FOUNTAINE PUHN HANSLOW T SCHLATCH STEPHENSON | 415 400 808 503 508 | BROOKS WILLIE | | | | | |
| | 10 · 100 · 50 | 25 | | | ALGEBRA B DGI PHONOL GENL TRONICS METALS HEALTH ED | | | | | |
| | | | | | POLY | 0673 | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BULLDU | 60 · 10 | 100 | BARKS C MEHMS S DIEHLBRANDT HAACK | 801 804 704 414 | Z0059925037 BROOKS WILLIE | | | | | |
| | 100 · 50 | 50 | | | BRICK MASON GEN / PED CL GUS / HI CL BUS MATH 2 CAR. GUID | | | | | |
| | | | | | | 0274 | | | | |

| SUBJECT | | | | | STUDENT NAME | WEEKS | | | | WITHDRAWAL GRADES |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 · 145 | 126 | | | BROOKS WILLIE | | | | | |
| | 10 · 115 | 0274 | | | FROM 1-28-74 ESD 5-7-74 Rea.2 B Breek Money Ess. Sk. P WORDS F | | | | | DATE: TO: FROM: SUBJECT   QR. |
| | 50 | 425 |  | WITHDRAWAL GRADES | | | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| US HISTORY LAW 8 YOU SCI MAN | | 00 | R JOHNSEN R ROOP J MERTZ | H229 H275 H331 | Z005925037 | | | | | JAN 30 1975 |
| | | | | | | | | | | |
| 90 + 20 | | | | | | | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BASIC READ | | 0 | N MCCORKLE | H229 | | | | | | JAN 30 1975 |
| | | | | | | | | | | |
| 140 +10 | | | | | | | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| US GOVERNMENT | | DD | MARION | H605 | BROOKS WILLIE LEE | | | | | MARION JUN 18 1975 |
| | | | | | EVE HI | | | | | |
| 130 +10 | | | | | | | | | | |

| SUBJECT | | | TEACHER | ROOM NO. | STUDENT NAME | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VOCABUL BLDG GEN MATH | | 10 · 10 | KROLL FADGEN | M540 H599 | 359 0846640 BROOKS WILLIE LEE | | | | | KROLL FADGEN JUN 18 1975 |
| | | | | | | | | | | |
| 140 +20 | | DRIVER EDUCATION 160 | | | | | | | | |

Long Beach Unified  
Long Beach, C

**RECORD OF INTER TRANSFERS**

| | DATE | WITHDREW TO | DATE |
|---|---|---|---|
| Washington So. High 70 + 15 | 9/3/72 | 85 + 5 RESEDA HIGH SCHOOL | 5-22-74 |

| | | |
|---|---|---|
| DRIVER EDUCATION | | 160 |
| FIRST AID REQUIREMENT MET | | |
| DRIVER TRAINING CERTIFICATE AWARDED (NOT REQUIRED) | | |

| 8. INFORMATION CONCERNING HOME | | | | | DATE | 9. HOME ADDRESS | | ZIP CODE | PHONE | 10. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STUDENT | Brooks, Willie L. | STEP | SEP. | DECD. | 9/69 | 2075 Lime | | | 591-8429 | SIBLINGS Rosetta, 15; Linda, 14; | |
| FATHER | Brooks, Willie Lee | | | | 1-74 | 2401 Oregon | | | 4270369 | Arthur, 11; Alma, 9 | |
| MOTHER | Brooks, Hattie | | | | | | | | | | |
| GUARDIAN | | | | | | | | | DATE | FATHER'S OCCUPATION | MOTHER'S OCCUPATION |
| LIVES WITH Father & mother | | | | | | | | | 12/69 | Aircraft worker | Factory worker |

## 11. ACHIEVEMENT TEST DATA

| DATE | TEST AND FORM | % ILE | SCORE | |
|---|---|---|---|---|

### CALIFORNIA ACHIEVEMENT TESTS

LBUSD ED 104, 4-68

| NAME OF STUDENT—LAST,FIRST,M.I. | GRADE | DATE | SCHOOL |
|---|---|---|---|
| BROOKS WILLIE L | 7 | 10/69 | WASHINGTO |

| | Read.Vocab. | Read. Comp. | Total Read. | Arith. Reason | Arith. Fund. | Total Arith. | Mech. Eng. | Spelling | Total Lang. |
|---|---|---|---|---|---|---|---|---|---|
| RAW SCORE | | | | | | | 8 | 0 | 4 |
| GRADE PLACEMENT | | | | | | | 10M | 3.5 | 4.M |
| % ILE | | | | | | | 1 | 2 | 1 |
| NORM | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 |

CTBS   BROOKS WILLIE L   NORM 8.1 10/70 WASHINGTON

| | VOCAB. | COMP. | TTL. RDG. | MECH/EXP/SPELL/TTL. | COMPUT. | CONCEPTS | APPLIC. | TTL. ARITH. |
|---|---|---|---|---|---|---|---|---|
| R.S. | 7 | 12 | 19 | 3. 4 4 9 20 | 13 | 5 | 5 | 25 |
| G.P. | 3.0 | 3.4 | 3.1 | 2.3 3.6 3.0 3.1 | 4.5 | 2.0 | 4.4 | 3.9 |
| %L | 2 | 4 | 2 | 1 7 5 2 | 6 | 1 | 6 | 2 |

CTBS   NORM 9.6   DATE 03/72

| | RS | GP | %L | | RS | GP | %L |
|---|---|---|---|---|---|---|---|
| VOCAB. | 4 | 2.4 | 1 | TL ARITH | 10 | 2.1 | 1 |
| COMP. | 3 | 2.0 | 1 | REF MAT | 4 | 3.3 | 2 |
| TL RDG. | 7 | 2.0 | 1 | GRAPHIC | 2 | 2.1 | 1 |
| COMPUT | | | | TL ST SK | 6 | 2.0 | 1 |

BROOKS WILLIE L   925037 WASHINGTON
CONCEPTS
APPLIC

BROOKS WILLIE L   925037 WASHINGTON

## 12. SCHOLASTIC APTITUDE TEST DATA, JUNIOR-SENIOR HIGH SCHOOL

| DATE | TEST AND FORM | % ILE | C.A. | M.A. | INDEX | GRADE |
|---|---|---|---|---|---|---|
| 5221 | HENMON-NELSON TEST OF MENTAL ABILITY A | | | | | |
| BOOKS WILLIE L   NAME OF STUDENT | | 7 GR. | 60 RS. | 14 C.B./I.Q. | 70 FILE | 3 |

## 13. VOCATIONAL TESTS

| DIFFERENTIAL APTITUDE TESTS | DATE | % ILE | % ILE | KUDER GENERAL INTEREST SURVEY | DATE | % ILE | % ILE |
|---|---|---|---|---|---|---|---|
| VERBAL REASONING | | | | OUTDOOR | | | |
| NUMERICAL ABILITY | | | | MECHANICAL | | | |
| V + N A | | | | COMPUTATIONAL | | | |
| ABSTRACT REASONING | | | | SCIENTIFIC | | | |
| CLERICAL SPEED - ACCURACY | | | | PERSUASIVE | | | |
| MECHANICAL REASONING | | | | ARTISTIC | | | |
| SPACE RELATIONS | | | | LITERARY | | | |
| SPELLING | | | | MUSICAL | | | |
| GRAMMAR | | | | SOCIAL SERVICE | | | |
| | | | | CLERICAL | | | |

## 14. CAREER INFORMATION

WASHINGTON GR-B9 DIFFERENTIAL APTITUDE

| | VR | NA | V+N | AR | CSA | MR | SR | LUS | LUG |
|---|---|---|---|---|---|---|---|---|---|
| RS | 3 | 7 | 10 | 15 | 37 | 34 | 24 | 12 | 6 |
| %ILE | 1 | 3 | 1 | 15 | 20 | 15 | 45 | 1 | 1 |

| K DISCUSSED | DATE | BY |
|---|---|---|

0000925037 BROOKS WILLIE L   YR-71

| DATE | TEST AND FORM | % ILE | SCORE | |
|---|---|---|---|---|

## 15. HEALTH NOTES

| DATE | BY | 16. OBSERVATIONS · JUNIOR-SENIOR HIGH SCHOOL SPECIAL INTERESTS, GENERAL COMMENTS, AWARDS, HOBBIES, RECOMMENDATIONS RECORD OF EXTRACURRICULAR ACTIVITIES · ATTENDANCE |
|---|---|---|

## 17. NOTES:

RECEIVED
APR 24 ENT'D

LBEH

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

BROOKS, II, W.L.

v.

SMITH, R.

Case Number: 2:22-CV-0062-DMC+P

**PROOF OF SERVICE**

_____/

I hereby certify that on ___March___, 2026, I served a copy

of the attached _Plaintiff's Motion Requesting The Court_
_Request The Voluntary Assistance Of Counsel_
_Pursuant To 28 USC §1915(e)(1): School Records._
by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

P.O. Box 213040, Stockton, Ca. 95213.

(List Name and Address of Each
Defendant or Attorney Served)

Office of Attorney General-California
Attn: A. Foster Shi, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)